AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Khalil | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-01935 |
| Joyce | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mahmoud Khalil.

Date: 03/10/2025

/s/ Samah Sisay
*Attorney's signature*

Samah Sisay, N.Y. Bar No. 5651252
*Printed name and bar number*

Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
*Address*

ssisay@ccrjustice.org
*E-mail address*

(212) 614-6484
*Telephone number*

(212) 614-6499
*FAX number*