AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Khalil | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-01935 |
| Joyce | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mahmoud Khalil.

Date:    03/10/2025

/s/ Diala Shamas
*Attorney's signature*

Diala Shamas, N.Y. Bar No. 5016829
*Printed name and bar number*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012

*Address*

dshamas@ccrjustice.org
*E-mail address*

(212) 614-6426
*Telephone number*

(212) 614-6499
*FAX number*