AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Mahmoud KHALIL, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-1935 |
| William P. Joyce, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mahmoud KHALIL (Petitioner)   .

Date:   03/10/2025

*Ramzi Kassem*
*Attorney's signature*

Ramzi Kassem / NY-4332649
*Printed name and bar number*

Main Street Legal Services, Inc.
CUNY School of Law
2 Court Square
Long Island City, NY 11101
*Address*

ramzi.kassem@law.cuny.edu
*E-mail address*

(718) 340-4558
*Telephone number*

(718) 340-4478
*FAX number*