UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.K., <br><br>                               Petitioner, <br><br>            - v. - <br><br> WILLIAM P. JOYCE, *et al.*, <br><br>                              Respondents. | No. 25 Civ. 1935 (JMF) <br><br> <u>NOTICE OF APPEARANCE</u> |

TO:     Clerk of Court
          United States District Court
          Southern District of New York

      The undersigned attorney respectfully requests that the Clerk note his appearance in this case as counsel for Respondents and add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
         March 10, 2025

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By:    /s/ Jeffrey Oestericher
       JEFFREY OESTERICHER
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Telephone: (212) 637-2695
       Facsimile:  (212) 637-0033
       Email:  Jeffrey.Oestericher@usdoj.gov