UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.K., <br><br> Petitioner, <br><br> - against - <br><br> WILLIAM P. JOYCE; *et al.*, <br><br> Respondents. | No. 25 Civ. 1935 (JMF) <br><br> <u>NOTICE OF APPEARANCE</u> |

TO:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case as counsel for Respondents and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
         March 10, 2025

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By:          /s/
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2743
Facsimile: (212) 637-2786
Email: brandon.waterman@usdoj.gov