# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

Mahmoud KHALIL,

    *Petitioner*,

v.

William P. JOYCE, in his official capacity as Acting Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement, *et al.*,

    *Respondents*.

**Civil Action No. 25-cv-1935**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 10, 2025, at 8:38 p.m. he served by email Petitioner's Petition for Habeas Corpus, and Petitioner's Memorandum of Law in Support of Petitioner's Motion to Compel Respondents to Return Petitioner to this District, and accompanying papers, to counsel for the Respondents, Jeffrey Oestericher and Brandon Waterman, who thereafter acknowledged receipt.

Because Plaintiffs were unable to effectuate overnight delivery of paper copies of these papers in time, Plaintiffs will serve those papers in person to counsel for the Respondents tomorrow, March 11, 2025.

/s/_____
Baher Azmy
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(t) (212) 614-6436
bazmy@ccrjustice.org