AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Mahmoud KHALIL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-1935 (JMF) |
| William P. JOYCE, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mahmoud Khalil (petitioner).

Date: 03/11/2025

/s/ Molly Biklen
*Attorney's signature*

Molly Biklen, MB 3491
*Printed name and bar number*
New York Civil Liberties Union Foundation
125 Broad Street, Floor 19
New York, New York, 10004

*Address*

mbiklen@nyclu.org
*E-mail address*

(212) 607-3300
*Telephone number*

(212) 607-3318
*FAX number*