UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MAHMOUD KHALIL, :
:
Petitioner, :
: 25-CV-1935 (JMF)
-v- :
: ORDER
WILLIAM P. JOYCE et al., :
:
Respondents. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the conference held earlier today:

- With the consent of both parties, the Court orders that the limitations on remote access to electronic files otherwise applicable in this case, *see* Fed. R. Civ. P. 5.2(c), are lifted.  Accordingly, the Clerk of Court is directed to lift all viewing restrictions on the docket — i.e., to make all prior filings electronically available to the public — and to update the docket to conform with the caption of this Order.  All future filings shall be publicly available unless the Court grants leave to file something under seal or in redacted form.  Any application to file a document in such a manner shall be made in accordance with the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

- The Government shall file its Motion to Transfer or Dismiss for Improper Venue by **11:59 p.m. tonight**.  Briefing on that motion and Petitioner's Motion to Compel Respondents to Return Petitioner to this District, *see* ECF No. 11, shall then proceed as follows: The parties shall file their oppositions by **March 14, 2025**, at **11:59 p.m.**; and the parties shall file their replies by **March 17, 2025**, at **5:00 p.m.**

- Petitioner shall file an Amended Petition no later than **March 13, 2025**, at **9:00 p.m.** After the Amended Petition is filed, the parties shall confer and then file a joint letter, no later than **March 14, 2025**, at **12:00 p.m.**, proposing next steps, including an expedited schedule for any additional motion practice.

- With the consent of the Government, Petitioner shall be granted at least one privileged attorney-client call (of at least one hour) **today** and at least one such call (also of at least one hour) **tomorrow**.

- The Government raised no objection to the temporary relief that the Court granted in

its Notice of Conference entered on March 10, 2025.  *See* ECF No. 9, at 1 ("To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise." (citing cases)).  Accordingly, that order remains in effect.

SO ORDERED.

Dated: March 12, 2025  
       New York, New York

                                                        JESSE M. FURMAN  
                                                        United States District Judge