UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHMOUD KHALIL,<br><br>                    Petitioner,<br><br>     - against -<br><br>WILLIAM P. JOYCE, *et al.*,<br><br>                    Respondents. | No. 25 Civ. 1935 (JMF)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law in support of the Respondents' motion to dismiss or transfer, and the supporting declaration of Acting Field Office Director William P. Joyce, Respondents, through their attorneys, will move this Court before the Honorable Jesse M. Furman, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, for an order dismissing this case without prejudice for lack of venue/jurisdiction, or alternatively to transfer it.

Dated:   New York, New York
         March 12, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

MATTHEW PODOLSKY
Acting United States Attorney
Southern District of New York
*Attorney for the Respondents*

By:    /s/ *Brandon M. Waterman*
       JEFFREY OESTERICHER
       BRANDON M. WATERMAN
       Assistant United States Attorneys
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Tel.: (212) 637-2695/2743
       jeffrey.oestericher@usdoj.gov
       brandon.waterman@usdoj.gov