UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHMOUD KHALIL,

    *Petitioner*,

v.

WILLIAM P. JOYCE, et al.,

    *Respondents*.

Case No. 25-CV-01935 (JMF)

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PETITIONER

    Before the Court is a Motion to Withdraw Kyle Barron of The Legal Aid Society as Counsel and terminate representation as counsel of record for Petitioner in the above-captioned proceeding. The Court has determined that the motion should be granted.

    **IT IS HEREBY ORDERED** that Kyle Barron is withdrawn as counsel for Petitioner and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification in the above-captioned proceeding. The Clerk of Court is directed to terminate ECF No. 33.

    SO ORDERED.

_____
United States District Judge

Dated: March 13, 2025