UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MAHMOUD KHALIL, :
:
                Petitioner, :          25-CV-1935 (JMF)
:
     -v- :              ORDER
:
WILLIAM P. JOYCE et al., :
:
                Respondents. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      By Order entered yesterday, the Court directed the Clerk of Court to lift the restrictions otherwise applicable under Rule 5.2(c) of the Federal Rules of Civil Procedure. *See* ECF No. 29. The Court has been advised by the Clerk of Court that the only (or easiest) way to accomplish that for filings going forward is to change the nature of suit code. Accordingly, the Clerk of Court is directed to change the nature of suit code to No. 530, "Habeas Corpus," thereby lifting the limitations on remote electronic access to the docket imposed by Rule 5.2(c).

      SO ORDERED.

Dated: March 13, 2025  
       New York, New York  
                                          JESSE M. FURMAN  
                                  United States District Judge