

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

March 14, 2025

**BY ECF**

The Honorable Jesse M. Furman
Thurgood Marshall Courthouse
40 Centre Street, Room 2202
New York, New York 10007

    Re:    *Khalil v. Joyce, et al.*, 25 Civ. 1935 (JMF)

Dear Judge Furman:

Pursuant to the Court's Order (ECF. No. 29), the parties submit this joint letter to propose next steps, including an expedited schedule for additional motion practice. The parties were unable to agree on a schedule, accordingly each parties' proposed schedule is set forth below.

Petitioner presently intends to file two additional motions: a motion for bail seeking his immediate release pursuant to *Mapp v. Reno*, 241 F.3d 221 (2d Cir 2001), and a motion for preliminary injunctive relief. As discussed at the March 12 hearing and as this Court's order reflects, there is a need for "an expedited schedule" in light of the extraordinary circumstances presented in this case and the ongoing irreparable harm Petitioner is experiencing. ECF 29; *see also* Hearing Tr. 15:10-21. Accordingly, Petitioner respectfully proposes the following reasonable schedules:

*Petitioner's bail motion pursuant to Mapp v. Reno*

1. Petitioner files Friday 3/14 by 11:59pm

2. Respondents file any opposition Monday 3/17 by 5pm

3. Petitioner files reply Tuesday 3/18 by 11:59pm

*Petitioner's motion for a preliminary injunction*

1. Petitioner files Monday 3/17 by 5pm

2. Respondents file any opposition the following Monday 3/24 by 12pm

3.  Petitioner files reply Friday 3/28 by 12pm

An expedited briefing schedule on Petitioner's *Mapp* motion is necessary due to extraordinary circumstances that require Mr. Khalil's release in order to make the writ of habeas corpus effective. If he continues to be detained, he will face severe harm by possibly missing the birth of his first child and starting immigration proceedings far from his attorneys in an immigration court in Louisiana due to Respondents' unlawful conduct which Petitioner is challenging in this matter. Petitioner disagrees with Respondents' position that they should not have to address the *Mapp* claim until after this Court's decision on Respondents' pending Motion to Dismiss or Transfer. *Mapp* is confined to truly extraordinary circumstances and this Court has inherent authority to grant bail pending the adjudication of a habeas claim. *S.N.C. v. Sessions*, No. 18-CV-7680, 2018 WL 6175902, at *7 (S.D.N.Y. Nov. 26, 2018) (holding the court need not resolve jurisdictional arguments raised pursuant to *Padilla* before resolving a *Mapp* motion). Respondents have been aware of Petitioner's *Mapp* claims since the filing of the original petition and should be able to move in an expedited manner on this matter.

Similarly, there is no basis for the two weeks the government is requesting to respond to Petitioner's motion for preliminary injunctive relief. Despite this Court's order requesting "an expedited schedule," the government has proposed a schedule permitting them the maximum time allowed by the local rules, *see* Local Civil Rule 6.1. To the extent Petitioner is released prior to the government's filing in response to the preliminary injunction, he is willing to amend the schedule.

Respondents' Proposed Schedule

*Mapp v. Reno Motion*

Petitioner intends to file a motion under *Mapp v. Reno*. Respondents submit that briefing on that motion should await the Court's decision on Respondents' pending Motion to Dismiss or Transfer. The pending motion will be fully submitted on Monday, March 17, and may obviate the need for this Court to a decide the *Mapp* motion or, to the extent this action is transferred to another court, then that court can consider the *Mapp* motion. Accordingly, Respondents propose the following schedule:

1.  Petitioner files Friday 3/14 by 11:59pm

2.  Respondents file any opposition by 11:59 p.m. two business days after the Court rules on Respondents' Motion to Dismiss or Transfer or by 11:59pm on Friday, March 21, whichever is sooner

3.  Petitioner files reply by 11:59pm one business day after Respondents file their opposition.

*Preliminary Injunction Motion*

Petitioner has filed a thirty-three page Amended Petition raising four separate claims for relief, including constitutional claims and a claim under the Administrative

Procedure Act. The Government requires time to research the legal issues presented, prepare its opposition to the motion for a preliminary injunction, and obtain review of its papers through several layers at the Department of Justice. Accordingly, we propose the following briefing schedule for the PI:

1. Petitioner files Monday 3/17 by 5pm

2. Respondents file any opposition Monday 3/31 by 5pm

3. Petitioner files reply Friday 4/4 by 5pm

We thank the Court for its attention to this matter.

Respectfully,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York
*Attorney for Respondents*

By:  /s/ Jeffrey S. Oestericher
JEFFREY S. OESTERICHER
BRANDON WATERMAN
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, NY 10007
Tel.: (212) 637-2695/2743
E-mail: jeffrey.oestericher@usdoj.gov
        brandon.waterman@usdoj.gov

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

3

NEW YORK CIVIL LIBERTIES
UNION FOUNDATION

/s/ *Amy Belsher*
Amy Belsher
Robert Hodgson
Veronica Salama
Molly Biklen
New York Civil Liberties Union
Foundation
125 Broad Street, 19th Floor
New York, N.Y. 10004
Tel: (212) 607-3300
abelsher@nyclu.org

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
Omar Jadwat
Noor Zafar
Sidra Mahfooz*
Brian Hauss
Brett Max Kaufman
Esha Bhandari
Vera Eidelman
Tyler Takemoto*
125 Broad Street, Floor 18
New York, NY 10004
ojadwat@aclu.org

*Application for admission pro hac vice *forthcoming*

CLEAR PROJECT
MAIN STREET LEGAL
SERVICES, INC.
Ramzi Kassem
Naz Ahmad
Shezza Abboushi Dallal
CUNY School of Law
2 Court Square
Long Island City, NY 11101
(718) 340-4558
ramzi.kassem@law.cuny.edu
naz.ahmad@law.cuny.edu
shezza.dallal@law.cuny.edu

4

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
Samah Sisay
Diala Shamas
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6436
bazmy@ccrjustice.org
ssisay@ccrjustice.org
dshamas@ccrjustice.org
DRATEL & LEWIS

Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Phone:(212)732-8805
Fax: (212) 571-3792
Email: agreer@dratellewis.com