UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

Mahmoud Khalil

     Plaintiff,

 -against-            25 Civ. 1935 (JMF) ( ___ )

                 NOTICE OF APPEARANCE OF
                 *PRO BONO* COUNSEL

William P. Joyce et al.

     Defendant.
-------------------------------------------------X

To the Clerk of this Court and all parties of record:

 Enter my appearance as *pro bono* counsel in this case on behalf of:

 Mahmoud Khalil, Petitioner

 I certify that I am admitted to practice in this Court.

| | |
|---|---|
| 3/14/2025 | /s/ Alina Das |
| Date | Signature |
| | Alina Das    AD8805 |
| | Print Name    Bar No. |
| | 245 Sullivan Street, 5th Fl. |
| | Address |
| | New York   NY   10012 |
| | City   State   Zip Code |
| | 212-998-6430    212-995-4031 |
| | Phone No.    Fax. No. |
| | alina.das@nyu.edu |
| | Email Address |