AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| MAHMOUD KHALIL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-CV-1935 |
| WILLIAM P. JOYCE et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mahmoud Khalil (Petitioner)                          .

Date:   03/14/2025

/s/ Mudassar Hayat Toppa
*Attorney's signature*

Mudassar Hayat Toppa, 5748926
*Printed name and bar number*

Main Street Legal Services, Inc.
CUNY School of Law
2 Court Square, 5th Floor
Long Island City, NY 11101
*Address*

Mudassar.Toppa@law.cuny.edu
*E-mail address*

(718) 340-4021
*Telephone number*

(718) 340-4478
*FAX number*