IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mahmoud KHALIL,<br><br>  *Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice,<br><br>  *Respondents*. | Case No. 25-cv-1935 (JMF)<br><br>**NOTICE OF MOTION FOR RELEASE UNDER *MAPP V. RENO*** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and supporting declaration and exhibits, Amended Petition, and previously filed briefing in this action, Plaintiff-Petitioner Mahmoud Khalil, through counsel, hereby moves this Court for an order of immediate release under *Mapp v. Reno*, 241 F.3d 221 (2d Cir. 2000).

Dated: March 14, 2025       Respectfully submitted,

                  **WASHINGTON SQUARE LEGAL SERVICES, INC.**
                  **IMMIGRANT RIGHTS CLINIC**
                  _____/s/_____
                  Alina Das, Esq.

245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6430
alina.das@nyu.edu

**CENTER FOR CONSTITUTIONAL RIGHTS**
\_\_\_\_\_/s/_____
Baher Azmy
Samah Sisay
Diala Shamas
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6436
bazmy@ccrjustice.org
ssisay@ccrjustice.org
dshamas@ccrjustice.org

**CLEAR PROJECT**
**MAIN STREET LEGAL SERVICES, INC.**
\_\_\_\_\_/s/_____
Ramzi Kassem
Naz Ahmad
Mudassar Hayat Toppa
Shezza Abboushi Dallal
CUNY School of Law
2 Court Square
Long Island City, NY  11101
(718) 340-4558
ramzi.kassem@law.cuny.edu
naz.ahmad@law.cuny.edu
mudassar.toppa@law.cuny.edu
shezza.dallal@law.cuny.edu

**NEW YORK CIVIL LIBERTIES UNION FOUNDATION**
\_\_\_\_\_/s/_____
Amy Belsher
Robert Hodgson
Veronica Salama
Molly Biklen
125 Broad Street, 19th Floor
New York, N.Y. 10004
Tel: (212) 607-3300
abelsher@nyclu.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
\_\_\_\_\_/s/_____
Omar Jadwat
Noor Zafar
Sidra Mahfooz*
Brian Hauss
Brett Max Kaufman
Esha Bhandari
Vera Eidelman
Tyler Takemoto*
American Civil Liberties Union Foundation
125 Broad Street, Floor 18
New York, NY 10004
ojadwat@aclu.org

*Application for admission* pro hac vice *forthcoming*

**DRATEL & LEWIS**
\_\_\_\_\_/s/_____
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Phone:(212)732-8805
Fax: (212) 571-3792
Email: agreer@dratellewis.com

*Counsel for Petitioner*