IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mahmoud KHALIL, <br><br> *Petitioner*, <br><br> v. <br><br> Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice, <br><br> *Respondents*. | Case No. 25-cv-1935 (JMF) <br><br> **[PROPOSED] ORDER** |

Upon review of the Petitioner's Motion for Release Under *Mapp v. Reno* and the parties' relevant submissions, IT IS HEREBY ORDERED that Respondents shall RELEASE Plaintiff pending the adjudication of Plaintiff-Petitioner's petition for writ of habeas corpus.

Dated:                                            SO ORDERED

                                            _____
                                            THE HONORABLE JUDGE JESSE M. FURMAN