# EXHIBIT E

| | THE CITY OF NEW YORK | License Number |
|---|---|---|
| X-2023-2 | OFFICE OF THE CITY CLERK | X-2023-9671 |
| | MARRIAGE LICENSE BUREAU | |

# Certificate of Marriage Registration

This Is To Certify That **MAHMOUD KHALIL**

residing at ███████████████████████

born on ███████ at Sasa Syria

and **NOOR R ABDALLA**

residing at ███████████████████████

born on ███████ at Saginaw Michigan United States

## Were Married

on 11/16/2023 at The Office of the City Clerk
By SHIRLEY SAUNDERS    851 Grand Concourse
BRONX, NY 10451
United States

as shown by the duly registered license and certificate of marriage of said persons on file in this office.

CERTIFIED THIS DATE AT THE CITY CLERK'S OFFICE

Bronx    November 16, 23
N.Y.    20

PLEASE NOTE: Facsimile Signature and seal are printed pursuant to Section 11-A, Domestic Relations Law of New York.



Michael McSweeney
City Clerk of the City of New York

CET-F

X143094