<u>*VIA ECF*</u>

The Honorable Judge Jesse M. Furman
U.S. District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1105
New York, NY 10007

      RE:    *Khalil v. Trump*, **1:25-cv-01935-JMF**
              **Motion for Leave to Accept Late Filing**

Dear Honorable Judge Furman:

      Counsel for Petitioner in the above-referenced case respectfully submits this letter to update the Court that Respondents consent to Petitioner's motion at ECF 59 for leave to file the Petitioner's Motion for Release Under *Mapp v. Reno* and accompanying papers (ECF 52-58). Thank you for your consideration of this submission.

                                          Sincerely,

                                          <u>/s/ Samah Sisay</u>
                                          Samah Sisay
                                          CENTER FOR CONSTITUTIONAL RIGHTS
                                          666 Broadway, 7th Floor
                                          New York, NY 10012
                                          (212) 614-6464
                                          ssisay@ccrjustice.org

                                          Alina Das, Esq.
                                          WASHINGTON SQUARE LEGAL SERVICES, INC.
                                          245 Sullivan Street, 5th Floor
                                          New York, New York 10012
                                          Tel: (212) 998-6430
                                          alina.das@nyu.edu

cc: Counsel for all parties