UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mahmoud KHALIL,<br><br>    *Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice,<br><br>    *Respondents*. | Case No. 25-cv-01935 (JMF)<br><br>NOTICE OF MOTION FOR PRELIMINARY INJUNCTION |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and supporting declaration and exhibits, and previously filed briefing in this action, Petitioner Mahmoud Khalil, through counsel, hereby moves this Court for a preliminary injunction: (1) ordering the release of Mr. Khalil for the pendency of this litigation; (2) enjoining Respondent Rubio's determination that the INA's "Foreign Policy Ground" applies to him for the pendency of this litigation; and (3) enjoining Respondents from enforcing their Policy of arresting, detaining, and removing noncitizens who engage in constitutionally protected expressive activity in the United States in support of Palestinian rights or critical of Israel for the pendency of this litigation.

Dated: March 17, 2025
New York, New York

Respectfully submitted,

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | NEW YORK CIVIL LIBERTIES UNION FOUNDATION |
| Omar Jadwat<br>Noor Zafar<br>Sidra Mahfooz*<br>Brian Hauss<br>Brett Max Kaufman<br>Esha Bhandari<br>Vera Eidelman<br>Tyler Takemoto*<br>125 Broad Street, Floor 18<br>New York, N.Y. 10004<br>Tel: (212) 549-2500<br>ojadwat@aclu.org | By: /s/Robert Hodgson<br>Robert Hodgson<br>Amy Belsher<br>Veronica Salama<br>Molly Biklen<br>125 Broad Street, 19th Floor<br>New York, N.Y. 10004<br>Tel: (212) 607-3300<br>rhodgson@nyclu.org |

*Application for admission* pro hac vice *forthcoming*

| | |
|---|---|
| CLEAR PROJECT<br>MAIN STREET LEGAL SERVICES, INC. | CENTER FOR CONSTITUTIONAL RIGHTS |
| Ramzi Kassem<br>Naz Ahmad<br>Mudassar Hayat Toppa<br>Shezza Abboushi Dallal<br>CUNY School of Law<br>2 Court Square<br>Long Island City, N.Y. 11101<br>Tel: (718) 340-4558<br>ramzi.kassem@law.cuny.edu<br>naz.ahmad@law.cuny.edu<br>shezza.dallal@law.cuny.edu | Baher Azmy<br>Samah Sisay<br>Diala Shamas<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>Tel: (212) 614-6464<br>bazmy@ccrjustice.org<br>ssisay@ccrjustice.org<br>dshamas@ccrjustice.org |

| | |
|---|---|
| DRATEL & LEWIS<br>Amy E. Greer<br>29 Broadway, Suite 1412<br>New York, N.Y. 10006<br>Tel: (212) 732-8805<br>Fax: (212) 571-3792<br>agreer@dratellewis.com | WASHINGTON SQUARE LEGAL SERVICES, INC.<br>IMMIGRANT RIGHTS CLINIC<br><br>Alina Das, Esq.<br>245 Sullivan Street, Floor 5<br>New York, N.Y. 10012<br>Tel: (212) 998-6430<br>alina.das@nyu.edu<br><br>*Counsels for Petitioner* |