# EXHIBIT A



# Rubio defends detainment of Columbia activist, says more arrests will come

"I don't know where we have gotten it in our head that a visa is some sort of birthright," Rubio said.

![Photograph of NYPD officers at Columbia University]

Police guard the entrance to Columbia University as protesters rally in support of detained activist Mahmoud Khalil on March 14, 2025, in New York. | Jason DeCrow/AP

By **AMANDA FRIEDMAN**
03/16/2025 04:18 PM EDT

   

Secretary of State Marco Rubio defended the decision to detain a green card holder over his involvement in last year's pro-Palestinian protests at Columbia University on Sunday, saying that "pro-Hamas" protesters who hold student visas will be forced to leave the U.S.

"If you tell us when you apply for a visa, 'I'm coming to the U.S. to participate in pro-Hamas events,' that runs counter to the foreign policy interest of the United States … If you had told us you were going to do that, we never would have given you the visa," Rubio said on CBS' "Face the Nation."

Top Stories from POLITICO

Read More

00:00                                                                    02:00

Mahmoud Khalil, a Palestinian originally from Syria, was arrested by immigration officials on March 8 for his involvement as a key negotiator during Columbia's protests over the Israel-Hamas war last year. While he entered the country on a student visa, he had eventually obtained legal permanent U.S. residency, commonly referred to as a green card.

3/17/25, 2:10 PM
Rubio defends detainment of Columbia activist as more arrests will come - POLITICO
Case 2:25-cv-01963-MEF-MAH Document 68-1 Filed 03/17/25 Page 4 of 4 PageID: 470

President Donald Trump touted Khalil's detainment on social media last week as part of his effort to combat antisemitism on college campuses, saying the arrest was "the first of many to come." However, a federal judge blocked Khalil's deportation last week.

The legal battle has since spurred a debate about the First Amendment rights of foreign nationals and immigrants. Over 100 House Democrats signed a letter to the Department of Homeland Security on Friday, condemning the arrest as a violation of free speech rights and demanding the Trump administration provide evidence to justify Khalil's detainment.

But legal issues and criticism haven't deterred the Trump administration. Immigration officials arrested a second protester of Palestinian descent from Columbia on Friday for allegedly overstaying a student visa that was terminated in 2022.

"Every day we are approving visa revocations," Rubio said.

When asked by CBS moderator Margaret Brennan if there was any evidence of Khalil's link to terrorism or if the arrest was based merely on ideology, Rubio couldn't point to a specific example that backed the administration's claims that Khalil has shown material support for a terrorist organization.

"You should watch the news. These guys take over buildings. They vandalize colleges," Rubio said. "We don't need these people in our country. We never should have allowed him in … He is going to leave."

Also asked if it is only pro-Palestinian protesters who will have their visas revoked, Rubio said others' whose actions threaten the country's foreign policy interests will be subject to deportation.

"We don't want terrorists in America," Rubio said. "I don't know where we have gotten it in our head that a visa is some sort of birthright. It's not… If you violate the terms of your visitation, you're going to leave."

**FILED UNDER:** EMPLOYMENT & IMMIGRATION, IMMIGRATION, MARCO RUBIO, ⋯