# EXHIBIT C

**< DHS official defends Mahmoud Khalil arrest, but offers few details on why it happened**

MARCH 13, 2025 4:18 AM ET

5-Minute Listen         PLAYLIST          TRANSCRIPT

MICHEL MARTIN, HOST:

President Trump has ramped up efforts to deliver on a campaign promise to carry out the largest ever deportation of migrants without legal status in U.S. history. Parallel to that effort is a crackdown on what the administration terms antisemitism on college campuses. Last weekend, a former student protest leader was arrested in New York City. Mahmoud Khalil, who has lawful permanent residency, a so-called green card, is being held in the Louisiana detention center. U.S. Immigration and Customs Enforcement, or ICE, says his green card was revoked. A judge ordered that he may not be deported, though, while the court weighs a legal challenge brought by his lawyers. Troy Edgar was just sworn in as Deputy Secretary of the Department of Homeland Security, and he is with us now to talk more about this. Good morning. Congratulations on your confirmation and also your return to the department. You served in the First Trump administration, as well.

TROY EDGAR: Yeah. Good morning, Michel. Very nice to be here.

MARTIN: Thanks so much...

EDGAR: Thank you.

MARTIN: ...For joining us. So Mahmoud Khalil says he acted as a spokesperson for pro-Palestinian demonstrators and as a mediator with Columbia University where he was a graduate student. As you know, Mr. Edgar, any conduct that can be legally sanctioned must be described. So what is the specific conduct the government alleges that Mr. Khalil engaged in that merits removal from the United States?

EDGAR: Yeah. Well, I think what you saw there is you've got somebody that has come into the country on a visa. And as he's going through the process of that visa process, he's come in to

3/16/25, 2:12 PM
DHS Deputy Secretary Troy Edgar defends Mahmoud Khalil arrest : NPR
Case 2:25-cv-01963-MEF-MAH   Document 68-3   Filed 03/17/25   Page 3 of 5 PageID: 482

basically be a student that is not going to be supporting terrorism. So, you know, the issue is, you know, he was let in the country on this visa. He has been promoting this antisemitism activity at the university. And, you know, at this point, the State Department has revoked his visa for supporting that terrorist-type organization, and we're the enforcing agency, so we've come in to basically arrest him.

MARTIN: OK. So a White House official told the free press that there's no allegation that he broke any laws. So again, I have to ask, what specifically constitute terrorist activity that he was supporting? What exactly do you say he did?

EDGAR: Well, like I said, you know, when you apply for a visa, you go through the process to be able to say that, you know, you're here on a student visa. It doesn't afford you all the rights of coming in and basically going through this process, agitating and supporting Hamas. So at this point, you know, the Secretary of State and the State Department maintains the right to revoke the visa and that's what they've done.

MARTIN: So what - how did he support Hamas? Exactly what did he do?

EDGAR: Well, I think you can see it on TV, right? It's - this is somebody that, you know, we've invited and allowed the student to come into the country, and he put himself in the middle of the process of basically pro-Palestinian activity. And at this point, like I said, the Secretary of State can review his visa process at any point and revoke it...

MARTIN: Forgive me - he's a...

EDGAR: ...And that's what we've done.

MARTIN: ...Permanent resident. He's not a visa holder. He's a legal permanent resident. He has the green card, at least he did until it's alleged that it was revoked. So, look, if the allegation is that Mr. Khalil organized protests and made speeches, after which other people engaged in prohibited activity or say, violent activity, well, Mr. Trump gave a political speech on January 6, 2021, after which some individuals engaged in violent and illegal acts. How is this any different?

EDGAR: Yeah. Well, like I said, I mean, President Trump's a citizen and president of the United States. This is a person that came in under a visa. And again, the Secretary of State,

3/16/25, 2:12 PM
DHS Deputy Secretary Troy Edgar defends Mahmoud Khalil arrest : NPR
Case 2:25-cv-01963-MEF-MAH   Document 68-3   Filed 03/17/25   Page 4 of 5 PageID: 483

at any point, can take a look and evaluate that visa and decide if they want to revoke it and...

MARTIN: He's a legal permanent resident. I have to keep insisting on that. He is a legal permanent resident. So what is the standard? Is any criticism of the Israeli government a deportable offense?

EDGAR: Like I said, I think that at this point, when he was - entered into the country on a student visa, at any point, we can go through and evaluate what his status is and the Secretary of State is basically...

MARTIN: Is any criticism of the United States government a deportable offense?

EDGAR: Like I said, you know, if you go through the process and you're a student and you're here on a visa and you go through at any point, you...

MARTIN: Is any criticism of the government a deportable offense?

EDGAR: Like I said, you know, as a student, he comes to the United States on a student visa, applies - let me put it this way, Michel - imagine if he came in and filled out the form and said I want a student visa. They ask him, what are you going to do here? I he said I'm going...

MARTIN: He was a student.

EDGAR: ...To go and protest. And...

MARTIN: So is protest...

EDGAR: ...Join an antisemitic activity...

MARTIN: ...A deportable event?

EDGAR: ...We would never have let him in the country.

MARTIN: Is protesting a deportable offense?

EDGAR: Like I said, you're focused on protesting. I'm focused on it's a visa process. He went through a legal process, came into the country...

MARTIN: Are you saying that he lied on his application? He's a lawful...

EDGAR: Well, I think...

MARTIN: ...Permanent resident, married to an American citizen.

EDGAR: Well, I think if he would have declared he's a terrorist, we would have never let him in.

MARTIN: And what did he engage in that constitutes terrorist activity?

EDGAR: I mean, Michel, have you watched it on TV? It's pretty clear.

MARTIN: No, it isn't. Well, explain it to those of us who have not or perhaps others have not. What exactly did he do?

EDGAR: Well, I think it's clear or we wouldn't be talking about it. I mean, the reality is that if you watch and see what he's done on the university...

MARTIN: Do you not know?

EDGAR: ...And he came in. If he would have declared that he...

MARTIN: Are you telling us that you're not aware? You don't know what he did that is a deportable offence.

EDGAR: No, I find it interesting that you're not aware.

MARTIN: Oh, I think you could explain it to us. I think others would like to know exactly what the offenses are, what the propaganda was that you allege, what the activity was that you allege. Well, perhaps we can talk again and you can give us more details about this. That's Department of Homeland Security Deputy Secretary Troy Edgar, Mr. Edgar, we really appreciate you coming to join us, and we do hope we'll talk again.

EDGAR: Thank you.

*Copyright © 2025 NPR. All rights reserved. Visit our website terms of use and permissions pages at www.npr.org for further information.*

*NPR transcripts are created on a rush deadline by an NPR contractor. This text may not be in its final form and may be updated or revised in the future. Accuracy and availability may vary. The authoritative record of NPR's programming is the audio record.*