# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Mahmoud KHALIL,

*Petitioner*,

v.

Donald J. TRUMP, in his official capacity as
President of the United States; William P.
JOYCE, in his official capacity as Acting Field
Office Director of New York, Immigration and
Customs Enforcement; Caleb VITELLO,
Acting Director, U.S. Immigration and Customs
Enforcement; Kristi NOEM, in her official
capacity as Secretary of the United States
Department of Homeland Security; Marco
RUBIO, in his official capacity as Secretary of
State; and Pamela BONDI, in her official
capacity as Attorney General, U.S. Department
of Justice,

*Respondents*.

Case No. 25-cv-01935 (JMF)

**[PROPOSED] ORDER**

This matter is before the Court on the Petitioner's Motion for Preliminary Injunction. Upon review of the Petitioner's submissions, argument, and evidence, and applicable authority, the motion is GRANTED.

IT IS HEREBY ORDERED that:

(1) Respondents shall release Petitioner Mahmoud Khalil for the pendency of this litigation;

(2) Respondent Secretary of State Marco Rubio's determination that Section 237(a)(4)(C)(i) of the Immigration and Nationality Act, the Foreign Policy Ground, applies to Petitioner Mahmoud Khalil is preliminarily enjoined for the pendency of this litigation; and

(3) Respondents are enjoined from enforcing their Policy of arresting, detaining, and removing noncitizens who engage in constitutionally protected expressive activity in the United States in support of Palestinian rights or critical of Israel for the pendency of this litigation.

IT IS SO ORDERED.

Dated:
     New York, New York

_____

HON. JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE