UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHMOUD KHALIL<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>WILLIAM P. JOYCE, et al.,<br><br>　　　　　　　　　Respondents. | **AFFIDAVIT OF SIDRA MAHFOOZ IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**<br><br>Case No. 25-cv-1935 |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Sidra Mahfooz, hereby swear or affirm that:

1. I am over the age of eighteen (18) and I am fully competent and qualified to make this affidavit.

2. I am submitting this affidavit in support of my motion to practice Pro Hac Vice to appear as counsel for Petitioner, Mahmoud Khalil, in the above-captioned action.

3. As shown in the Certificate of Good Standing annexed to this filing, I am a member in good standing of the Supreme Court of New York.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any state or federal court.

Dated: This 13th date of March, 2025.

                                      Respectfully Submitted,

                                      Sidra Mahfooz
                                      American Civil Liberties Union Foundation
                                      125 Broad Street, 18th Floor
                                      New York, NY 10004
                                      Phone: (212) 549-2500
                                      smahfooz@aclu.org

Subscribed and sworn to or affirmed before me 13th of March in the year of 2025

Lindsey Breton Kaley
Notary Public, State of New York
No. 01KA6320437
Qualified in Kings County
Commission Expires Mar. 02 2027