**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MAHMOUD KHALIL,<br><br>             Plaintiff,<br><br>   v.<br><br>WILLIAM P. JOYCE et al.,<br><br><br><br>          Respondent. | [PROPOSED] ORDER FOR ADMISSION<br>PRO HAC VICE<br><br>No. 25 Civ 1935 |

The motion of Sidra Mahfooz, for admission to practice Pro Hac Vice in the above captioned matter, is hereby granted.

Ms. Mahfooz has certified that she is a member in good standing of the bar of New York (active); and that her contact information is as follows:

Sidra Mahfooz
American Civil Liberties
Union Foundation
125 Broad Street
New York, NY 10004
Phone: (212) 549-2500
smahfooz@aclu.org

Ms. Mahfooz having requested admission Pro Hac Vice for all purposes as counsel for the American Civil Liberties Union Foundation in the above-entitled action;

IT IS HEREBY ORDERED that Ms. Mahfooz is admitted for practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys.


Dated:


_____

Honorable Valerie Caproni
United States District Court Judge