# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MAHMOUD KHALIL

                   Plaintiff,

   v.

WILLIAM P. JOYCE, et al.,

                 Respondent.

**MOTION FOR ADMISSION**
**PRO HAC VICE**

No. 25 Civ. 1935

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Tyler Takemoto hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 2025

Respectfully Submitted,

/s/ Tyler Takemoto

Tyler Takemoto

American Civil Liberties Union Foundation,

125 Broad Street, 18th Floor

New York, NY 10004

Phone:(212)549-2500

ttakemoto@aclu.org