UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAHMOUD KHALIL,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM P. JOYCE et al.,<br><br><br>Respondent. | [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE<br><br>No. 25 Civ 1935 |

The motion of Tyler Takemoto, for admission to practice Pro Hac Vice in the above captioned matter, is hereby granted.

Mr. Takemoto has certified that he is a member in good standing of the bar of the District of Columbia (active); and that his contact information is as follows:

Tyler Takemoto
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
Phone: (212) 549-2500
ttakemoto@aclu.org

Mr. Takemoto having requested admission Pro Hac Vice for all purposes as counsel for the American Civil Liberties Union Foundation in the above-entitled action;

IT IS HEREBY ORDERED that Mr. Takemoto is admitted for practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys.

Dated:

_____

Honorable Valerie Caproni
United States District Court Judge