# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MAHMOUD KHALIL,<br><br>          *Petitioner,*<br><br>     v.<br><br>WILLIAM P. JOYCE et al.,<br><br>          *Respondents.* | No. 25-cv-01963 (MEF)<br><br>**ORDER** |

This case had been pending in the United States District Court
for the Southern District of New York.  There, on March 10, the
Court ordered that the Petitioner may not be removed from the
United States, pending a ruling on the Petition.  See ECF 9.

Today, the case was transferred to this Court.  See ECF 79.

The Court orders: the Petitioner shall not be removed from the
United States, unless and until the Court issues a contrary
Order.

The purpose of this Order is to preserve the Court's
jurisdiction, so that the Petition can be reviewed and ruled on.

The authority for this is the All Writs Act, at Title 28, United
States Code, Section 1651, as it has been interpreted by the
Court of Appeals for the Third Circuit.  See, e.g., Dabone v.
Karn, 763 F.2d 593, 597 n.2 (3d Cir. 1985) (citing FTC v. Dean
Foods Co., 384 U.S. 597, 603 (1966)).

IT IS on this 19th day of March, 2025, so ORDERED.

_____
Michael E. Farbiarz, U.S.D.J.