YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
SARAH S. WILSON
Assistant Director
DHRUMAN Y. SAMPAT
Senior Litigation Counsel
Office of Immigration Litigation
General Litigation and Appeals Section
PO Box 878, Ben Franklin Station
Washington, D.C. 20044
dhruman.y.sampat@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAHMOUD KHALIL,<br><br>         *Petitioner,*<br><br>v.<br><br>WILLIAM P. JOYCE, *et al.*,<br><br>         *Respondents.* | *Civ. Act. No.* 25-cv-1963 |

**NOTICE OF APPEARANCE**

  TO:  Melissa E. Roads, Esq. Clerk

  NOTICE is hereby given of the below attorney appearing on behalf of the Respondents in the above captioned matter.

Dated: March 19, 2025

                                            Respectfully submitted,

                                            YAAKOV M. ROTH
                                            Acting Assistant Attorney General
                                            Civil Division

                                            SARAH S. WILSON
                                            Assistant Director

                                            *s/ Dhruman Y. Sampat*
                                            DHRUMAN Y. SAMPAT
                                            Senior Litigation Counsel
                                            Office of Immigration Litigation
                                            General Litigation and Appeals Section
                                            PO Box 878, Ben Franklin Station
                                            Washington, D.C. 20044
                                            dhruman.y.sampat@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing filing was served on counsel of record via this Court's CM/ECF system on March 19, 2025.

>  *s/ Dhruman Y. Sampat*
>  DHRUMAN Y. SAMPAT
>  Senior Litigation Counsel