AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| Mahmoud Khalil | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-01963 |
| William P. Joyce, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mahmoud Khalil

Date: 03/19/2025

*Attorney's signature*

Jeanne LoCicero 024052000
*Printed name and bar number*

American Civil Liberties Union
of New Jersey Foundation
PO Box 32159, 570 Broad St. Fl. 11
Newark, New Jersey 07102
*Address*

jlocicero@aclu-nj.org
*E-mail address*

(973) 854-1715
*Telephone number*

*FAX number*