UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MAHMOUD KHALIL,

        *Petitioner*,

   v.

WILLIAM P. JOYCE, et al.,

        *Respondents*.

No. 25-cv-01963 (MEF)

<u>ORDER</u>

The parties have moved to set a briefing schedule that would supersede the previously-established schedule. <u>See</u> ECF 84. This is, in part, so that filings can be adjusted to reflect "the potential relevance of different authorities in a new venue." <u>Id</u>. at 2.

As to the briefing deadlines they jointly seek, the parties' motion is granted, subject to the 5:00pm caveat set out below.

The parties disagree in two places.

<u>First</u>, they disagree as to when the Respondents will file additional materials on their motion to transfer venue. The Petitioner asks for March 25. The Respondents ask for March 26.

The date will be March 26. The extra day will not slow down the Court's decision-making.

<u>Second</u>, as to the Petitioner's motion for release: for their opposition, the Respondents seek a deadline of March 24, and the Petitioner seeks March 21; and as to the Petitioner's reply, he asks for March 24, and the Respondents want March 26.

The opposition shall be filed by 9:00am on March 23.

Given this timing, the Petitioner shall file a one-sentence letter before 2:00pm on March 23, indicating when he will file

his reply.  The Petitioner may opt to do so on March 24, as he requests, or at any point before March 26 at 5:00pm.

Unless the Court specifies otherwise, all briefing in this case shall be filed at 5:00pm on the date of the briefing deadline.

IT IS on this 20th day of March, 2025, so **ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.