# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>*Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice,<br><br>*Respondents*. | Case No. 2:25-cv-01963<br><br>Hon. Michael E. Farbiarz<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF AS *AMICI CURIAE*** |

Upon consideration of the Motion of the Foundation for Individual Rights and Expression, The Rutherford Institute, the First Amendment Lawyers Association, the National Coalition Against Censorship, and PEN American Center, Inc. for Leave to File Brief as *Amici Curiae*, and for good cause shown,

**IT IS** on this _____ day of _____, 2025, **ORDERED**:

1. The Motion for Leave to File Brief as *Amici Curiae* is **GRANTED**;

2. The proposed *amici curiae* brief is hereby deemed **FILED**.

_____

Hon. Michael E. Farbiarz