**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MAHMOUD KHALIL,**<br><br>Petitioner,<br><br>**v.**<br><br>**WILLIAM JOYCE ET AL.,**<br><br>Respondent. | Case No. 25-cv-01963 (MEF)<br><br><br>**CERTIFICATION OF SHEZZA ABBOUSHI DALLAL IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL CIVIL RULE 101.1** |

I, Shezza Abboushi Dallal, hereby certify the following:

1.     I am employed as an attorney at the CLEAR Project, Main Street Legal Services Inc. I have been requested to represent Petitioner Mahmoud Khalil in this matter.

2.     I am a member in good standing of the New York State bar as of 2022. A certificate of good standing issued by the New York State Appellate Division, Second Department, is attached herein.

3.  I am also admitted to practice before the following courts:

| Court | Year of Admission |
|---|---|
| New York State Appellate Division, Second Department | 2022 |
| U.S. Courts of Appeals for the Second Circuit | 2023 |
| U.S. District Courts for the Eastern District of New York | 2023 |
| U.S. District Courts for the Southern District of New York | 2022 |

4.      No professional disciplinary proceedings are pending against me in any jurisdiction and no professional discipline has previously been imposed on me in any jurisdiction.

5.      In the event I am admitted *pro hac vice*, I agree to:

a. Make payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for each year in which I represent Petitioner in this matter;

b. Abide by the Rules of this Court, including any relevant disciplinary rules;

c. Notify this Court immediately of any matters affecting my standing at the Bar of any other Court; and

    d.  Have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in the United States District Court for the District of New Jersey.

6.    In view of the foregoing, I respectfully request that I be admitted *pro hac vice*. Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Dated: March 20, 2025

Respectfully Submitted,
/s/Shezza Abboushi Dallal
CLEAR Project
MAIN STREET LEGAL SERVICES INC.
CUNY School of Law
2 Court Square
Long Island City, NY 11101
Tel: (718) 340-4640
shezza.dallal@law.cuny.edu