# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **MAHMOUD KHALIL,** | Case No. 25-cv-01963-MEF |
| Petitioner, | |
| **v.** | **[PROPOSED] ORDER ADMITTING MUDASSAR HAYAT TOPPA PRO HAC VICE** |
| **WILLIAM JOYCE ET AL.,** | |
| Respondent. | |

**THIS MATTER** having been opened by the Court by Naz Ahmad, co-counsel for Petitioner, seeking an Order admitting Mudassar Hayat Toppa of the CLEAR Project, Main Street Legal Services, Inc., *pro hac vice*, and the Court having considered this matter, and good cause having been shown;

**IT IS** on this        day of March, 2025, **ORDERED** as follows:

1.  Mudassar Hayat Toppa is hereby admitted *pro hac vice* to appear in this matter for all purposes on behalf of Petitioner;

2.  All pleadings, briefs, and other papers filed with the Court on behalf of Petitioner, shall be signed by a lawyer who is licensed to practice in the District of New Jersey, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the

Court, and who will be held responsible for the conduct of the attorneys admitted hereby;

3. Mudassar Hayat Toppa shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) and L. Civ. R. 101.1(c)(2) for each calendar year this matter is pending;

4. Mudassar Hayat Toppa is required to abide by the Rules governing this Court, including all disciplinary rules, and to notify the Court immediately of any matter affecting his standing at the bar of any court.

Dated: March  , 2025

HON. Michael E. Farbriarz USDJ