# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MAHMOUD KHALIL,**  Petitioner,  v.  **WILLIAM JOYCE ET AL.,**  Respondent. | Case No. 25-cv-01963-MEF  **CERTIFICATE OF SERVICE** |

I, Naz Ahmad, hereby certify the following:

1. I am attorney-at-law of the State of New Jersey, am admitted to this Court, and am employed by the CLEAR project.

2. On March 20, 2025, I caused copies of the (i) Notice of Motion for Admission Pro Hac Vice of Mudassar Hayat Toppa, (ii) supporting declaration of Mudassar Hayat Toppa; (iii) supporting declaration of Naz Ahmad; (iv) proposed form of Order; and (v) this Certification of Service to be served on all counsel of record via electronic case filing.

| | |
|---|---|
| Dated: March 20, 2025 | Respectfully Submitted,<br>/s/Naz Ahmad<br>Naz Ahmad<br>CLEAR PROJECT<br>MAIN STREET LEGAL SERVICES INC.<br>CUNY School of Law<br>2 Court Square<br>Long Island City, NY 11101<br>Tel: (718) 340-4630<br>naz.ahmad@law.cuny.edu<br><br>*Counsel for Petitioner* |