UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>*Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, et al.,<br><br>*Respondents*. | Case No. 2:25-cv-01963-MEF<br><br>**DECLARATION OF SAMAH SISAY IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION PURSUANT TO LOCAL CIVIL RULE 101(C)** |

I, SAMAH SISAY, of full age, do hereby declare as follows:

1. I am a Staff Attorney at the Center for Constitutional Rights. I represent Petitioner in this matter.

2. I am a member in good standing of the New York State bar as of 2019. A certificate of good standing issued by the New York State Appellate Division, First Department, is attached herein.

3. I am also admitted to practice before the U.S. District Courts for the Southern (2021) and Eastern (2021) Districts of New York and the U.S. District Court for the District of Columbia (2023).

4. No professional disciplinary proceedings are pending against me in any jurisdiction and no professional discipline has previously been imposed on me in any jurisdiction.

5. In the event I am admitted pro hac vice, I agree to:

    a. Make payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for each year in which I represent Petitioner in this matter;

    b. Abide by the Rules of this Court, including any relevant disciplinary rules;

      c.      Notify this Court immediately of any matters affecting my standing at the Bar of any other Court; and

      d.      Have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in the United States District Court for the District of New Jersey.

6.      In view of the foregoing, I respectfully request that I be admitted pro hac vice.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Dated: March 20, 2025　　　　　　　　　　Respectfully Submitted,
New York, NY

                                        /s/ Samah Sisay
                                        Samah Sisay
                                        Center for Constitutional Rights
                                        666 Broadway, 7th Floor
                                        New York, NY 10012
                                        (212) 614-6484
                                        ssisay@ccrjustice.org

                                        *Counsel for Petitioner*