UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL, *Petitioner*, v. Donald J. TRUMP, et al., *Respondents*. | Case No. 2:25-cv-01963-MEF **DECLARATION IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION OF SAMAH SISAY PURSUANT TO LOCAL CIVIL RULE 101(C)** |

I, Baher Azmy, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. I am an attorney-at-law of the State of New Jersey and Legal Director of the legal non-profit the Center for Constitutional Rights. I submit this Declaration in support of the Motion of Samah Sisay of the Center for Constitutional Rights for admission to the Bar of this Court pro hac vice for the purpose of acting as counsel to the Petitioner. I am familiar with the facts and information set forth herein.

2. I am a member in good standing of the following bars:

   New Jersey State Bar: Admitted 1997
   New Jersey Board of Bar Examiners
   Richard J. Hughes Justice Complex
   25 W. Market Street, 8th Floor, North Wing
   Trenton, NJ 08611

   New York State Bar: Admitted 1997
   Appellate Division, First Department
   27 Madison Avenue
   New York, NY 10010

   U.S. Supreme Court: Admitted 2007
   Clerk, Supreme Court of the U.S.
   ATTN: Admissions Office
   One First Street, N.E.
   Washington, DC 20543

   District of New Jersey: Admitted 1999
   Martin Luther King Building & U.S. Courthouse

      50 Walnut Street, Room 4015
      Newark, NJ 07101

      Southern District of New York: Admitted 1998
      Daniel Patrick Moynihan U.S. Courthouse
      500 Pearl Street
      New York, NY 10007

      Eastern District of New York: Admitted 1998
      United States District Court for the New York Eastern District
      225 Cadman Plaza East
      Brooklyn, NY 11201

      U.S. Court of Appeals for the Third Circuit: Admitted 1997
      21400 United States Courthouse
      601 Market Street
      Philadelphia, PA 19106-1790

      U.S. Court of Appeals for the District of Columbia Circuit: Admitted 2006
      E. Barrett Prettyman U.S. Courthouse and William B. Bryant Annex
      333 Constitution Avenue, N.W.
      Washington, DC 20001-2866

      U.S. Court of Appeals for the Fourth Circuit: Admitted 2011
      Lewis F. Powell, Jr. United States Courthouse Annex
      1100 East Main Street, Suite 501
      Richmond, VA 23219-3517

      U.S. Court of Appeals for the Second Circuit: Admitted 2013
      Thurgood Marshall U.S. Courthouse
      40 Foley Square
      New York, NY 10007

      U.S. Court of Appeals for the Ninth Circuit: Admitted 2015
      P.O. Box 193939
      San Francisco, CA 94119-3939
      James R. Browning Courthouse
      95 Seventh Street
      San Francisco, CA 94103

      3.      Samah Sisay will be associated with me in the pursuit of this matter. I will be responsible for the conduct of Samah Sisay and for the case. I, or another lawyer who is a member

in good standing of the New Jersey Bar and the Bar of this Court, will sign all pleadings, briefs, and other papers filed with the Court.

4.  I, or another lawyer who is a member in good standing of the New Jersey Bar and the Bar of this Court, will make all court appearances.

5.  I have advised Samah Sisay of the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 1031, Judicial Ethics and Professional Responsibility; L. Civ. R. 101.1(c), Admission of Attorneys: Appearance Pro Hac Vice; Local Counsel; and L. Civ. R. 104.1, Discipline of Attorneys. I will ensure that Samah Sisay complies with L. Civ. R. 101.1(c).

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Dated: March 20, 2025  
New York, NY

Respectfully Submitted,

/s/ Baher Azmy  
Baher Azmy  
Center for Constitutional Rights  
666 Broadway, 7th Floor  
New York, NY 10012  
(212) 614-6427  
bazmy@ccrjustice.org

*Counsel for Petitioner*

3