UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>   *Petitioner*,<br><br>   v.<br><br>Donald J. TRUMP, et al.,<br><br>   *Respondents*. | Case No. 2:25-cv-01963-MEF<br><br>**[PROPOSED ORDER] GRANTING PRO HAC VICE ADMISSION OF SAMAH SISAY PURSUANT TO LOCAL CIVIL RULE 101(C)** |

     THIS MATTER having been opened by the Court by Baher Azmy, co-counsel for Petitioner, seeking an Order admitting Samah Sisay of the Center for Constitutional Rights, pro hac vice, and the Court having considered this matter, and good cause having been shown;

     IT IS on this _____ day of _____, 2025, ORDERED as follows:

     1.    Samah Sisay is hereby admitted pro hac vice to appear in this matter for all purposes on behalf of Petitioner;

     2.    All pleadings, briefs, and other papers filed with the Court on behalf of Petitioner shall be signed by a lawyer who is licensed to practice in the District of New Jersey, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorneys admitted hereby;

     3.    Samah Sisay shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending;

     4.    Samah Sisay is required to abide by the Rules governing this Court, including all disciplinary rules, and to notify the Court immediately of any matter affecting his or her standing at the bar of any court.

Dated: _____, 2025

                                                                                                       HON. _____, USDJ