UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>*Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, et al.,<br><br>*Respondents*. | Case No. 2:25-cv-01963-MEF<br><br>**CERTIFICATE OF SERVICE** |

I, Baher Azmy, hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey, am admitted to this Court, and am Legal Director of the legal non-profit the Center for Constitutional Rights.

2. On March 20, 2025, I caused copies of the (i) Amended Memorandum of Law in Support of Motion for Release Under *Lucas v. Hadden* and *Mapp v. Reno*; (ii) Supplemental Letters of Support; and (iii) this Certificate of Service to be served on all counsel of record via electronic case filing.

Dated: March 20, 2025  
New York, NY

Respectfully Submitted,

/s/ Baher Azmy  
Baher Azmy  
Center for Constitutional Rights  
666 Broadway, 7th Floor  
New York, NY 10012  
(212) 614-6427  
bazmy@ccrjustice.org

*Counsel for Petitioner*