UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>*Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice,<br><br>*Respondents*. | Case No. 2:25-cv-01963<br><br>Hon. Michael E. Farbiarz<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF CONOR T. FITZPATRICK** |

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, but no later than the regular April 21, 2025 motion day, the undersigned counsel for proposed *amicus curiae* Foundation for Individual Rights and Expression hereby moves before the Honorable Michael E. Farbiarz, United States District Judge at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ for an Order pursuant to L. Civ. R. 101.1(c), admitting Conor T. Fitzpatrick as counsel *pro hac vice* in the above-captioned matter;

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, the undersigned will rely upon the Certifications of Conor T. Fitzpatrick and Greg H.

1

Greubel, as well as the attached Certificates of Good Standing. A proposed Order is attached hereto.

Dated: March 21, 2025

Respectfully Submitted,

/s/ *Greg H. Greubel*
Conor T. Fitzpatrick*
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

Greg H. Greubel
   (NJ Bar No. 171622015)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org

*Counsel for Amicus Curiae*
*Pro hac vice application pending