UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>*Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice,<br><br>*Respondents*. | Case No. 2:25-cv-01963<br><br>Hon. Michael E. Farbiarz<br><br>**CERTIFICATION OF GREG H. GREUBEL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF CONOR T. FITZPATRICK** |

I, Greg Harold Greubel, of full age, certify as follows:

1. I am an attorney at the Foundation for Individual Rights and Expression, located at 510 Walnut Street, Suite 900, Philadelphia, PA 19106. I am available for contact there by mail, at (215) 717-3473, or at greg.greubel@thefire.org.

2. I am admitted to practice and am a member in good standing of the Bar of the State of New Jersey (Attorney ID No. 171622015, admitted 11/10/2015).

3. There are no disciplinary proceedings pending against me, and no discipline has previously been imposed upon me in any court or jurisdiction.

4. I am fully familiar with the facts and circumstances surrounding the above-captioned matter. I make this certification in support of the application for the

admission of Conor T. Fitzpatrick as counsel *pro hac vice* for the purpose of representing *amicus curiae* Foundation for Individual Rights and Expression in this action. His certification is attached.

5. Pursuant to L. Civ. R. 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me or another attorney associated with *amicus* who is a member of the Bar of this Court. Said attorney(s) and I shall be responsible for the conduct of Mr. Fitzpatrick, should he be admitted by this Court.

6. Accordingly, the undersigned respectfully requests that proposed *amicus curiae*'s Motion for Admission *Pro Hac Vice* of Conor T. Fitzpatrick be granted.

Dated: March 21, 2025

Respectfully Submitted,

/s/ *Greg H. Greubel*
Greg H. Greubel
  (NJ Bar No. 171622015)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org

*Counsel for Amicus Curiae*