UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>*Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice,<br><br>*Respondents*. | Case No. 2:25-cv-01963<br><br>Hon. Michael E. Farbiarz<br><br>**CERTIFICATION OF CONOR T. FITZPATRICK IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to L. Civ. R. 101.1 of the United States District Court for the District of New Jersey, I, Conor T. Fitzpatrick, certify as follows:

1. I am an attorney at the Foundation for Individual Rights and Expression, located at 700 Pennsylvania Avenue Southeast, Suite 340, Washington, DC 20003. I am available for contact there by mail, at (215) 717-3473, or at conor.fitzpatrick@thefire.org.

2. I am admitted to practice and am a member in good standing of the State Bar of Michigan (No. P78981, admitted 11/26/2014) and the District of Columbia Bar (No. 90015616, admitted 10/02/2023). Attached hereto are true and correct copies of Certificates of Good Standing.

1

3. There are no disciplinary proceedings pending against me, and no discipline has previously been imposed upon me in any court or jurisdiction.

4. Upon the granting of this motion, I will make a payment to the Clerk for the admissions fee and the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a).

5. I am familiar with and will comply with the Local Rules of this Court.

Dated: March 21, 2025                                  Respectfully Submitted,

/s/ Conor T. Fitzpatrick
Conor T. Fitzpatrick
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
conor.fitzpatrick@thefire.org