

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Conor T. Fitzpatrick

was duly qualified and admitted on October 2, 2023 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 18, 2025.

JULIO A. CASTILLO
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.



# STATE BAR OF MICHIGAN
## CERTIFICATE OF GOOD STANDING

This certifies that Conor Terrence Fitzpatrick, P78981 of Washington, District of Columbia is an active member of the State Bar of Michigan in good standing.

Conor Terrence Fitzpatrick was admitted to practice in Michigan on November 19, 2014 in Wayne County and became a member of the State Bar of Michigan on November 26, 2014.

Peter W. Cunningham, Executive Director
March 19, 2025