UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>*Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice,<br><br>*Respondents*. | Case No. 2:25-cv-01963<br><br>Hon. Michael E. Farbiarz<br><br>**[PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION** |

This matter having come before the Court on the application of Conor T. Fitzpatrick to appear *pro hac vice* on behalf of *amicus curiae* Foundation for Individual Rights and Expression, pursuant to L. Civ. R. 101.1(c), and for good cause shown,

**IT IS HEREBY ORDERED:**

**1.** Conor T. Fitzpatrick, of the Foundation for Individual Rights and Expression, is hereby granted admission *pro hac vice* to appear in this matter on behalf of *amicus* Foundation for Individual Rights and Expression in the same manner as attorneys authorized to practice law in this State; and it is further

1

2.      **ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by Greg H. Greubel, attorney of record for *amicus* Foundation for Individual Rights and Expression, or by such other attorney who may appear as counsel of record for *amicus* Foundation for Individual Rights and Expression, who shall be responsible for the submission of the case and the attorneys admitted hereby; and it is further

3.      **ORDERED** that, in accordance with L. Civ. R. 101.1(c)(2), Conor T. Fitzpatrick shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection; and it is further

4.      **ORDERED** that, in accordance with L. Civ. R. 101.1(c)(3), Conor T. Fitzpatrick shall pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice*; and it is further

5.      **ORDERED** that Conor T. Fitzpatrick shall be bound by the Rules of the United States District Court for the District of New Jersey, including all disciplinary rules.

This order is effective immediately.

Dated: _____                       _____

                                                                                Hon. Michael E. Farbiarz