## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>               *Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice,<br><br>               *Respondents*. | Case No. 2:25-cv-01963<br><br>Hon. Michael E. Farbiarz<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 21, 2025, I electronically filed a copy of the following on behalf of proposed *amicus curiae* Foundation for Individual Rights and Expression: (1) Notice of Motion for Admission *Pro Hac Vice* of Conor T. Fitzpatrick; (2) Certification of Greg H. Greubel; (3) Certification of Conor T. Fitzpatrick; (4) Certificates of Good Standing; and (5) Proposed Form of Order.

Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

Dated: March 21, 2025

Respectfully Submitted,

/s/ *Greg H. Greubel*
Conor T. Fitzpatrick*
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION

1

700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

Greg H. Greubel
  (NJ Bar No. 171622015)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org

*Counsel for Amicus Curiae*
*Pro hac vice application pending