# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>*Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, et al.,<br><br>*Respondents*. | Case No. 2:25-cv-01963-MEF<br><br>**CERTIFICATE OF SERVICE** |

I, Baher Azmy, hereby certify as follows:

    1.    I am an attorney-at-law of the State of New Jersey, am admitted to this Court, and am Legal Director of the legal non-profit the Center for Constitutional Rights.

    2.    On March 21, 2025, I caused copies of the (i) Supplemental Memorandum of Law in Further Support of Motion to Compel Respondents to Return Petitioner to this District and (ii) this Certificate of Service to be served on all counsel of record via electronic case filing.

Dated: March 21, 2025  
New York, NY

Respectfully Submitted,

/s/ Baher Azmy  
Baher Azmy  
Center for Constitutional Rights  
666 Broadway, 7th Floor  
New York, NY 10012  
(212) 614-6427  
bazmy@ccrjustice.org

*Counsel for Petitioner*