

P.O. Box 32159
Newark, NJ 07102

Tel: 973-642-2086
Fax: 973-642-6523

info@aclu-nj.org
www.aclu-nj.org

Jeanne LoCicero
Legal Director

973-854-1715
jlocicero@aclu-nj.org

March 21, 2025

**VIA ECF**

The Honorable Michael A. Hammer
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

        Re: Khalil v. Joyce, et al., Case No.: 2:25-cv-01963-MEF-MAH

Dear Judge Hammer:

On behalf of the Petitioner, I am submitting materials for twelve attorneys to be admitted Pro Hac Vice.

Earlier today, I contacted counsel for the Government who advised that they do not object to any of the admissions for Petitioner's attorneys. Pursuant to the Court's preferences, I am attaching to this letter a proposed form of order along with a certification from each individual applicant providing the information required by L.Civ.R. 101.1(c) and my respective certifications stating that I will be responsible for their conduct in this matter and will otherwise comply with L.Civ.R. 101(c). The attorneys who are seeking PHV admission are:

- Omar Jadwat
- Noor Zafar
- Sidra Mahfooz
- Brian Hauss
- Brett Max Kaufman
- Esha Bhandari
- Vera Eidelman
- Tyler Takemoto
- Amy Belsher
- Molly Biklen
- Robert Hodgson
- Veronica Salama

Thank you very much for the Court's time and consideration.

Respectfully submitted,

*Jeanne LoCicero*

Jeanne LoCicero