UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>   *Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice,<br><br>   *Respondents*. | Case No.: 2:25-cv-01963-MEF-MAH |

### [PROPOSED] ORDER ADMITTING COUNSEL PRO HAC VICE

**THIS MATTER** having been brought before the Court by Jeanne LoCicero, Esq. ["movant"], attorney for Petitioner, on application for an Order allowing Omar Jadwat, Esq., Noor Zafar, Esq., Sidra Mahfooz, Esq., Brian Hauss, Esq., Brett Max

Kaufman, Esq., Esha Bhandari, Esq., Vera Eidelman, Esq., Tyler Takemoto, Esq., Amy Belsher, Esq., Robert Hodgson, Esq., Veronica Salama, Esq., and Molly Biklen, Esq., [collectively "counsel"], to appear and participate *pro hac vice* [Docket Entry No. ____]; to which no party to these proceedings objects; and the Court having considered the moving papers;

It is on this _____ day of _____, 2025,

**ORDERED** that counsel, all members in good standing of their respective state Bars, are granted permission to appear *pro hac vice* in the above-captioned matter on behalf of the Petitioner pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that, all pleadings, briefs, and other papers filed with the Court shall be signed by movant, or other co-counsel who are admitted to the Bar of this Court, and movant shall be held responsible for said papers and for the conduct of the case and will be held responsible for the conduct of counsel admitted hereby; and it is further

**ORDERED** that counsel shall individually pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this order, unless previously paid for the current calendar year; and it is further

**ORDERED** that counsel shall individually make payments of $150.00 to the Clerk of the United States District Court for the District of New Jersey in accordance

with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days of the date of the entry of this Order; and it is further

**ORDERED** that counsel shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L. Civ. R. 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that counsel may file requests with the Clerk of Court, the form of which is available at the Court's website, to receive electronic notifications in this matter.

**IT IS SO ORDERED:**


DATED this _____ day of _____, 2025.


_____
Hon. Michael A. Hammer, U.S. Magistrate Judge