Jeanne LoCicero
American Civil Liberties Union
of New Jersey Foundation
570 Broad Street, 11th Floor
P.O. Box 32159
Newark, NJ 07102
(973) 854-1715
JLoCicero@aclu-nj.org

*Attorney for Petitioner*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MAHMOUD KHALIL,**<br><br>Petitioner,<br><br>v.<br><br>**WILLIAM JOYCE ET AL.,**<br><br>Respondent. | Case No. 2:25-cv-01963 (MEF)(MAH)<br><br>**CERTIFICATION OF NOOR ZAFAR IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL CIVIL RULE 101.1** |

I, Noor Zafar, hereby certify the following:

1. I am an attorney at the American Civil Liberties Union Foundation ("ACLU"). I have been requested to represent Petitioner in this matter.

2.  I am a member in good standing of the New York State bar as of 2018. A certificate of good standing issued by the New York State Appellate Division, Second Department, is attached herein.

3. I am also admitted to practice before the following courts:

| Court | Year of Admission | Attorney Rolls Maintained By |
| --- | --- | --- |
| New York State Appellate Division, Second Department | 2019 | Supreme Court, State of New York Appellate Division, Second Department 45 Monroe Place Brooklyn, NY 11201 |
| U.S. Court of Appeals for the Second Circuit | 2021 | Thurgood Marshall United States Courthouse 40 Foley Square New York, New York 10007 |
| U.S. Court of Appeals for the Ninth Circuit | 2021 | The James R. Browning Courthouse 95 7th Street San Francisco, CA 94103 |
| U.S. Court of Appeals for the Tenth Circuit | 2024 | Byron White Court House 1823 Stout Street Denver, CO 80257 |
| U.S. Court of Appeals for the Eleventh Circuit | 2013 | Elbert P. Tuttle Courthouse 56 Forsyth Street, N.W. Atlanta, GA 30303 |

| U.S. District Court for the Southern District of New York | 2019 | 500 Pearl Street, New York, NY 10007 |

4. No professional disciplinary proceedings are pending against me in any jurisdiction and no professional discipline has previously been imposed on me in any jurisdiction.

5. In the event I am admitted *pro hac vice*, I agree to:

   a. Make payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for each year in which I represent Petitioner in this matter;

   b. Abide by the Rules of this Court, including any relevant disciplinary rules;

   c. Notify this Court immediately of any matters affecting my standing at the Bar of any other Court; and

   d. Have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in the United States District Court for the District of New Jersey.

6. In view of the foregoing, I respectfully request that I be admitted *pro hac vice*.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Dated: March 21, 2025

Respectfully Submitted,
/s/Noor Zafar
Noor Zafar
American Civil Liberties Union Foundation
125 Broad St., 18th Fl.,
New York, NY 10004
Tel: (212) 549-2500
nzafar@aclu.org