Jeanne LoCicero
American Civil Liberties Union
of New Jersey Foundation
570 Broad Street, 11th Floor
P.O. Box 32159
Newark, New Jersey 07102
Tel: (973) 854-1718
jlocicero@aclu-nj.org

*Counsel for Petitioner*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MAHMOUD KHALIL,**<br><br>Petitioner,<br><br>v.<br><br>**WILLIAM JOYCE ET AL.,**<br><br>Respondent. | Case No. 2:25-cv-01963 (MEF)(MAH)<br><br>**CERTIFICATION OF BRETT MAX KAUFMAN IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL CIVIL RULE 101.1** |

I, Brett Max Kaufman, hereby certify the following:

1. I am an attorney at the American Civil Liberties Union Foundation ("ACLU"). I have been requested to represent Petitioner in this matter.

2. I am a member in good standing of the New York State bar as of 2010.

3. I am also admitted to practice before the following courts:

| Court | Year of Admission | Attorney Rolls Maintained By: |
|---|---|---|
| New York State Appellate Division, Second Department | 2010 | Supreme Court, State of New York Appellate Division, Second Department 45 Monroe Place Brooklyn, NY 11201 |
| U.S. Supreme Court | 2016 | 1 First Street, NE Washington, DC 20543 |
| U.S. Court of Appeals for the Second Circuit | 2013 | Thurgood Marshall United States Courthouse 40 Foley Square New York, New York 10007 |
| U.S. Court of Appeals for the Third Circuit | 2017 | United States Court of Appeals for |

| | | |
|---|---|---|
| | | the Third Circuit<br>21400 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790 |
| U.S. Court of Appeals for the Fourth Circuit | 2020 | Lewis F. Powell Jr. Courthouse & Annex<br>1100 East Main Street, Suite 501<br>Richmond, VA 23219 |
| U.S. Court of Appeals for the Ninth Circuit | 2019 | The James R. Browning Courthouse<br>95 7th Street<br>San Francisco, CA 94103 |
| U.S. Court of Appeals for the Tenth Circuit | 2023 | Byron White Court House<br>1823 Stout Street<br>Denver, CO 80257 |
| U.S. Court of Appeals for the Federal Circuit | 2015 | Jarrett B. Perlow<br>717 Madison Place, NW<br>Washington, DC 20439 |
| U.S. Court of Appeals for the D.C. Circuit | 2020 | 333 Constitution Avenue N.W. |

| | | |
|---|---|---|
| | | Washington D.C. 20001 |
| U.S. District Court for the Southern District of New York | 2012 | Thurgood Marshall United States Courthouse 40 Foley Square New York, NY 10007 |
| U.S. District Court for the Western District of New York | 2019 | 2120 Kenneth B. Keating Federal Building 100 State Street Rochester, NY 14614 |

4.  No professional disciplinary proceedings are pending against me in any jurisdiction and no professional discipline has previously been imposed on me in any jurisdiction.

5.  In the event I am admitted *pro hac vice*, I agree to:

   a. Make payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for each year in which I represent Petitioner in this matter;

   b. Abide by the Rules of this Court, including any relevant disciplinary rules;

    c. Notify this Court immediately of any matters affecting my standing at the Bar of any other Court; and

    d. Have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in the United States District Court for the District of New Jersey.

6. In view of the foregoing, I respectfully request that I be admitted *pro hac vice*.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Dated: March 21, 2025

Respectfully Submitted,
/s/Brett Max Kaufman
Brett Max Kaufman
American Civil Liberties Union Foundation
125 Broad St., 18th Fl.,
New York, NY 10004
Tel: (212) 549-2500
bkaufman@aclu.org