Jeanne LoCicero
American Civil Liberties Union
of New Jersey Foundation
570 Broad Street, 11th Floor
P.O. Box 32159
Newark, New Jersey 07102
Tel: (973) 854-1718
jlocicero@aclu-nj.org

*Counsel for Petitioner*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MAHMOUD KHALIL,** <br><br> Petitioner, <br><br> v. <br><br> **WILLIAM JOYCE ET AL.,** <br><br> Respondent. | Case No. 2:25-cv-01963 (MEF)(MAH) <br><br> **CERTIFICATION OF ESHA BHANDARI IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* PURSUANT TO LOCAL CIVIL RULE 101.1** |

I, Esha Bhandari, hereby certify the following:

1. I am an attorney at the American Civil Liberties Union Foundation ("ACLU"). I have been requested to represent Petitioner in this matter.

2.  I am a member in good standing of the New York State bar as of 2011.

3. I am also admitted to practice before the following courts:

| Court | Year of Admission | Attorneys Rolls Maintained By: |
|---|---|---|
| New York State Appellate Division, Second Department | 2011 | Supreme Court, State of New York Appellate Division, Second Department 45 Monroe Place Brooklyn, NY 11201 |
| U.S. Supreme Court | 2016 | 1 First Street, NE Washington, DC 20543 |
| U.S. Court of Appeals for the First Circuit | 2020 | John Joseph Moakley U.S. Courthouse 1 Courthouse Way, Suite 2500 Boston, MA 02210 |
| U.S. Court of Appeals for the Second Circuit | 2012 | Thurgood Marshall United States Courthouse |

| | | |
|---|---|---|
| | | 40 Foley Square New York, New York 10007 |
| U.S. Court of Appeals for the Third Circuit | 2012 | United States Court of Appeals for the Third Circuit 21400 U.S. Courthouse 601 Market Street Philadelphia, PA 19106-1790 |
| U.S. Court of Appeals for the Fourth Circuit | 2017 | Lewis F. Powell Jr. Courthouse & Annex 1100 East Main Street, Suite 501 Richmond, VA 23219 |
| U.S. Court of Appeals for the Fifth Circuit | 2012 (inactive) | United States Court of Appeals Fifth Circuit Office Of the Clerk F. Edward Hebert Building 600 S. Maestri Place New Orleans, LA 70130-340 |

| | | |
|---|---|---|
| U.S. Court of Appeals for the Seventh Circuit | 2018 | Everett McKinley Dirksen United States Courthouse 219 S. Dearborn Street Room 2722 Chicago, IL 60604 |
| U.S. Court of Appeals for the Eighth Circuit | 2012 | Thomas F. Eagleton Courthouse 111 South 10th Street Room 24.329 St. Louis, MO. 63102 |
| U.S. Court of Appeals for the Ninth Circuit | 2011 | The James R. Browning Courthouse 95 7th Street San Francisco, CA 94103 |
| U.S. Court of Appeals for the Eleventh Circuit | 2012 | Elbert P. Tuttle Courthouse 56 Forsyth Street, N.W. Atlanta, GA 30303 |
| U.S. Court of Appeals for the Federal Circuit | 2012 | Jarrett B. Perlow 717 Madison Place, NW Washington, DC 20439 |

| | | |
|---|---|---|
| U.S. District Court for the Eastern District of New York | 2015 | United States District Court for the New York Eastern District 225 Cadman Plaza East Brooklyn, NY 11201 |
| U.S. District Court for the Southern District of New York | 2012 | 500 Pearl Street, New York, NY 10007 |
| U.S. District Court for the Western District of Texas | 2014 | |

4. No professional disciplinary proceedings are pending against me in any jurisdiction and no professional discipline has previously been imposed on me in any jurisdiction.

5. In the event I am admitted *pro hac vice*, I agree to:

a. Make payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for each year in which I represent Petitioner in this matter;

b. Abide by the Rules of this Court, including any relevant disciplinary rules;

c. Notify this Court immediately of any matters affecting my standing at the Bar of any other Court; and

    d. Have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in the United States District Court for the District of New Jersey.

6. In view of the foregoing, I respectfully request that I be admitted *pro hac vice*.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

| | |
|---|---|
| Dated: March 21, 2025 | Respectfully Submitted,<br>/s/Esha Bhandari<br>Esha Bhandari<br>American Civil Liberties Union Foundation<br>125 Broad St., 18th Fl.,<br>New York, NY 10004<br>Tel: (212) 549-2500<br>ebhandari@aclu.org |