Jeanne LoCicero
American Civil Liberties Union
of New Jersey Foundation
570 Broad Street, 11th Floor
P.O. Box 32159
Newark, New Jersey 07102
Tel: (973) 854-1718
jlocicero@aclu-nj.org

*Counsel for Petitioner*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MAHMOUD KHALIL,**<br><br>Petitioner,<br><br>v.<br><br>**WILLIAM JOYCE ET AL.,**<br><br>Respondent. | Case No. 2:25-cv-01963 (MEF)(MAH)<br><br>**CERTIFICATION OF JEANNE LOCICERO IN SUPPORT OF *PRO HAC VICE* ADMISSION FOR ESHA BHANDARI** |

I, Jeanne LoCicero, hereby certify the following:

1. I am an attorney admitted to practice law and a member in good standing in the State of New Jersey as well as the Bar of the United States

District Cout for the District of New Jersey. I am employed as an Attorney at the American Civil Liberties Union of New Jersey Foundation ("ACLU-NJ") and I am counsel for Petitioner Mahmoud Khalil in the above-captioned matter.

2. I make this certification in support of the motion for *pro hac vice* admission of Esha Bhandari, Esq. as counsel for the purpose of representing Petitioner in the above captioned matter.

3. Ms. Bhandari is a member in good standing of the bar of the State of New York.

4. Pursuant to L. Civ. R. 101.1(c), I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me or another attorney who is a member of the Bar of this Court. Pursuant to L. Civ. R. 101.1(c), Said attorney(s) and I shall be responsible for the conduct of Ms. Bhandari, should she be admitted by this Court, and present before the Court during all phases of these proceedings. Ms. Bhandari is associated with me and other local co-counsel in the present matter.

5. No disciplinary proceedings are pending against Ms. Bhandari in any jurisdiction and no discipline has previously been imposed on her. I understand and have informed Ms. Bhandari that if admitted *pro hac vice,* she will have the continuing obligation during the period of such admission to advise

the court promptly of a disposition made of pending charges or of the institution of new disciplinary proceedings.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

<div style="display:flex">
<div>Dated: March 21, 2025</div>
<div>

Respectfully Submitted,
/s/Jeanne LoCicero
Jeanne LoCicero
AMERICAN CIVIL LIBERTIES
UNION OF NEW JERSEY
FOUNDATION
570 Broad Street, 11th Floor
Post Office Box 32159
Newark, NJ 07102
Tel: (973) 854-1714
jlocicero@aclu-nj.org

*Counsel for Petitioner*

</div>
</div>