Jeanne LoCicero
American Civil Liberties Union
of New Jersey Foundation
570 Broad Street, 11th Floor
P.O. Box 32159
Newark, NJ 07102
(973) 854-1715
JLoCicero@aclu-nj.org

*Attorney for Petitioner*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MAHMOUD KHALIL,**<br><br>           Petitioner,<br><br>v.<br><br>**WILLIAM JOYCE ET AL.,**<br><br>           Respondent. | Case No. 2:25-cv-01963 (MEF)(MAH)<br><br>**CERTIFICATION OF JEANNE LOCICERO IN SUPPORT OF *PRO HAC VICE* ADMISSION FOR VERA EIDELMAN** |

I, Jeanne LoCicero, hereby certify the following:

1.      I am an attorney admitted to practice law and a member in good standing in the State of New Jersey as well as the Bar of the United States

District Cout for the District of New Jersey. I am employed as an Attorney at the American Civil Liberties Union of New Jersey Foundation ("ACLU-NJ") and I am counsel for Petitioner Mahmoud Khalil in the above-captioned matter.

2. I make this certification in support of the motion for *pro hac vice* admission of Vera Eidelman, Esq. as counsel for the purpose of representing Petitioner in the above captioned matter.

3. Ms. Eidelman is a member in good standing of the bar of the State of New York.

4. Pursuant to L. Civ. R. 101.1(c), I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me or another attorney who is a member of the Bar of this Court. Pursuant to L. Civ. R. 101.1(c), Said attorney(s) and I shall be responsible for the conduct of Ms. Eidelman, should she be admitted by this Court, and present before the Court during all phases of these proceedings. Ms. Eidelman is associated with me and other local co-counsel in the present matter.

5. No disciplinary proceedings are pending against Ms. Eidelman in any jurisdiction and no discipline has previously been imposed on her. I understand and have informed Ms. Eidelman that if admitted *pro hac vice,* she will have the continuing obligation during the period of such admission to advise

the court promptly of a disposition made of pending charges or of the institution of new disciplinary proceedings.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: March 21, 2025

Respectfully Submitted,
/s/Jeanne LoCicero
Jeanne LoCicero
AMERICAN CIVIL LIBERTIES
UNION OF NEW JERSEY
FOUNDATION
570 Broad Street, 11th Floor
Post Office Box 32159
Newark, NJ 07102
Tel: (973) 854-1714
jlocicero@aclu-nj.org

*Counsel for Petitioner*