Jeanne LoCicero
American Civil Liberties Union
of New Jersey Foundation
570 Broad Street, 11th Floor
P.O. Box 32159
Newark, NJ 07102
(973) 854-1715
JLoCicero@aclu-nj.org

*Attorney for Petitioner*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>   *Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice,<br><br>   *Respondents*. | Case No. 2:25-cv-01963 (MEF)(MAH)<br><br>**CERTIFICATION OF AMY BELSHER IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* PURSUANT TO LOCAL RULE 101.1** |

I, **AMY BELSHER**, of full age, do hereby certify as follows:

1. I am a senior staff attorney at the New York Civil Liberties Union Foundation (NYCLU), and I have been requested to represent Petitioner in this matter.

2. I am a member of good standing of the following bars:

   a. New York State Bar: Admitted 2018
      Appellate Division, Third Judicial Department
      45 Monroe Place, Brooklyn, N.Y. 11201

   b. U.S. Court of Appeals, Second Circuit: Admitted 2019
      Thurgood Marshall United States Courthouse
      40 Foley Square, New York, N.Y. 10007

   c. Southern District of New York: Admitted 2019
      Daniel Patrick Moynihan U.S. Courthouse
      500 Pearl Street, New York, N.Y. 10007

   d. Eastern District of New York: Admitted 2019
      United States District Court for the New York Eastern District
      225 Cadman Plaza East, Brooklyn, N.Y. 11201

   e. Western District of New York: Admitted 2019
      2120 Kenneth B. Keating Federal Building
      100 State Street, Rm. 2120, Rochester, N.Y. 14614

3. No professional disciplinary proceedings are pending against me in any jurisdiction and no professional discipline has previously been imposed on me in any jurisdiction.

4. In the event that I am admitted *pro hac vice*, I agree to:

    a. Make payment to the New Jersey Lawyer's Fund for Client Protection as provided by the New Jersey Court Rule 1:28-2(a) for each year in which I represent Petitioner-Plaintiff in this matter;

    b. Abide by the Rules of this Court, including any relevant disciplinary rules;

    c. Notify this Court immediately of any matters affecting my standing at the Bar of any other Court; and

    d. Have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in the United States District Court for the District of New Jersey.

5. In view of the foregoing, I respectfully request that I be admitted *pro hac vice*.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Dated: March 21, 2025          Respectfully Submitted,
    New York, N.Y.

Amy Belsher
New York Civil Liberties Union
Foundation
125 Broad Street, Floor 19
New York, N.Y. 10004
Tel: (212) 607 -3300
Fax: (212) 607 - 3318
abelsher@nyclu.org

3

*Counsel for Petitioner*