Jeanne LoCicero
American Civil Liberties Union
of New Jersey Foundation
570 Broad Street, 11th Floor
P.O. Box 32159
Newark, NJ 07102
(973) 854-1715
JLoCicero@aclu-nj.org

*Attorney for Petitioner*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>    *Petitioner,*<br><br>    v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice,<br><br>    *Respondents.* | Case No.: 2:25-cv-01963 (MEF)(MAH)<br><br>**CERTIFICATION OF JEANNE LOCICERO IN SUPPORT OF APPLICATION OF MOLLY BIKLEN TO APPEAR PRO HAC VICE** |

I, Jeanne LoCicero, certify as follows:

1. I am Legal Director for the American Civil Liberties Union of New Jersey Foundation and counsel for Petitioner in this case. I am admitted to practice before this Court and licensed to practice law in the State of New Jersey.

2. I am a member in good standing of the Bar of the State of New Jersey (Attorney ID No. 024052000) and the United States District Court for the District of New Jersey. I have never been disciplined by any Court before which I have appeared, and I have no disciplinary proceedings pending against me in any jurisdiction.

3. I respectfully submit this certification in support of Molly Biklen, Interim Legal Director at the New York Civil Liberties Union Foundation, and a member in good standing of the New York State Bar, to appear as counsel for Petitioner *pro hac vice* for all purposes in this action. Ms. Biklen's certification demonstrates her qualifications and credentials for admission *pro hac vice*.

4. I will be responsible for the conduct of Ms. Biklen in this case.

5. Pursuant to Local Civil Rule 101.1(c)(4), I, or other co-counsel who are admitted to the District of New Jersey will sign all pleadings, moving papers, and other submissions filed in this case and enter appearances on behalf of Petitioner.

6. I have read and will comply with Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey.

3

WHEREFORE, Petitioner respectfully requests that this Court enter the proposed order submitted herewith approving the admission *pro hac vice* of Ms. Biklen.

I hereby certify under penalty of perjury that the foregoing statements are true and correct.

Dated: March 21, 2025                         s/Jeanne LoCicero
                                              Jeanne LoCicero