Jeanne LoCicero
American Civil Liberties Union
of New Jersey Foundation
570 Broad Street, 11th Floor
P.O. Box 32159
Newark, NJ 07102
(973) 854-1715
JLoCicero@aclu-nj.org

*Attorney for Petitioner*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>    *Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as | Case No. 2:25-cv-01963 (MEF) (MAH)<br><br>**CERTIFICATION OF ROBERT HODGSON IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* PURSUANT TO LOCAL RULE 101.1** |

Attorney General, U.S. Department of Justice,

*Respondents*.

I, **ROBERT HODGSON**, of full age, do hereby certify as follows:

1. I am an attorney at the New York Civil Liberties Union Foundation (NYCLU), where I also serve as the Assistant Legal Director, and I have been requested to represent Petitioner in this matter.

2. I am a member of good standing of the following bars:

    a. New York State Bar: Admitted 2013
    Appellate Division, Second Judicial Department
    45 Monroe Place, Brooklyn, N.Y. 11201

    b. U.S. Court of Appeals, Second Circuit: Admitted 2018
    Thurgood Marshall United States Courthouse
    40 Foley Square, New York, N.Y. 10007

    c. Northern District of New York: Admitted 2014
    James T. Foley U.S. Courthouse
    445 Broadway, Suite 509, Albany, N.Y. 12207

    d. Southern District of New York: Admitted 2018
    Daniel Patrick Moynihan U.S. Courthouse
    500 Pearl Street, New York, N.Y. 10007

    e. Eastern District of New York: Admitted 2014

       United States District Court for the New York Eastern District

       225 Cadman Plaza East, Brooklyn, N.Y. 11201

    f. Western District of New York: Admitted 2017

       2120 Kenneth B. Keating Federal Building

       100 State Street, Rm. 2120, Rochester, N.Y. 14614

3. No professional disciplinary proceedings are pending against me in any jurisdiction and no professional discipline has previously been imposed on me in any jurisdiction.

4. In the event that I am admitted *pro hac vice*, I agree to:

    a. Make payment to the New Jersey Lawyer's Fund for Client Protection as provided by the New Jersey Court Rule 1:28-2(a) for each year in which I represent Petitioner-Plaintiff in this matter;

    b. Abide by the Rules of this Court, including any relevant disciplinary rules;

    c. Notify this Court immediately of any matters affecting my standing at the Bar of any other Court; and

    d. Have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in the United States District Court for the District of New Jersey.

5. In view of the foregoing, I respectfully request that I be admitted *pro hac vice*.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Dated: March 21, 2025  
      New York, N.Y.

Respectfully Submitted,

*/s/ Robert A. Hodgson*

Robert Hodgson  
New York Civil Liberties Union Foundation  
125 Broad Street, Floor 19  
New York, N.Y. 10004  
Tel: (212) 607-3717  
Fax: (212) 607-3318  
rhodgson@nyclu.org

*Counsel for Petitioner*