Jeanne LoCicero
American Civil Liberties Union
of New Jersey Foundation
570 Broad Street, 11th Floor
P.O. Box 32159
Newark, NJ 07102
(973) 854-1715
JLoCicero@aclu-nj.org

*Attorney for Petitioner*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>　　　　*Petitioner*,<br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice,<br><br>　　　　*Respondents*. | Case No. 25-cv-1963 (MEF)(MAH)<br><br>**CERTIFICATION OF VERONICA SALAMA IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* PURSUANT TO LOCAL RULE 101.1** |

I, **VERONICA SALAMA**, of full age, do hereby certify as follows:

1. I am an attorney at the New York Civil Liberties Union Foundation (NYCLU), and I have been requested to represent Petitioner in this matter.

2. I am a member of good standing of the following bars:

    a. Georgia State Bar: Admitted 2020
       State Bar of Georgia Headquarters
       104 Marietta St. NW, Suite 100, Atlanta, G.A. 30303

    b. New York State Bar: Admitted 2022
       Appellate Division, Second Judicial Department
       45 Monroe Place, Brooklyn, N.Y. 11201

3. I am also admitted to practice before the U.S. District Courts for the Southern, Northern, and Eastern Districts of New York:

    a. Northern District of New York: Admitted 2022
       James T. Foley U.S. Courthouse
       445 Broadway, Suite 509, Albany, N.Y. 12207

    b. Southern District of New York: Admitted 2022
       Daniel Patrick Moynihan U.S. Courthouse
       500 Pearl Street, New York, N.Y. 10007

    c. Eastern District of New York: Admitted 2024
       United States District Court for the New York Eastern District
       225 Cadman Plaza East, Brooklyn, N.Y. 11201

4. No professional disciplinary proceedings are pending against me in any jurisdiction and no professional discipline has previously been imposed on me in any jurisdiction.

5. In the event that I am admitted *pro hac vice*, I agree to:

   a. Make payment to the New Jersey Lawyer's Fund for Client Protection as provided by the New Jersey Court Rule 1:28-2(a) for each year in which I represent Petitioner in this matter;

   b. Abide by the Rules of this Court, including any relevant disciplinary rules;

   c. Notify this Court immediately of any matters affecting my standing at the Bar of any other Court; and

   d. Have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in the United States District Court for the District of New Jersey.

6. In view of the foregoing, I respectfully request that I be admitted *pro hac vice*.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Dated: March 21, 2025
New York, N.Y.

Respectfully Submitted,

*Veronica Salama*

Veronica Salama
New York Civil Liberties Union Foundation
125 Broad Street, Floor 19
New York, N.Y. 10004
Tel: (212) 607-3300

Fax: (212) 607 - 3318
vsalama@nyclu.org

*Counsel for Petitioner*