

| | |
|---|---|
| **C**REATING<br>**L**AW<br>**E**NFORCEMENT<br>**A**CCOUNTABILITY &<br>**R**ESPONSIBILITY | Main Street Legal Services, Inc.<br>CUNY School of Law<br>2 Court Square<br>Long Island City, NY 11101-4356<br>www.cunyclear.org |

<u>Via ECF</u>                                                                                         March 23, 2025

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07101

    Re:    *Khalil v. Joyce, et al.*, Civ. Act. No. 25-1963 (MEF)
              **Proposed Deadline for Petitioner's Reply to Respondents' Opposition to**
              **Petitioner's Motion for Release**

Dear Judge Farbiarz:

        On behalf of Petitioner, and pursuant to this Court's Order, ECF 85, I write to inform the Court that Petitioner will file his reply in further support of his motion for release by Tuesday, March 25, 2025, at 5:00 pm ET, or at the earliest possible opportunity, in light of the urgency of Petitioner's underlying motion.

                                                          Respectfully submitted,

                                                          <u>/s/ Naz Ahmad</u>

                                                           Naz Ahmad
                                                           CLEAR PROJECT
                                                           MAIN STREET LEGAL SERVICES, INC.
                                                           CUNY School of Law
                                                          2 Court Square
                                                           Long Island City, NY  11101
                                                           (718) 340-4558
                                                           naz.ahmad@law.cuny.edu

                                                          *Counsel for Petitioner*

cc: All parties

---

(t) 718.340.4558
(f) 718.340.4455
(e) cunyclear@mail.law.cuny.edu

