AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| Mahmoud Khalil | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-01963 |
| William P. Joyce, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Petitioner Mahmoud Khalil                                                    .

Date:  03/21/2025

s/ Molly K.C. Linhorst
*Attorney's signature*

Molly K.C. Linhorst (329982020)
*Printed name and bar number*
American Civil Liberties Union of New Jersey
570 Broad St., 11th Floor
P.O. Box 32159
Newark, New Jersey 07102
*Address*

mlinhorst@aclu-nj.org
*E-mail address*

(973) 854-1731
*Telephone number*

(973) 642-6523
*FAX number*