AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey    ▼

| | |
|---|---|
| Mahmoud Khalil<br>*Plaintiff*<br>v.<br>William P. Joyce, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>)  Case No.   2:25-cv-01963 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

        Petitioner Mahmoud Khalil                                                                                            .

Date:      03/21/2025                                           s/ Farrin R. Anello
                                                                *Attorney's signature*

                                                          Farrin R. Anello (267082019)
                                                          *Printed name and bar number*
                                                          American Civil Liberties Union of New Jersey
                                                          570 Broad St., 11th Floor
                                                          P.O. Box 32159
                                                          Newark, New Jersey 07102

                                                                *Address*

                                                          fanello@aclu-nj.org
                                                          *E-mail address*

                                                          (973) 854-1713
                                                          *Telephone number*

                                                          (973) 642-6523
                                                          *FAX number*