UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MAHMOUD KHALIL,**<br><br>Petitioner,<br><br>v.<br><br>**WILLIAM P. JOYCE, et al.,**<br><br>Respondents. | Civil Action No. 25-1963 (MEF) (MAH)<br><br><br>**ORDER** |

The parties having filed motions for leave to appear pro hac vice, and proposed amicus curiae having filed a motion for leave to appear as amicus curiae concerning this matter, *see, e.g.*, D.E. 86, D.E. 87, D.E. 88, D.E. 95, and D.E. 98;

and the Court having set forth a briefing schedule concerning the Government's renewed motion to transfer venue, Petitioner's renewed motion seeking release, and Petitioner's renewed motion for a preliminary injunction, Order, Mar. 20, 2025, D.E. 85;

and in view of the briefing schedule ordered by the District Court, this Court concluding that swift adjudication of applications for admission pro hac vice, leave to appear as amicus curiae, and to intervene, will facilitate the timely administration of this action;

and for good cause;

**IT IS on this 24th day of March 2025,**

**ORDERED as follows:**

1. For any motion for admission pro hac vice, to appear as amicus curiae, and/or to intervene that is filed on or after the entry of this Order, any opposition or objection must be filed not later than 5:00 p.m. the next business day.

2. If no opposition is filed by 5:00 p.m. the next business day, any opposition will be deemed waived.

3. This Order has no effect on any such applications that were filed prior to its entry.

*/s/ Michael A. Hammer*
**United States Magistrate Judge**
