# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>　　　　　*Petitioner*,<br><br>　v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice,<br><br>　　　　　*Respondents*. | No. 25-cv-1963-MEF-MAH<br><br>**NOTICE OF CROSS-MOTION FOR RE-TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK** |

　　PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, and previously filed briefing in this action, Petitioner Mahmoud Khalil, through counsel, hereby moves this Court to re-transfer this case to the Southern District of New York.

　　Respondents consent to the filing of this motion. **Petitioner waives his reply on this cross-motion, and Petitioner consents to the extension of**

1

**Respondents' deadline to file a reply in support of their renewed motion to transfer the case to Louisiana until Thursday, March 27, at 10 a.m. ET.**

Dated: March 24, 2025                              Respectfully submitted,

                                                  /s/Baher Azmy
                                                  _____

AMERICAN CIVIL LIBERTIES UNION            CENTER FOR CONSTITUTIONAL RIGHTS
OF NEW JERSEY FOUNDATION                  Baher Azmy
Jeanne LoCicero                           Samah Sisay*
Farrin R. Anello                          Diala Shamas*
Molly K.C. Linhorst                       666 Broadway, 7th Floor
570 Broad Street, 11th Floor              New York, NY 10012
Newark, New Jersey 07102                  Tel: (212) 614-6464
Tel: (973) 854-1715
                                          CLEAR PROJECT
NEW YORK CIVIL LIBERTIES UNION            MAIN STREET LEGAL SERVICES, INC.
FOUNDATION                                Ramzi Kassem*
Amy Belsher*                              Naz Ahmad
Robert Hodgson*                           Shezza Abboushi Dallal*
Veronica Salama*                          Natasha Hajo, *Law Student*\*
Molly Biklen*                             Sasha Jenkins, *Law Student*\*
New York Civil Liberties Union            Harnoor Singh, *Law Student*\*
Foundation                                CUNY School of Law
125 Broad Street, 19th Floor              2 Court Square
New York, N.Y. 10004                      Long Island City, NY 11101
Tel: (212) 607-3300                       Tel: (718) 340-4558

                                          WASHINGTON SQUARE LEGAL
AMERICAN CIVIL LIBERTIES UNION            SERVICES, INC.
FOUNDATION                                Alina Das*
Omar Jadwat                               Immigrant Rights Clinic
Noor Zafar*                               245 Sullivan Street, 5th Floor
Sidra Mahfooz*                            New York, New York 10012
Brian Hauss*                              Tel: (212) 998-6430

Esha Bhandari*
Vera Eidelman*
Tyler Takemoto*
Brett Max Kaufman*
American Civil Liberties Union Foundation
125 Broad Street, Floor 18
New York, NY 10004
Tel: (212) 549-2500

DRATEL & LEWIS
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805
Fax: (212) 571-3792

VAN DER HOUT LLP
Marc Van Der Hout (CA Bar #80778)*
Johnny Sinodis (CA Bar #290402)*
Oona Cahill (CA Bar #354525)*
360 Post St., Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000
Fax: (415) 981-3003

*Pro hac vice application pending or forthcoming

Counsel for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, I electronically filed a Notice Of Cross-Motion For Re-Transfer Of This Case To The Southern District Of New York and Proposed Order.

Notice of this filing will be sent to all counsel of record in this case via the Court's electronic filing system.

| | |
|---|---|
| Dated: March 24, 2025 | Respectfully submitted,<br>*/s/Baher Azmy*<br>*Counsel for Petitioner* |