# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL, <br><br> *Petitioner*, <br><br> v. <br><br> Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement;[1] Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice, <br><br> *Respondents*. | No. 25-cv-1963-MEF-MAH <br><br> **[PROPOSED] ORDER** |

This matter is before the Court on Petitioner's Cross-Motion for Re-Transfer to the Southern District of New York. Upon review of Petitioner's submissions, argument, and evidence, and applicable authority, the motion is GRANTED.

---

[1] Respondent Yolanda Pittman, in her official capacity as Warden of Elizabeth Contact Detention Facility, will be added.

IT IS HEREBY ORDERED that:

    The Clerk is directed to immediately transfer this case to the United States District Court for the Southern District of New York.

IT IS SO ORDERED, this _____ day of _____, 2025.

 

                                                               _____  
                                                               Hon. Michael E. Farbiarz, U.S.D.J.