AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| Mahmoud Khalil | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-01963 |
| William P. Joyce | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed amici curiae on behalf of more than 150 immigration lawyers, law professors, and scholars.

Date:   03/24/2025

/s/ Elora Mukherjee
*Attorney's signature*

Elora Mukherjee   SDNY Bar Number: 018282005
*Printed name and bar number*

Morningside Heights Legal Services, Inc.
435 W. 116th Street, Room 831
New York, NY 10027
*Address*

emukherjee@law.columbia.edu
*E-mail address*

(212) 854-4291
*Telephone number*

(212) 854-3554
*FAX number*