# APPENDIX II
# LIST OF *AMICI*\*

*\*All amici have signed on in an individual capacity, with institutional affiliation for identification purposes only.*

Evangeline Abriel
Clinical Professor of Law
Santa Clara University School of Law

Muneer I. Ahmad
Sol Goldman Clinical Professor
 of Law
Yale Law School

Susan Akram
Clinical Professor
Director, International Human
 Rights Clinic
Boston University School of Law

Raquel E. Aldana
Professor of Law
UC Davis School of Law

Nadia Anguiano
Associate Clinical Professor of Law
University of Minnesota Law School

Nermeen Arastu
Associate Professor of Law
City University of New York (CUNY)
School of Law

Sabrineh Ardalan
Clinical Professor of Law
Director, Harvard Immigration
 and Refugee Clinical Program
Harvard Law School

Paulina D. Arnold
Assistant Professor of Law
University of Michigan Law School

Lauren R Aronson
Clinical Professor
University of Illinois College of Law

Ahilan Arulanantham
Professor from Practice
UCLA School of Law

Sameer M. Ashar
Clinical Professor of Law
UC Irvine School of Law

Elizabeth R. Baldwin
Visiting Assistant Professor
 of Lawyering Skills
Seattle University School of Law

Sabrina Balgamwalla
Assistant Professor
Wayne State Law School

Caitlin Barry
Professor of Law
Villanova University
Charles Widger School of Law

Jon Bauer
Clinical Professor of Law
Richard D. Tulisano '69 Scholar
  in Human Rights
University of Connecticut
School of Law

David Bedingfield
Visiting Professor
Florida State University

Seyla Benhabib
Senior Research Scholar
Adjunct Professor of Law
Columbia Law School

Jacqueline Bhabha
Jeremiah Smith, Jr. Lecturer in Law
Harvard Law School
Professor of the Practice of Health
  and Human Rights
Harvard T.H. Chan School of
  Public Health

Kaci Bishop
Martha Brandis Term Professor and
Clinical Professor of Law
University of North Carolina
School of Law

Matthew Boaz
Assistant Professor of Law
University of Kentucky
J. David Rosenberg College of Law

Richard A. Boswell
Professor of Law
UC Law San Francisco

Emily Brown
Assistant Clinical Professor of Law
The Ohio State University
Moritz College of Law

Ann Bright
Visiting Assistant Professor
St. Mary's University School of Law

Katherine Buckel
Adjunct Professor
Immigration Defense Externship
Columbia Law School

J. Anna Cabot
Immigration Clinic Director,
Assistant Dean of Clinical Programs
University of Houston Law Center

Jason Cade
J. Alton Hosch Professor
University of Georgia School of Law

Kristina M. Campbell
Professor of Law
Rita G. & Norman L. Roberts
  Faculty Scholar
Director, Beatriz and Ed Schweitzer
  Border Justice Initiative
Gonzaga University School of Law

Elizabeth Campbell
Clinical Professor of Law
University of Michigan Law School

Stacy Caplow
Professor of Law
Brooklyn Law School

Jennifer M. Chacón
Bruce Tyson Mitchell Professor
  of Law
Stanford Law School

R. Linus Chan
Professor of Clinical Law
University of Minnesota Law School

Angelica Chazaro
Charles I. Stone Professor of Law
University of Washington
School of Law

Ming H. Chen
Professor of Law
Harry & Lillian Hastings Research
  Chair
Faculty Director, Center for Race,
  Immigration Citizenship & Equality
UC Law San Francisco

Gabriel J. Chin
Edward L. Barrett Jr. Chair &
Martin Luther King Jr. Professor
UC Davis School of Law

Marisa S. Cianciarulo
Dean and Professor of Law
Western State College of Law

Dree K. Collopy
Adjunct Professor
American University
Washington College of Law

Jenny-Brooke Condon
Professor of Law
Associate Dean for Faculty Affairs
Seton Hall Law School

Lance Conklin
Adjunct Professor
Trinity Law School

Daniel Cortes
Assistant Professor of Law
Villanova University

Adam Cox
Robert A. Kindler Professor of Law
NYU School of Law

Sara Cressey
Visiting Professor
Refugee and Human Rights Clinic
University of Maine School of Law

Rose Cuison-Villazor
Professor of Law
Chancellor's Social Justice Scholar
Rutgers Law School

Haiyun Damon-Feng
Assistant Professor of Law
Benjamin N. Cardozo School of Law

Lauren DesRosiers
Visiting Assistant Professor
Director, Immigration Law Clinic
Albany Law School

Michael Doyle
University Professor
Columbia Law School

Dorien Ediger-Seto
Research Scholar
NYU School of Law

Stella Burch Elias
Professor of Law
University of Iowa College of Law

Kate Evans
Clinical Professor of Law
Duke University School of Law

Richard Frankel
Professor of Law
Drexel University
Thomas R. Kline School of Law

Niels W. Frenzen
Sidney M. and Audrey M. Irmas
Endowed Clinical Professor of Law
Co-Director, Immigration Clinic
University of Southern California
Gould School of Law

