# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MAHMOUD KHALIL,**<br><br>Petitioner,<br><br>v.<br><br>**WILLIAM JOYCE ET AL.,**<br><br>Respondent. | Case No. 25-cv-01963 (MEF)<br><br>[~~~~~~~~] **ORDER ADMITTING SHEZZA ABBOUSHI DALLAL PRO HAC VICE** |

**THIS MATTER** having been opened by the Court by Naz Ahmad, co-counsel for Petitioner, seeking an Order admitting Shezza Abboushi Dallal of the CLEAR Project, Main Street Legal Services Inc., *pro hac vice*, and the Court having considered this matter, and good cause having been shown;

**IT IS** on this 25TH day of March, 2025, **ORDERED** as follows:

1. Shezza Abboushi Dallal is hereby admitted *pro hac vice* to appear in this matter for all purposes on behalf of Petitioner;

2. All pleadings, briefs, and other papers filed with the Court on behalf of Petitioner, shall be signed by a lawyer who is licensed to practice in the District of New Jersey, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the

    Court, and who will be held responsible for the conduct of the attorneys admitted hereby;

3. Shezza Abboushi Dallal shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) and L. Civ. R. 101.1(c)(2) for each calendar year this matter is pending;

4. Shezza Abboushi Dallal is required to abide by the Rules governing this Court, including all disciplinary rules, and to notify the Court immediately of any matter affecting his or her standing at the bar of any court.

5. Shezza Abboushi Dallal will make payment of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order.

SO ORDERED

_s/Michael A. Hammer_
Michael A. Hammer, U.S.M.J.

Date: 3-25-25