# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MAHMOUD KHALIL,** <br><br> Petitioner, <br><br> v. <br><br> **WILLIAM JOYCE ET AL.,** <br><br> Respondent. | Case No. 3:25-cv-01963 (MEF) <br><br> **CERTIFICATION OF NAZ AHMAD IN SUPPORT OF *PRO HAC VICE* ADMISSION FOR RAMZI KASSEM** |

I, Naz Ahmad, hereby certify the following:

1.  I am an attorney admitted to practice law and a member in good standing in the State of New Jersey, the State of New York, as well as the Bar of the United States District Court for the District of New Jersey. I am employed as an Attorney at the CLEAR Project and I am counsel for Petitioner Mahmoud Khalil in the above-captioned matter.

2.  I make this certification in support of the motion for *pro hac vice* admission of Ramzi Kassem, Esq. as counsel for the purpose of representing Petitioner in the above captioned matter.

     3.     Mr. Kassem is a member in good standing of the bar of the State of New York.

     4.     Pursuant to L. Civ. R. 101.1(c), I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me or another attorney who is a member of the Bar of this Court. Pursuant to L. Civ. R. 101.1(c), Said attorney(s) and I shall be responsible for the conduct of Mr. Kassem, should he be admitted by this Court, and present before the Court during all phases of these proceedings. Mr. Kassem is associated with me and other local co-counsel in the present matter.

     5.     No disciplinary proceedings are pending against Mr. Kassem in any jurisdiction and no discipline has previously been imposed on him. I understand and have informed Mr. Kassem that if admitted *pro hac vice,* he will have the continuing obligation during the period of such admission to advise the court promptly of a disposition made of pending charges or of the institution of new disciplinary proceedings.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: March 25, 2025                                                      Respectfully Submitted,
                                                                                         /s/Naz Ahmad

Naz Ahmad
CLEAR Project
MAIN STREET LEGAL SERVICES INC.
CUNY School of Law
2 Court Square
Long Island City, NY 11101
Tel: (718) 340-4630
naz.ahmad@law.cuny.edu

*Counsel for Petitioner*