IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MAHMOUD KHALIL,**<br><br>*Petitioner*,<br><br>v.<br><br>**DONALD J. TRUMP, ET AL.,**<br><br>*Respondents*. | Case No. 25-cv-01963-MEF<br><br>**CERTIFICATION OF RAMZI KASSEM IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL CIVIL RULE 101.1** |

I, Ramzi Kassem, hereby certify the following:

1.   I am a Professor of Law at CUNY School of Law and Co-Director of the CLEAR Project, Main Street Legal Services, Inc. I have been requested to represent Petitioner in this matter.

2.   I am a member in good standing of the New York State bar as of 2005. A certificate of good standing issued by the New York State Appellate Division, First Department, is attached herein.

3.  I am admitted to practice before the following courts:

| Court | Year of Admission | Attorneys Rolls Maintained By: |
|---|---|---|
| New York State Appellate Division, First Department | 2005 | Supreme Court, State of New York Appellate Division, First Department |
| U.S. Supreme Court | 2008 | U.S. Supreme Court<br>1 First Street, NE<br>Washington, DC 20543 |
| U.S. Courts of Appeals for the Second Circuit | 2008 | Thurgood Marshall United States Courthouse<br>40 Foley Square<br>New York, New York 10007 |
| U.S. Court of Appeals for the District of Columbia Circuit | 2007 | 333 Constitution Ave NW<br><br>Washington, DC 20001 |
| U.S. District Court for the Eastern District of New York | 2005 | 225 Cadman Plaza E<br>Brooklyn, NY 11201 |
| U.S. District Court for the Southern District of New York | | 500 Pearl Street<br>New York, NY 10007 |

4. No professional disciplinary proceedings are pending against me in any jurisdiction and no professional discipline has previously been imposed on me in any jurisdiction.

5. In the event I am admitted *pro hac vice*, I agree to:

    a. Make payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for each year in which I represent Petitioner in this matter;

    b. Abide by the Rules of this Court, including any relevant disciplinary rules;

    c. Notify this Court immediately of any matters affecting my standing at the Bar of any other Court; and

    d. Have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in the United States District Court for the District of New Jersey.

6. In view of the foregoing, I respectfully request that I be admitted *pro hac vice*. Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Dated: March 25, 2025

Respectfully Submitted,
/s/*Ramzi Kassem*
Ramzi Kassem
CLEAR PROJECT
MAIN STREET LEGAL SERVICES INC.
CUNY School of Law
2 Court Square
Long Island City, NY 11101
Tel: (718) 340-4558