UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>   *Petitioner*,<br><br>   v.<br><br>Donald J. TRUMP, et al.,<br><br>   *Respondents*. | Case No. 2:25-cv-01963-MEF<br><br>**NOTICE OF MOTION FOR PRO HAC VICE ADMISSION OF DIALA SHAMAS PURSUANT TO LOCAL CIVIL RULE 101(C)** |

    PLEASE TAKE NOTICE that as soon as counsel may be heard, the undersigned, counsel for Petitioner, shall move pursuant to Local Civil Rule 7.1 before the U.S.D.J., United States District Court, District of New Jersey, at the Courthouse located at 50 Walnut Street, Newark, New Jersey 07102 for an Order admitting Diala Shamas to appear before this Court pro hac vice for the purpose of acting as counsel for Petitioner in the above-captioned action.

    PLEASE TAKE FURTHER NOTICE that in support of the Motion, Petitioner shall rely upon the annexed Declaration of Diala Shamas.

    It is respectfully requested that the Court rule upon this Motion without requiring the appearance of counsel, pursuant to Federal Rule of Civil Procedure 78.

    Pursuant to Local Civil Rule 7.1(d)(4), Petitioner submits this statement in lieu of a submission of a formal brief. It is respectfully submitted that no brief in support of this Motion is necessary because the pro hac vice admission of Diala Shamas under Local Civil Rule 101.1(c) is a matter within the sound discretion of the Court, and Petitioner has submitted with this Motion Declarations of Diala Shamas and Baher Azmy in support of the admission.

    PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted with this application.

| | |
|---|---|
| Dated: March 25, 2025<br>New York, NY | Respectfully Submitted,<br><br>/s/ Baher Azmy<br>Baher Azmy<br>Center for Constitutional Rights<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>(212) 614-6464<br>bazmy@ccrjustice.org<br><br>*Counsel for Petitioner* |