UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>*Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, et al.,<br><br>*Respondents*. | Case No. 2:25-cv-01963-MEF<br><br>**DECLARATION IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION OF DIALA SHAMAS PURSUANT TO LOCAL CIVIL RULE 101(C)** |

I, Baher Azmy, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1.  I am an attorney-at-law of the State of New Jersey and Legal Director of the legal non-profit the Center for Constitutional Rights. I submit this Declaration in support of the Motion of Diala Shamas of the Center for Constitutional Rights for admission to the Bar of this Court pro hac vice for the purpose of acting as counsel to the Petitioner. I am familiar with the facts and information set forth herein.

2.  I am a member in good standing of the following bars:

    New Jersey State Bar: Admitted 1997
    New Jersey Board of Bar Examiners
    Richard J. Hughes Justice Complex
    25 W. Market Street, 8th Floor, North Wing
    Trenton, NJ 08611

    New York State Bar: Admitted 1997
    Appellate Division, First Department
    27 Madison Avenue
    New York, NY 10010

    U.S. Supreme Court: Admitted 2007
    Clerk, Supreme Court of the U.S.
    ATTN: Admissions Office
    One First Street, N.E.
    Washington, DC 20543

    District of New Jersey: Admitted 1999
    Martin Luther King Building & U.S. Courthouse

50 Walnut Street, Room 4015
Newark, NJ 07101

Southern District of New York: Admitted 1998
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Eastern District of New York: Admitted 1998
United States District Court for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

U.S. Court of Appeals for the Third Circuit: Admitted 1997
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

U.S. Court of Appeals for the District of Columbia Circuit: Admitted 2006
E. Barrett Prettyman U.S. Courthouse and William B. Bryant Annex
333 Constitution Avenue, N.W.
Washington, DC 20001-2866

U.S. Court of Appeals for the Fourth Circuit: Admitted 2011
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA 23219-3517

U.S. Court of Appeals for the Second Circuit: Admitted 2013
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

U.S. Court of Appeals for the Ninth Circuit: Admitted 2015
P.O. Box 193939
San Francisco, CA 94119-3939
James R. Browning Courthouse
95 Seventh Street
San Francisco, CA 94103

3. Diala Shamas will be associated with me in the pursuit of this matter. I will be responsible for the conduct of Diala Shamas and for the case. I, or another lawyer who is a member

in good standing of the New Jersey Bar and the Bar of this Court, will sign all pleadings, briefs, and other papers filed with the Court.

4.  I, or another lawyer who is a member in good standing of the New Jersey Bar and the Bar of this Court, will make all court appearances.

5.  I have advised Diala Shamas of the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 1031, Judicial Ethics and Professional Responsibility; L. Civ. R. 101.1(c), Admission of Attorneys: Appearance Pro Hac Vice; Local Counsel; and L. Civ. R. 104.1, Discipline of Attorneys. I will ensure that Diala Shamas complies with L. Civ. R. 101.1(c).

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Dated: March 25, 2025  
New York, NY

Respectfully Submitted,

/s/ Baher Azmy  
Baher Azmy  
Center for Constitutional Rights  
666 Broadway, 7th Floor  
New York, NY 10012  
(212) 614-6464  
bazmy@ccrjustice.org

*Counsel for Petitioner*

3