UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL, *Petitioner*, v. Donald J. TRUMP, et al., *Respondents*. | Case No. 2:25-cv-01963-MEF **CERTIFICATE OF SERVICE** |

I, Baher Azmy, hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey, am admitted to this Court, and am Legal Director of the legal non-profit the Center for Constitutional Rights.

2. On March 24, 2025, I caused copies of the (i) Notice of Motion for Admission Pro Hac Vice of Diala Shamas; (ii) supporting declaration of Diala Shamas; (iii) certificate of good standing from New York Appellate Division, Second Department; (iv) supporting declaration of Baher Azmy; (v) proposed form of Order; and (vi) this Certificate of Service to be served on all counsel of record via electronic case filing.

Dated: March 25, 2025
New York, NY

Respectfully Submitted,

/s/ Baher Azmy
Baher Azmy
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464
bazmy@ccrjustice.org

*Counsel for Petitioner*