UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

Mahmoud Khalil

    Plaintiff(s),

v.

Donald J. Trump, et al.

    Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 2:25-cv-01963-MEF

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Samah Sisay

Address: 666 Broadway, 7th Floor
New York, NY
10012

E-mail: ssisay@ccrjustice.org

(One email address only)

DNJ-CMECF-002