

|  |  |
|---|---|
| **C**REATING | Main Street Legal Services, Inc. |
| **L**AW | CUNY School of Law |
| **E**NFORCEMENT | 2 Court Square |
| **A**CCOUNTABILITY & | Long Island City, NY 11101-4356 |
| **R**ESPONSIBILITY | www.cunyclear.org |

March 26, 2025

<u>**VIA ECF**</u>

The Honorable Michael A. Hammer
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      **Re: Khalil v. Joyce, et al., Case No: 2:25-cv-01963-MEF-MAH**

Dear Judge Hammer:

On behalf of the Petitioner, I am submitting a motion for Alina Das to be admitted Pro Hac Vice.

On March 21, 2025, co-counsel in this matter contacted counsel for the Government who advised that they do not object to any of the admissions for Petitioner's attorneys. Pursuant to the Court's preferences, I am attaching to this letter a proposed form of order along with a certification from the applicant, Alina Das, providing the information required by L.Civ.R. 101.1(c) and my certification stating that I will be responsible for her conduct in this matter and will otherwise comply with L.Civ.R. 101(c).

Thank you very much for the Court's time and consideration.


Respectfully submitted,

<u>/s/Naz Ahmad</u>
Naz Ahmad

(t) 718.340.4558
(f) 718.340.4533
(e) cunyclear@law.cuny.edu

