## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MAHMOUD KHALIL,**<br><br>Petitioner,<br><br>v.<br><br>**WILLIAM P. JOYCE, et al.,**<br><br>Respondents. | Civil Action No. 25-1963 (MEF) (MAH)<br><br><br>**ORDER GRANTING LEAVE<br>TO FILE BRIEF AS AMICI CURIAE** |

This matter having come before the Court by way of proposed amici curiae Immigration Lawyers, Law Professors, and Scholars' motion for leave to file an amici curiae brief in support of Petitioner's motion for preliminary injunction, Mot. for Leave to File Brief as Amici Curiae, Mar. 24, 2025, D.E. 110;

and no opposition having been filed;

and for good cause shown;

**IT IS** on this 26th day of March 2025, **ORDERED**:

1. The motion for leave to file brief as amici curiae is **granted**;

2. The proposed amici curiae brief is hereby deemed **filed**.

*/s/ Michael A. Hammer*
**United States Magistrate Judge**