YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
AUGUST E. FLENTJE
Acting Director
Office of Immigration Litigation
General Litigation and Appeals Section
PO Box 878, Ben Franklin Station
Washington, D.C. 20044
august.flentje@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAHMOUD KHALIL,<br><br>         *Petitioner,*<br><br>  v.<br><br>WILLIAM P. JOYCE, *et al.*,<br><br>         *Respondents.* | *Civ. Act. No.* 25-cv-1963 |

### NOTICE OF APPEARANCE

TO:  Melissa E. Roads, Esq. Clerk

  NOTICE is hereby given of the below attorney appearing on behalf of the Respondents in the above captioned matter.

Dated: March 26, 2025

                                      Respectfully submitted,

                                      YAAKOV M. ROTH
                                      Acting Assistant Attorney General
                                      Civil Division

                                      DREW C. ENSIGN
                                      Deputy Assistant Attorney General

                                      *s/ August E. Flentje*
                                      AUGUST E. FLENTJE
                                      Acting Director
                                      Office of Immigration Litigation
                                      General Litigation and Appeals Section
                                      PO Box 878, Ben Franklin Station
                                      Washington, D.C. 20044
                                      august.flentje@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing filing was served on counsel of record via this Court's CM/ECF system on March 26, 2025.

*s/ August E. Flentje*
AUGUST E. FLENTJE
Acting Director