THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL, Petitioner,<br><br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement;1 Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice., | Case No. 2:25-cv-1963-MEF |

**MOTION OF INTERNATIONAL LAW PROFESSORS, EXPERTS, PRACTITIONERS, AND SCHOLARS FOR LEAVE TO FILE AN *AMICI CURIAE* BRIEF IN SUPPORT OF PETITIONER'S MOTION FOR A PRELIMINARY INJUNCTION**

International law professors, experts, practitioners and scholars, listed in full below, respectfully move before the Honorable Michael E. Farbiarz, United States District Judge at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ, for an order granting leave to file a brief *amicus curiae* in support of the petitioner's Motion for a preliminary injunction in the above-captioned proceeding as soon as practicable based upon the parties

proposed schedule (ECF 84) but no later than the regular April 21, 2025 motion day. Counsel for Petitioners and Respondents have been contacted and do not take a position on this motion.

## INTEREST OF *AMICI CURIAE*

*Amici curiae* are international law and human rights professors, experts, practitioners, and scholars. *Amici* respectfully submit this brief to provide the Court with analysis of the international law issues at stake in this case. *Amici* have a strong interest in the outcome of this case and its impacts on human rights. *Amici* are profoundly concerned that this case threatens universal human rights protected by international law, including the rights to opinion, expression, association, and assembly on a nondiscriminatory basis. Some *Amici* themselves fear retaliation for exercising these rights, including in relation to signing onto this amicus. *Amici* know other similarly qualified individuals who wanted to join in this brief, but felt that they could not do so for fear of retaliation, including arrest or deportation.

## LIST OF *AMICI*[1]

**Paulo Abrão**
Former Executive Secretary, Inter-American Commission on Human Rights

**E. Tendayi Achiume**
Professor of Law, Stanford Law School; Former UN Special Rapporteur on Contemporary Forms of Racism, Racial Discrimination, Xenophobia and Related Intolerance

**Susan Akram**
Clinical Professor and Director, International Human Rights Clinic, Boston University School of Law

**Philip Alston**

---

[1] Institutional affiliation is provided for identification purposes only. The positions taken in this brief are those of amici alone and should not be attributed to any institution with which amici are or have been affiliated.

John Norton Pomeroy Professor of Law, NYU School of Law; Former UN Special Rapporteur on extreme poverty and human rights; former UN Special Rapporteur on extrajudicial executions

**Hassan E. Ansari, Esq.**

**Sandra Babcock**
Clinical Professor, International Human Rights Clinic, Cornell Law School

**Asli Bâli**
Professor of Law, Yale University

**Thomas B. Becker, Jr.**
Legal and Policy Director, University Network for Human Rights

**Karima Bennoune**
Lewis M. Simes Professor of Law, University of Michigan Law School; Former UN Special Rapporteur in the field of cultural rights

**Almudena Bernabeu**
Chief Executive Officer, Guernica37 Centre for International Justice

**Joseph Berra**
Human Rights in the Americas Director, Promise Institute for Human Rights, UCLA School of Law

**Caroline Bettinger-Lopez**
Professor of Law; Director, Human Rights Clinic, University of Miami School of Law

**Blaine Bookey**
Visiting Assistant Professor, University of California College of the Law, San Francisco; Legal Director, Center for Gender and Refugee Studies

**Elizabeth Brundige**
Clinical Professor of Law, Cornell Law School

**Ruben Carranza**
Senior Expert, International Center for Transitional Justice (ICTJ)

**Arturo J. Carrillo**

Clinical Professor of Law; Director, Civil and Human Rights Law Clinic, George Washington University (GW) Law School

**Dr Martin Clark**
Senior Lecturer, Melbourne Law School, University of Melbourne

**Sandra Coliver**
Former Executive Director, Center for Justice & Accountability

**Brian Concannon, Esq.**
Executive Director
Institute for Justice & Democracy in Haiti

**Jorge Contesse**
Professor of Law, Rutgers Law School

**Tom Dannenbaum**
Associate Professor of International Law, the Fletcher School of Law & Diplomacy, Co-Director of the Center for International Law and Governance, Tufts University

**Frederick T. Davis**
Lecturer in Law, Columbia Law School; Principal, Fred Davis Law Office

**Pablo de Greiff**
Former United Nations Special Rapporteur on the promotion of truth, justice, reparation and guarantees of non-recurrence

