# APPENDIX I
## List of *Amici Curiae*

The positions taken in this brief are those of *amici* alone and should not be attributed to any institution with which amici are or have been affiliated.

**Paulo Abrão**
Former Executive Secretary, Inter-American Commission on Human Rights

**E. Tendayi Achiume**
Professor of Law, Stanford Law School; Former UN Special Rapporteur on Contemporary Forms of Racism, Racial Discrimination, Xenophobia and Related Intolerance

**Susan Akram**
Clinical Professor and Director, International Human Rights Clinic, Boston University School of Law

**Philip Alston**
John Norton Pomeroy Professor of Law, NYU School of Law; Former UN Special Rapporteur on extreme poverty and human rights; former UN Special Rapporteur on extrajudicial executions

**Hassan E. Ansari, Esq.**

**Sandra Babcock**
Clinical Professor, International Human Rights Clinic, Cornell Law School

**Asli Bâli**
Professor of Law, Yale University

**Thomas B. Becker, Jr.**
Legal and Policy Director, University Network for Human Rights

**Karima Bennoune**
Lewis M. Simes Professor of Law, University of Michigan Law School; Former UN Special Rapporteur in the field of cultural rights

**Almudena Bernabeu**
Chief Executive Officer, Guernica37 Centre for International Justice

**Joseph Berra**
Human Rights in the Americas Director, Promise Institute for Human Rights, UCLA School of Law

**Caroline Bettinger-Lopez**
Professor of Law; Director, Human Rights Clinic, University of Miami School of Law

**Blaine Bookey**
Visiting Assistant Professor, University of California College of the Law, San Francisco; Legal Director, Center for Gender and Refugee Studies

**Elizabeth Brundige**
Clinical Professor of Law, Cornell Law School

**Ruben Carranza**
Senior Expert, International Center for Transitional Justice (ICTJ)

**Arturo J. Carrillo**
Clinical Professor of Law; Director, Civil and Human Rights Law Clinic, George Washington University (GW) Law School

**Dr Martin Clark**
Senior Lecturer, Melbourne Law School, University of Melbourne

**Sandra Coliver**
Former Executive Director, Center for Justice & Accountability

**Brian Concannon, Esq.**
Executive Director
Institute for Justice & Democracy in Haiti

**Jorge Contesse**
Professor of Law, Rutgers Law School

**Tom Dannenbaum**
Associate Professor of International Law, the Fletcher School of Law & Diplomacy, Co-Director of the Center for International Law and Governance, Tufts University

**Frederick T. Davis**
Lecturer in Law, Columbia Law School; Principal, Fred Davis Law Office

2

**Pablo de Greiff**
Former United Nations Special Rapporteur on the promotion of truth, justice, reparation and guarantees of non-recurrence

**Christian M. De Vos**
Adjunct Clinical Professor, Human Rights & Gender Justice Clinic, City University of New York Law School; Adjunct Assistant Professor of Political Science, Institute for the Study of Human Rights, Columbia University

**Lisa Dicker**
Clinical Instructor, Harvard Law School

**Richard Dicker**
Lecturer in Law, Columbia Law School

**Treasa Dunworth**
Professor, University of Auckland

**Dr Souheir Edelbi**
Lecturer, School of Law, Western Sydney University

**Susan Farbstein**
Clinical Professor of Law, Harvard Law School

**Martin Flaherty**
Charles and Marie Robertson Visiting Professor, School of Public and International Affairs, Princeton University; Adjunct Professor, Columbia Law School

**Laurel E. Fletcher**
Chancellor's Clinical Professor of Law; Co-Faculty Director, Miller Institute for Global Challenges and the Law; Director, Global Rights Innovation Lab Clinic, University of California, Berkeley

**Claudia Flores**
Clinical Professor of Law, Yale Law School

**Tyler R. Giannini**
Clinical Professor of Law, Harvard Law School

**Denise Gilman**
Clinical Professor and Co-Director Immigration Clinic, University of Texas School of Law

**Jennifer M. Green**
Clinical Professor of Law; Director, Human Rights Litigation and Advocacy Clinic, University of Minnesota Law School

**Rebecca Hamilton**
Professor of Law, American University, Washington College of Law

**Ellie Happel**
Interim Director, Global Justice Clinic, NYU School of Law

**Adil Haque**
Professor of Law, and Judge Jon O. Newman Scholar, Rutgers Law School

**Lindsay M. Harris**
Professor of Law, University of San Francisco School of Law

**J. Benton Heath**
Associate Professor of Law, Temple University School of Law

**Jehanne Henry**
Lecturer in Law, Columbia Law School

**Talin A. Hitik**
Executive Director, Hitik Law Pro Bono Human Rights Program

**Paul Hoffman**
Director, Civil Rights Litigation Clinic, University of California at Irvine School of Law

**Deena R. Hurwitz, Esq.**

**Meetali Jain**
Director, Tech Justice Project

**Marissa Jackson Sow**
Associate Professor of Law, University of Richmond

**Tejal Jesrani**
Director, TrialWatch Project, Human Rights Institute; Clinic Instructor, Human Rights Clinic, Columbia Law School

**Dr Richard Joyce**
Senior Lecturer, Melbourne Law School, University of Melbourne

**David Kaye**
Clinical Professor of Law; Director, International Justice Clinic, UC Irvine School of Law; Former United Nations Special Rapporteur on the promotion and protection of the right to freedom of opinion and expression

