UNITED STATED DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa A. Larsen

**DATE:** March 28, 2025

**TITLE OF CASE:**

**DOCKET # 25-1963**

Mahmoud Khalil, Petitioner
     vs.
Deputy Director William P. Joyce, et al., Respondent

**APPEARANCES:**

Baher Azmy, Esq. for Petitioner
Omar C. Jadwat, Esq. for Petitioner
Amy Belsher, Esq. Pro Hac Vice for Petitioner
Ramzi Kassem, Esq. Pro Hac Vice for Petitioner
Alina Das, Esq. Pro Bono for Petitioner

Dhruman Yogesh Sampat, DOJ for Respondent
August Flentje, DOJ for Respondent

**Nature of Proceedings:**    MOTION HEARING HELD on the record

Hearing held on the pending motion to transfer (DE90) by Respondents.
Court reserved decision.

**Time Commenced:** 10:00
**Time Adjourned:** 11:30
**Total Time:** 1:30

    RoseMarie Olivieri
    SENIOR COURTROOM DEPUTY