AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

| | | |
|---|---|---|
| Mahmoud Khalil | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-01963 (MEF) |
| William P. Joyce | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus curiae on behalf of immigration attorneys and practitioners within New Jersey/New York.

Date:   03/29/2025

*Attorney's signature*

Ian Fernando Hinonangan NJ District Bar No.: 038392002
*Printed name and bar number*

350 Warren Street, Suite #10
Jersey City, NJ 07302
*Address*

iancorporate@yahoo.com
*E-mail address*

2014338100
*Telephone number*

(None)
*FAX number*