AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Mahmoud KHALIL
*Plaintiff*
v.
William P. JOYCE, et al.
*Defendant*

Case No. 2:25-cv-1963 (MEF)

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Immigration Reform Law Institute.

Date: April 1 2025

S/ John M. miano
*Attorney's signature*

John M Miano NJ 02001-2005
*Printed name and bar number*
E101 103 Park Ave.
Summit NJ 07901

*Address*

jmiano@verizon.net
*E-mail address*

908-273-9207
*Telephone number*

*FAX number*

Print   Save As...   Reset