UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MAHMOUD KHALIL,

    *Petitioner,*

v.

WILLIAM P. JOYCE et al.,

    *Respondents.*

No. 25-cv-01963 (MEF)(MAH)

**ORDER**

The Court indicated that it would solicit the parties' views on whether an interlocutory appeal might be appropriate here under Title 29, United States Code, Section 1292(b). See Opinion and Order (ECF 153) at 67.

The parties shall state their views, in letters to be filed on or before 2:30pm on April 3. Each letter shall be no more than two single-spaced pages and shall explain, in that party's view, why the Section 1292 standard is or is not met.

IT IS on this 2nd day of April, 2025, so **ORDERED**.

Michael E. Farbiarz, U.S.D.J.