Molly K.C. Linhorst
American Civil Liberties Union
of New Jersey Foundation
570 Broad Street, 11th Floor
P.O. Box 32159
Newark, New Jersey 07102
(973) 854-1731
MLinhorst@aclu-nj.org

*Co-Counsel for Petitioner*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>    *Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice,<br><br>    *Respondents*. | Case No.: 2:25-cv-01963-MEF-MEH<br><br>**CERTIFICATION OF SERVICE** |

    I, Molly K.C. Linhorst, certify the following:

1. I am an attorney admitted to practice before this Court.

2. On March 25, 2025, my co-counsel Amy Belsher, Esq., effectuated service of Petitioner's Amended Petition and summonses for the two newly-added Defendants – President Donald J. Trump and Secretary of State Marco Rubio – via email pursuant to an agreement with Respondents' counsel as permitted under Fed. R. Civ. P. 5(b)(2)(F).

3. Respondents' counsel confirmed receipt via email on the same day.

I certify that the foregoing statements made by me are true to the best of my knowledge, information, and belief. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

Dated: April 3, 2025

    s/Molly K.C. Linhorst
Molly K.C. Linhorst
American Civil Liberties Union
of New Jersey Foundation
570 Broad Street, 11th Floor
P.O. Box 32159
Newark, New Jersey 07102
(973) 854-1731
MLinhorst@aclu-nj.org