# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>     Petitioner,<br> v.<br><br>William P. JOYCE, *et al.*,<br><br>     Respondents. | Case No. 2:25-cv-1963 (MEF) |

**CERTIFICATION OF MATT A. CRAPO IN SUPPORT OF MOTION FOR LEAVE FOR MATT A. CRAPO TO APPEAR *PRO HAC VICE***

 I, Matt Austin Crapo, of full age, certify as follows:

 1. I am an attorney for the Immigration Reform Law Institute, located at 25 Massachusetts Ave., NW, Suite 335, Washington, D.C. 20001. I can be contacted there by mail, at 202-232-5590, or at mcrapo@irli.org.

 2. I am an attorney admitted to practice and am a member in good standing of the Bar of the District of Columbia (Bar No. 473355, admitted 07/09/2001). Attachedd hereto is a true and correct copy of my Certificate of Good Standing for the D.C. bar.

 3. I am also admitted to practice before the following courts:

| Court | Year of admission | Address |
|---|---|---|
| U.S. Court of Appeals for the Fifth Circuit | 2021 | Office Of the Clerk<br>F. Edward Hebert Building<br>600 S. Maestri Place<br>New Orleans, LA 70130-3408 |
| U.S. Court of Appeals for the Ninth Circuit | 2007 | Clerk of Court<br>95 7th St.<br>San Francisco, CA 94103 |
| U.S. Court of Appeals for the Eleventh Circuit | 2021 | Clerk of Court<br>56 Forsyth St., N.W.<br>Atlanta, Georgia 30303 |
| United States District Court for the District of Columbia | 2023 | U.S. District Court<br>333 Constitution Avenue, N.W.<br>Washington, DC 20001 |
| United States District Court for the District of North Dakota | 2023 | U.S. District Court<br>PO Box 1193<br>Bismarck ND 58502-1193 |

4. There are no disciplinary proceedings pending against me, and no discipline has previously been imposed upon me in any court or jurisdiction.

5. Upon the granting of this motion, I will make a payment to the Clerk for the admissions fee and to the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a).

6. I am familiar with and will comply with the Local Rules of this Court.

Dated: April 2, 2025

Respectfully submitted,

_____
MATT A. CRAPO
D.C. Bar No. 473355
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
(202) 232-5590; mcrapo@irli.org

2