IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>                  Petitioner,<br>v.<br><br>William P. JOYCE, *et al.*,<br><br>                  Respondents. | Case No. 2:25-cv-1963 (MEF) |

[~~PROPOSED~~] ORDER

Before the Court is the unopposed motion of Immigration Reform Law Institute ("IRLI") for leave to file a brief as *amicus curiae* in support of Respondents and in opposition to Petitioner's motion for preliminary injunction. For the reasons set forth by movant, the motion is GRANTED, and IRLI's proposed *amicus curiae* brief is hereby deemed FILED.

SO ORDERED.

Dated this ___4th___ day of ___April___, 2025

SO ORDERED

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: 4/4/25