

**U.S. Department of Justice**
Civil Division

---

April 4, 2025

**By ECF**
Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07101

    Re:    *Khalil v. Joyce, et al.*, **Civ. Act. No. 25-1963 (MEF) (MAH)**
            **Government's Unopposed Request for this Court to Accept Overlength Brief**

Dear Judge Farbiarz:

    Respondents ("the Government") submit this letter to respectfully request that the Court accept the Government's opposition to the preliminary injunction motion, which is five pages overlength, *nunc pro tunc*. Petitioner's counsel consents to this request. The Government believes that an additional five pages would aid the Court in its consideration of the important issues being raised in this litigation. Undersigned counsel apologizes for a misreading of Local Rule 7.2 and its discussions between the different types of fonts.

    We thank the Court for considering this request.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

AUGUST E. FLENTJE
Acting Director

SARAH S. WILSON
Assistant Director

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Senior Litigation Counsel
Office of Immigration Litigation
General Litigation and Appeals Section
PO Box 878, Ben Franklin Station
Washington, D.C. 20044
dhruman.y.sampat@usdoj.gov