

CREATING  
LAW  
ENFORCEMENT  
ACCOUNTABILITY &  
RESPONSIBILITY

Main Street Legal Services, Inc.  
CUNY School of Law  
2 Court Square  
Long Island City, NY 11101-4356  
www.cunyclear.org

April 6, 2025

**VIA ECF**

The Honorable Michael A. Hammer  
United States Magistrate Judge  
Martin Luther King Building & U.S. Courthouse  
50 Walnut Street  
Newark, NJ 07102

       **Re: Khalil v. Joyce, et al., Case No: 2:25-cv-01963-MEF-MAH**

Dear Judge Hammer:

On behalf of the Petitioner, I am submitting a motion for Marc Van Der Hout, Johnny Sinodis, and Oona Cahill to be admitted Pro Hac Vice.

On March 21, 2025, co-counsel in this matter contacted counsel for the Government who advised that they do not object to any of the admissions for Petitioner's attorneys. Pursuant to the Court's preferences, I am attaching to this letter a proposed form of order along with a certification from the applicants: (1) Marc Van Der Hout; (2) Johnny Sinodis; and (3) Oona Cahill, providing the information required by L.Civ.R. 101.1(c) and my certification stating that I will be responsible for their conduct in this matter and will otherwise comply with L.Civ.R. 101(c).

Thank you very much for the Court's time and consideration.

Respectfully submitted,

/s/ Naz Ahmad  
Naz Ahmad

(t) 718.340.4558  
(f) 718.340.4533  
(e) cunyclear@law.cuny.edu

