# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MAHMOUD KHALIL,** | Case No. 2:25-cv-01963(MEF) |
| Petitioner, | |
| v. | **CERTIFICATION OF MARC VAN DER HOUT IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL CIVIL RULE 101.1** |
| **WILLIAM JOYCE ET AL.,** | |
| Respondent. | |

I, Marc Van Der Hout, hereby certify the following:

1. I am a founding partner at Van Der Hout LLP. I have been requested to represent Petitioner in this matter.

2. I am a member in good standing of the California State bar as of 1978. A certificate of good standing issued by the California State bar is attached herein.

3. I am also admitted to practice before the following courts:

| Court | Year of Admission |
|---|---|
| California | 1978 |
| U.S. Supreme Court | 1991 |
| U.S. Court of Appeals for the Fifth Circuit | 1999 |
| U.S. Court of Appeals for the Ninth Circuit | 1984 |
| U.S. Court of Appeals for the D.C. Circuit | 1990 |
| U.S. Court of Appeals for the Tenth Circuit | 1998 |
| U.S. District Courts for the Northern District of California | 1978 |
| U.S. District Courts for the Central District of California | 1993 |
| U.S. District Courts for the District of Colorado | 2001 |

4. No professional disciplinary proceedings are pending against me in any jurisdiction and no professional discipline has previously been imposed on me in any jurisdiction.

5. In the event I am admitted *pro hac vice*, I agree to:

   a. Make payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for each year in which I represent Plaintiff in this matter;

b. Make payment of $250 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3), as amended;

c. Abide by the Rules of this Court, including any relevant disciplinary rules;

d. Notify this Court immediately of any matters affecting my standing at the Bar of any other Court; and

e. Have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in the United States District Court for the District of New Jersey.

6. In view of the foregoing, I respectfully request that I be admitted *pro hac vice*. Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Dated: April 6, 2025

Respectfully Submitted,
/s/Marc Van Der Hout
Marc Van Der Hout
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000
MV@vblaw.com
ndca@vblaw.com