# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MAHMOUD KHALIL,** <br><br> Petitioner, <br><br> v. <br><br> **WILLIAM JOYCE ET AL.,** <br><br> Respondent. | Case No. 2:25-cv-01963 <br><br> **[PROPOSED] ORDER ADMITTING COUNSEL PRO HAC VICE** |

**THIS MATTER** having been brought before the Court by Naz Ahmad, attorney for Petitioner, on an application for an Order allowing Marc Van Der Hout, Esq., Johnny Sinodis, Esq., and Oona Cahill, Esq., to appear and practice *pro hac vice*; to which no party to these proceedings objects; and the Court having considered the moving papers:

**IT IS** on this _____ day _____ of 2025, **ORDERED** as follows:

1. Ordered that counsel, all members in good standing of their respective state Bars, are granted permission to appear *pro hac vice* to appear in this matter for all purposes on behalf of the Petitioner, pursuant to L. Civ. R. 101.1(c);

2. All pleadings, briefs, and other papers filed with the Court on behalf of Petitioner, shall be signed by a lawyer who is licensed to practice in the District of New Jersey, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorneys admitted hereby;

3. Counsel shall individually pay the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) and L. Civ. R. 101.1(c)(2) for each calendar year this matter is pending;

4. Counsel is required to abide by the Rules governing this Court, including all disciplinary rules, and to notify the Court immediately of any matter affecting his or her standing at the bar of any court.

5. Counsel shall individually make payments of $250 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this order.

Dated:            , 2025

_____
HON. Michael A. Hammer, USMJ