IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>                  Petitioner,<br>v.<br><br>William P. JOYCE, *et al.*,<br><br>                  Respondents. | Case No. 2:25-cv-1963 (MEF) |

[~~PROPOSED~~] ORDER GRANTING *PRO HAC VICE* ADMISSION

Before the Court is a motion by Immigration Reform Law Institute ("IRLI") seeking leave for Matt A. Crapo to appear *pro hac vice* on behalf of IRLI in this matter. Pursuant to L. Civ. R. 101.1(c), and for good cause shown,

IT IS HEREBY ORDERED:

1. Matt A. Crapo, is hereby granted admission *pro hac vice* to appear in this matter on behalf of *amicus* IRLI; and it is further

2. ORDERED that all pleadings, briefs, and other papers filed with the Court shall be signed by John M. Miano, attorney of record for *amicus* IRLI, who shall be responsible for submission of the case and the attorney admitted hereby; and it is further

3. ORDERED that, in accordance with L. Civ. R. 101.1(c)(2), Matt A. Crapo

shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection; and it is further

4.   ORDERED that in accordance with L. Civ. R. 101.1(c)(3), Matt A. Crapo shall pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice*; and it is further

5.   ORDERED that Matt A. Crapo shall be bound by the Rules of the United States District Court for the District of New Jersey, including all disciplinary rules.

SO ORDERED this  7th  day of  April , 2025

SO ORDERED

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: 4/7/25