# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>    *Petitioner*,<br><br>v.<br><br>William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement, *et al.*,<br><br>    *Respondents*. | Case No.: 2:25-cv-01963<br><br>Judge Michael E. Farbiarz |

## [~~PROPOSED~~] ORDER

Upon consideration of the National Jewish Advocacy Center's Motion for Leave to File Brief as *Amicus Curiae*, and for good cause shown, IT IS HEREBY ORDERED that on this __8th__ day of __April__, 2025, the Motion for Leave to File Brief as Amici Curiae is GRANTED and should be deemed filed.

**SO ORDERED**

__s/Michael A. Hammer__
**Michael A. Hammer, U.S.M.J.**

**Date:** 4/8/25