

**U.S. Department of Justice**
Civil Division

---

April 10, 2025

**By ECF**
Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07101

      Re:    *Khalil v. Joyce, et al.*, **Civ. Act. No. 25-1963 (MEF) (MAH)**
            <u>**Government's Unopposed Request for this Court to Accept Overlength Brief**</u>

Dear Judge Farbiarz:

      Respondents ("the Government") submit this letter to respectfully request that the Court accept the Government's letter (*see* ECF No. 185), which was filed after the Court's noon deadline. The Government was in the process of finalizing its filing when the building fire alarm went off around 11:00am, requiring evacuation. Upon return, undersigned counsel promptly finalized the letter and filed as quickly as possible. Undersigned counsel conferred with opposing counsel, who do not object this request.

      We thank the Court for considering this request.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

SARAH S. WILSON
Assistant Director

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Senior Litigation Counsel
Office of Immigration Litigation
General Litigation and Appeals Section
PO Box 878, Ben Franklin Station
Washington, D.C. 20044
dhruman.y.sampat@usdoj.gov