Maryellen Fullerton
Suzanne J. and Norman Miles
Professor of Law
Brooklyn Law School

John Harland Giammatteo
Associate Professor
State University at Buffalo
School of Law

Denise Gilman
Co-Director, Immigration Clinic
University of Texas School of Law

Jennifer Gordon
Professor of Law
Fordham University School of Law

Valeria Gomez
Assistant Professor of Law
University of Baltimore
School of Law

Joanne Gottesman
Clinical Professor of Law
Director, Immigrant Justice Clinic
Rutgers Law School

Pratheepan Gulasekaram
Professor of Law
University of Colorado

Anju Gupta
Professor of Law
Rutgers Law School

Lucas Guttentag
Professor of the Practice of Law
Stanford Law School

Susan Gzesh
Instructional Professor
University of Chicago

Nicole Hallett
Clinical Professor of Law
University of Chicago Law School

Rebecca Hamlin
Professor of Political Science
  and Legal Studies
University of Massachusetts,
Amherst

Lindsay M. Harris
Professor of Law
University of San Francisco
School of Law

Geoffrey Heeren
Professor of Law
University of Idaho College of Law

Mackenzie Heinrichs
Visiting Assistant Professor of
 Clinical Law
Immigration and Human Rights
 Fellow
University of Minnesota Law School

Laura A. Hernandez
Professor of Law
Baylor Law School

Barbara Hines
Clinical Professor of Law (retired)
University of Texas School of Law
Immigration Clinic

Mary Holper
Clinical Professor
Boston College Law School

Talia Inlender
Deputy Director
Center for Immigration Law
 and Policy
UCLA School of Law

Emily Johanson
Clinical Teaching Fellow
University of Baltimore
School of Law

Kevin R. Johnson
Distinguished Professor of Law
Mabie-Apallas Professor of
 Public Interest Law
Martin Luther King Jr.
 Professor of Law
UC Davis School of Law

Kit Johnson
Hugh Roff Professor of Law
Thomas P. Hester Presidential
 Professor
The University of Oklahoma
College of Law

Elizabeth Jordan
Visiting Assistant Professor
Immigration Clinic Director
University of Denver Sturm
College of Law

Michael Kagan
Joyce Mack Professor of Law
University of Nevada, Las Vegas

Nancy Kelly
Senior Clinical Instructor
Harvard Law School

Elizabeth Keyes
Professor of Law
University of Baltimore

Kathleen Kim
Professor of Law
LMU Loyola Law School

Jennifer Lee Koh
Associate Professor of Law
Pepperdine Caruso School of Law

Charles H. Kuck
Adjunct Professor of Law
Emory Law School

Jennifer J. Lee
Associate Professor of Law
Temple University
Beasley School of Law

Theo Liebmann
Clinical Professor of Law
Maurice A. Deane School of Law
Hofstra University

Luis Mancheno
Clinical Teaching Fellow
Kathryn O. Greenberg Immigration
 Justice Clinic
Benjamin N. Cardozo School of Law

Aly Madan
Adjunct Professor of Law
New England Law Boston

Peter Margulies
Professor of Law
Roger Williams University
School of Law

Peter L. Markowitz
Professor of Law
Co-Director, Kathryn O. Greenberg
 Immigration Justice Clinic
Benjamin N. Cardozo School of Law

Fatma Marouf
Professor of Law
Texas A&M School of Law

Estelle M. McKee
Clinical Professor of Law
Cornell Law School

Michelle McKinley
Bernard B. Kliks Professor of Law
University of Oregon School of Law

Maria Isabel Medina
Victor H. Schiro Distinguished
 Professor of Law
Loyola University New Orleans
College of Law

Katie Herbert Meyer
Professor of Practice
Washington University
School of Law

Nickole Miller
Associate Professor of Law
Drake University Law School

Jennifer Moore
Professor of Law
University of New Mexico
School of Law

Daniel I. Morales
Associate Professor of Law
Dwight Olds Chair in Law
University of Houston Law Center

Nancy Morawetz
Professor of Clinical Law
New York University School of Law

Angela Morrison
Professor of Law
Texas A&M School of Law

Hiroshi Motomura
Susan Westerberg Prager
 Distinguished Professor of Law
UCLA School of Law

Elora Mukherjee
Jerome L. Greene Clinical Professor
 of Law
Columbia Law School

Karen Musalo
Professor
UC Law San Francisco

Natalie Nanasi
Associate Professor
SMU Dedman School of Law

Lindsay Nash
Associate Professor of Law
Cardozo Law School

Mae Ngai
Professor of History
Columbia University

D. Carolina Núñez
Charles E. Jones Professor of Law
BYU Law School

John Palmer
Associate Professor
Universitat Pompeu Fabra
Barcelona, Spain

Reena Parikh
Assistant Clinical Professor
Boston College Law School

Jackie Pearce
Clinical Instructor and Supervising
 Attorney
Immigrant & Non-Citizen Rights
 Clinic
CUNY School of Law