**Christian M. De Vos**
Adjunct Clinical Professor, Human Rights & Gender Justice Clinic, City University of New York Law School; Adjunct Assistant Professor of Political Science, Institute for the Study of Human Rights, Columbia University

**Lisa Dicker**
Clinical Instructor, Harvard Law School

**Richard Dicker**
Lecturer in Law, Columbia Law School

**Treasa Dunworth**
Professor, University of Auckland

**Dr Souheir Edelbi**
Lecturer, School of Law, Western Sydney University

**Susan Farbstein**
Clinical Professor of Law, Harvard Law School

**Martin Flaherty**
Charles and Marie Robertson Visiting Professor, School of Public and International Affairs, Princeton University; Adjunct Professor, Columbia Law School

**Laurel E. Fletcher**
Chancellor's Clinical Professor of Law; Co-Faculty Director, Miller Institute for Global Challenges and the Law; Director, Global Rights Innovation Lab Clinic, University of California, Berkeley

**Claudia Flores**
Clinical Professor of Law, Yale Law School

**Tyler R. Giannini**
Clinical Professor of Law, Harvard Law School

**Denise Gilman**
Clinical Professor and Co-Director Immigration Clinic, University of Texas School of Law

**Jennifer M. Green**
Clinical Professor of Law; Director, Human Rights Litigation and Advocacy Clinic, University of Minnesota Law School

**Rebecca Hamilton**
Professor of Law, American University, Washington College of Law

**Ellie Happel**
Interim Director, Global Justice Clinic, NYU School of Law

**Adil Haque**
Professor of Law, and Judge Jon O. Newman Scholar, Rutgers Law School

**Lindsay M. Harris**
Professor of Law, University of San Francisco School of Law

**J. Benton Heath**
Associate Professor of Law, Temple University School of Law

**Jehanne Henry**
Lecturer in Law, Columbia Law School

**Talin A. Hitik**
Executive Director, Hitik Law Pro Bono Human Rights Program

**Paul Hoffman**
Director, Civil Rights Litigation Clinic, University of California at Irvine School of Law

**Deena R. Hurwitz, Esq.**

**Meetali Jain**
Director, Tech Justice Project

**Marissa Jackson Sow**
Associate Professor of Law, University of Richmond

**Tejal Jesrani**
Director, TrialWatch Project, Human Rights Institute; Clinic Instructor, Human Rights Clinic, Columbia Law School

**Dr Richard Joyce**
Senior Lecturer, Melbourne Law School, University of Melbourne

**David Kaye**
Clinical Professor of Law; Director, International Justice Clinic, UC Irvine School of Law; Former United Nations Special Rapporteur on the promotion and protection of the right to freedom of opinion and expression

**Nabila Khan**
Adjunct Professor, Toronto Metropolitan University School of Law

**John H. Knox**
Henry C. Lauerman Professor of International Law, Wake Forest University School of Law; Former UN Special Rapporteur on human rights and the environment

**Akshaya Kumar**

Lecturer in Law, Columbia Law School

**Daniel Levine-Spound**
Lecturer on Law, Harvard Law School

**Beatrice Lindstrom**
Senior Clinical Instructor; Lecturer on Law, Harvard Law School

**Bert Lockwood**
Distinguished Service Professor and Director, Urban Morgan Institute for Human Rights, University of Cincinnati College of Law

**Clara Long**
Director of Policy and Organizing, Human Impact Partners

**Rachel López**
James E. Beasley Professor of Law, Temple University Beasley School of Law

**Kate Mackintosh**
Executive Director, UCLALaw Promise Institute Europe

**Dr Heidi Matthews**
Assistant Professor and Co-director, International and Transnational Law Intensive Program (ITLIP), Osgoode Hall Law School, York University

**Wade McMullen**
Distinguished Fellow, Human Rights Institute, Georgetown University Law Center

**Juan Ernesto Méndez**
Professor of Human Rights Law in Residence, Washington College of Law, American University

**Grace Meng**
Executive Director, David J Epstein Program in Public Interest Law and Policy, UCLA Law

**Chi Adanna Mgbako**
Clinical Professor of Law, Fordham Law School; Director, Walter Leitner International Human Rights Clinic