**Nabila Khan**
Adjunct Professor, Toronto Metropolitan University School of Law

**John H. Knox**
Henry C. Lauerman Professor of International Law, Wake Forest University School of Law; Former UN Special Rapporteur on human rights and the environment

**Akshaya Kumar**
Lecturer in Law, Columbia Law School

**Daniel Levine-Spound**
Lecturer on Law, Harvard Law School

**Beatrice Lindstrom**
Senior Clinical Instructor; Lecturer on Law, Harvard Law School

**Bert Lockwood**
Distinguished Service Professor and Director, Urban Morgan Institute for Human Rights, University of Cincinnati College of Law

**Clara Long**
Director of Policy and Organizing, Human Impact Partners

**Rachel López**
James E. Beasley Professor of Law, Temple University Beasley School of Law

**Kate Mackintosh**
Executive Director, UCLALaw Promise Institute Europe

5

**Dr Heidi Matthews**
Assistant Professor and Co-director, International and Transnational Law Intensive Program (ITLIP), Osgoode Hall Law School, York University

**Wade McMullen**
Distinguished Fellow, Human Rights Institute, Georgetown University Law Center

**Juan Ernesto Méndez**
Professor of Human Rights Law in Residence, Washington College of Law, American University

**Grace Meng**
Executive Director, David J Epstein Program in Public Interest Law and Policy, UCLA Law

**Chi Adanna Mgbako**
Clinical Professor of Law, Fordham Law School; Director, Walter Leitner International Human Rights Clinic

**Alice M. Miller**
Co-Director, Global Health Justice Partnership of the Yale Law School and the School of Public Health; Yale School of Public Health, Professor in the Practice; Women's, Gender and Sexuality Studies Council; Yale Law School, Associate Professor (Adjunct)

**Saira Mohamed**
Agnes Roddy Robb Professor of Law, University of California, Berkeley, School of Law

**Priyanka Motaparthy**
Clinical Professor of Law, Northwestern Pritzker School of Law

**Samuel Moyn**
Kent Professor of Law and History, Yale Law School

**Karen Musalo**
Bank of America Foundation Chair in International Law; Professor & Director, Center for Gender & Refugee Studies, U.C. Law, San Francisco

**Ruhan Nagra**
Associate Professor of Law, University of Utah

**Andrew J. Nathan**
1919 Professor of Political Science; Chair, Steering Committee, Institute for the Study of Human Rights, Columbia University

**Vasuki Nesiah**
Professor of Practice, The Gallatin School, New York University

**Fionnuala Ní Aoláin**
Regents Professor, University of Minnesota Law School; Former UN Special Rapporteur on the promotion and protection of human rights and fundamental freedoms while countering terrorism

**Citlalli Ochoa**
Practitioner-in-Residence, American University Washington College of Law

**Diane Orentlicher**
Professor of Law, American University Washington College of Law

**Jaya Ramji-Nogales**
Professor of Law, Temple University

**Emily A. Ray**
Clinical Fellow, Harvard Law School

**Michael Reed-Hurtado**
Adjunct Professor, Georgetown University

**Dr Sophie Rigney**
Senior Lecturer, School of Law, The Royal Melbourne Institute of Technology (RMIT) University

**Mathias Risse**
Berthold Beitz Professor in Human Rights, Global Affairs and Philosophy; Director of the Carr Center for Human Rights Policy, Harvard Kennedy School

**Francisco J. Rivera Juaristi**
Clinical Professor of Law; Director, International Human Rights Clinic, Santa Clara Law

**Naomi Roht-Arriaza**
Distinguished Professor of Law Emerita, University of California College of Law San Francisco

**Gabor Rona**
Professor of Practice, Cardozo Law School

**Kenneth Roth**
Visiting Professor, Princeton's School of Public and International Affairs; former executive director, Human Rights Watch (1993-2022)

**Britton Schwartz**
Deputy Director, International Human Rights Clinic, Santa Clara University School of Law

**Carey Shenkman**
Human Rights Lawyer

**Rajika Shah**
Director, Justice for Atrocities Clinic, LMU Loyola Law School

**James Silk**
Binger Clinical Professor Emeritus of Human Rights, Yale Law School

**Amrit Singh**
Professor of the Practice of Law, Stanford Law School

**Matiangai Sirleaf**
Nathan Patz Professor of Law, University of Maryland Francis King Carey School of Law; Professor, Department of Epidemiology and Public Health, University of Maryland School of Medicine

**Joseph Slaughter**
Associate Professor of English and Comparative Literature; Director of the Institute for the Study of Human Rights, Columbia University

**David Sloss**
John A. and Elizabeth H. Sutro Professor of Law, Santa Clara University School of Law

**Chantal Thomas**
Professor of Law, Cornell Law School

**Leigh Toomey**

8

Former Chairperson of the UN Working Group on Arbitrary Detention (member of group 2015-2022)

**Salma Waheedi**
Lecturer on Law, Harvard Law School

**Lynn Welchman**
Professor of Law; Convenor, International Human Rights Clinic, School of Law, SOAS University of London, UK

**James Yap**
Adjunct Professor, Osgoode Hall Law School, York University