Talia Peleg
Associate Professor
Co-Director, Immigrant and
 Non-Citizen Rights Clinic
CUNY Law School

Huyen Pham
University Distinguished Professor
Texas A&M University
School of Law

Nina Rabin
Clinical Professor
UCLA School of Law

Jaya Ramji-Nogales
Professor of Law
Temple University

Jayesh Rathod
Professor of Law
American University
Washington College of Law

Krystal Rodriguez-Campos
Associate Dean of Law
Director, Justice and Immigration
 Clinic
University of La Verne

Jessica Rofé
Assistant Professor of Law
Director, Constitutional Rights Clinic
Rutgers Law School

Sarah Rogerson
Professor of Law
Albany Law School

Carrie Rosenbaum
Senior Fellow
Santa Clara University School of Law

Rachel E. Rosenbloom
Professor of Law
Northeastern University
School of Law

Rubén G. Rumbaut
Distinguished Professor
University of California, Irvine

Kevin Ruser
Clinic Professor of Law
University of Nebraska
College of Law

Lexie Salamone
Immigration Law Clinic
 Attorney Fellow
Washington University School of Law

Lucy E. Salyer
Professor of History
University of New Hampshire

Faiza Sayed
Associate Professor of Law
Director, Safe Harbor Clinic
Brooklyn Law School

Irene Scharf
Professor of Law Emerita
University of Massachusetts

Anne Schaufele
Assistant Professor of Law
Co-Director, Immigration &
 Human Rights Clinic
University of the District of Columbia
David A. Clarke School of Law

Erica Schommer
Clinical Professor of Law
St. Mary's University School of Law

Philip G. Schrag
Delaney Family Professor of
 Public Interest Law
Georgetown University

Rebecca Sharpless
Professor of Law
Director, Immigration Clinic
University of Miami School of Law

Ragini Shah
Clinical Professor of Law
Suffolk University Law School

Sarah Sherman-Stokes
Clinical Associate Professor of Law
Boston University School of Law

Anita Sinha
Professor of Law
American University
Washington College of Law

Doug Smith
Lecturer in Immigration and
 Human Rights
Brandeis University

Gemma Solimene
Clinical Associate Professor of Law
Fordham University Law School

Jayashri Srikantiah
Professor of Law
Director, Immigrants' Rights Clinic
Associate Dean for Clinical Education
Stanford Law School

Elissa Steglich
Clinical Professor
University of Texas School of Law

Brett Stokes
Director, Center for Justice
 Reform Clinic
Vermont Law and Graduate School

Juliet Stumpf
Edmund O. Belsheim Professor
 of Law
Lewis & Clark Law School

Maureen Sweeney
Law School Professor
University of Maryland
Carey School of Law

Claire R. Thomas
Assistant Professor of Law
New York Law School

David B. Thronson
Professor of Law
Michigan State University
College of Law

Veronica Tobar Thronson
Clinical Professor of Law
Michigan State University
College of Law

Allison Brownell Tirres
Professor Law
DePaul University College of Law

Scott Titshaw
Professor of Law
Mercer University School of Law

Mia Unger
Lecturer in Law
Columbia Law School

Tania N. Valdez
Associate Professor of Law
The George Washington University
Law School

Paulina Vera
Professorial Lecturer in Law
The George Washington University
Law School

Alexander Vernon
Assistant Professor
Director, Immigration Law Clinic
Detroit Mercy School of Law

Leti Volpp
Robert D. and Leslie Kay Raven
  Professor of Law
UC Berkeley School of Law

Katherine Kaufka Walts
Clinical Professor of Law
Loyola University Chicago
School of Law

Jonathan Weinberg
Distinguished Professor of Law
Wayne State University

Deborah M. Weissman
Reef C. Ivey II Distinguished
  Professor of Law
University of North Carolina
School of Law

Anna Welch
Professor of Law
University of Maine School of Law

Jocelyn B. Cazares Willingham
Assistant Professor of Law
Director of the Immigration
  and Human Rights Clinic
University of the District of Columbia
David A. Clarke School of Law

John Willshire
Senior Clinical Instructor
Harvard Law School

Amelia Wilson
Assistant Clinical Professor
Director, Immigration Justice Clinic
Pace Law School

Michael J. Wishnie
William O. Douglas Clinical
  Professor of Law
Yale Law School

Jessica Yanez
Visiting Director, Immigrant Rights
  Clinic
Washington & Lee University
School of Law

Mary Yanik
Associate Clinical Professor of Law
Tulane Law School

Bri Zhuang
Staff Attorney &
Immigration Law Teaching Fellow
Refugee and Human Rights Clinic
University of Maine School of Law