**Alice M. Miller**

Co-Director, Global Health Justice Partnership of the Yale Law School and the School of Public Health; Yale School of Public Health, Professor in the Practice; Women's, Gender and Sexuality Studies Council; Yale Law School, Associate Professor (Adjunct)

**Saira Mohamed**
Agnes Roddy Robb Professor of Law, University of California, Berkeley, School of Law
**Priyanka Motaparthy**
Clinical Professor of Law, Northwestern Pritzker School of Law

**Samuel Moyn**
Kent Professor of Law and History, Yale Law School

**Karen Musalo**
Bank of America Foundation Chair in International Law; Professor & Director, Center for Gender & Refugee Studies, U.C. Law, San Francisco

**Ruhan Nagra**
Associate Professor of Law, University of Utah

**Andrew J. Nathan**
1919 Professor of Political Science; Chair, Steering Committee, Institute for the Study of Human Rights, Columbia University

**Vasuki Nesiah**
Professor of Practice, The Gallatin School, New York University

**Fionnuala Ní Aoláin**
Regents Professor, University of Minnesota Law School; Former UN Special Rapporteur on the promotion and protection of human rights and fundamental freedoms while countering terrorism

**Citlalli Ochoa**
Practitioner-in-Residence, American University Washington College of Law

**Diane Orentlicher**
Professor of Law, American University Washington College of Law

**Jaya Ramji-Nogales**
Professor of Law, Temple University

**Emily A. Ray**

Clinical Fellow, Harvard Law School

**Michael Reed-Hurtado**
Adjunct Professor, Georgetown University

**Dr Sophie Rigney**
Senior Lecturer, School of Law, The Royal Melbourne Institute of Technology (RMIT) University

**Mathias Risse**
Berthold Beitz Professor in Human Rights, Global Affairs and Philosophy; Director of the Carr Center for Human Rights Policy, Harvard Kennedy School

**Francisco J. Rivera Juaristi**
Clinical Professor of Law; Director, International Human Rights Clinic, Santa Clara Law

**Naomi Roht-Arriaza**
Distinguished Professor of Law Emerita, University of California College of Law San Francisco

**Gabor Rona**
Professor of Practice, Cardozo Law School

**Kenneth Roth**
Visiting Professor, Princeton's School of Public and International Affairs; former executive director, Human Rights Watch (1993-2022)

**Britton Schwartz**
Deputy Director, International Human Rights Clinic, Santa Clara University School of Law

**Carey Shenkman**
Human Rights Lawyer

**Rajika Shah**
Director, Justice for Atrocities Clinic, LMU Loyola Law School

**James Silk**
Binger Clinical Professor Emeritus of Human Rights, Yale Law School

**Amrit Singh**
Professor of the Practice of Law, Stanford Law School

**Matiangai Sirleaf**
Nathan Patz Professor of Law, University of Maryland Francis King Carey School of Law; Professor, Department of Epidemiology and Public Health, University of Maryland School of Medicine

**Joseph Slaughter**
Associate Professor of English and Comparative Literature; Director of the Institute for the Study of Human Rights, Columbia University

**David Sloss**
John A. and Elizabeth H. Sutro Professor of Law, Santa Clara University School of Law

**Chantal Thomas**
Professor of Law, Cornell Law School

**Leigh Toomey**
Former Chairperson of the UN Working Group on Arbitrary Detention (member of group 2015-2022)

**Salma Waheedi**
Lecturer on Law, Harvard Law School

**Lynn Welchman**
Professor of Law; Convenor, International Human Rights Clinic, School of Law, SOAS University of London, UK

**James Yap**
Adjunct Professor, Osgoode Hall Law School, York University

*Amici* respectfully request that the Court grant leave to file the attached *amicus* brief in support of Plaintiffs' Opposition to the Government's Statement of Interest.

DATED: March 26, 2025

                                                Respectfully submitted
                                                /s/ Leena Khandwala
                                                Leena Khandwala, Esq., Counsel of Record
                                                Anjum Gupta, Esq., on Brief
                                                Immigrant Rights Clinic
                                                Rutgers Law School
                                                123 Washington Street, 402A
                                                Newark, NJ 07102
                                                Tel: (973) 353 - 3182
                                                Leena.khandwala@rutgers.edu

                                                *Counsel for Amici Curiae*