VIA ECF

April 11, 2025

Honorable Michael E. Farbiarz
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    *Khalil v. Trump, et al.*, No. 2:25-cv-1963 (MEF) (MAH)

Dear Judge Farbiarz,

We write in response to the Court's Order filed yesterday, ECF 187, concerning a transcript of Mr. Khalil's proceedings before the Immigration Judge.

Pursuant to instructions provided by the Court's Senior Courtroom Deputy, this morning we hand-delivered a flash drive containing the audio recording of Mr. Khalil's hearing on April 8, 2025. We shared the same audio file with Respondents via email last night.

Thank you for your attention to this matter.

                                              Respectfully submitted,

                                                  /s/Jeanne LoCicero

| | |
|---|---|
| **DRATEL & LEWIS**<br>Amy E. Greer<br>29 Broadway, Suite 1412<br>New York, NY 10006<br>Tel.: (212)732-8805<br>agreer@dratellewis.com<br><br>**CENTER FOR CONSTITUTIONAL RIGHTS**<br>Baher Azmy<br>Samah Sisay*<br>Diala Shamas*<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>Tel.: (212) 614-6464<br>bazmy@ccrjustice.org<br>ssisay@ccrjustice.org<br>dshamas@ccrjustice.org<br><br>**VAN DER HOUT LLP**<br>Marc Van Der Hout*<br>Johnny Sinodis* | **AMERICAN CIVIL LIBERTIES UNION**<br>  **OF NEW JERSEY FOUNDATION**<br>Jeanne LoCicero<br>Farrin R. Anello<br>Molly K.C. Linhorst<br>570 Broad Street, 11th Floor<br>Newark, NJ 0710<br>Tel.: (973) 854-1715<br><br>**NEW YORK CIVIL LIBERTIES UNION**<br>  **FOUNDATION**<br>Amy Belsher*<br>Robert Hodgson*<br>Veronica Salama*<br>Molly Biklen*<br>125 Broad Street, 19th Floor<br>New York, NY 10004<br>Tel.: (212) 607-3300<br>abelsher@nyclu.org |

<div style="columns:2">

Oona Cahill\*
360 Post Street, Suite 800
San Francisco, CA 94108
Tel.: (415) 981-3000
Fax: (415) 981-3003
ndca@vblaw.com

**CLEAR PROJECT**
**MAIN STREET LEGAL SERVICES, INC.**
Ramzi Kassem\*
Naz Ahmad
Mudassar Hayat Toppa\*
Shezza Abboushi Dallal\*
CUNY School of Law
2 Court Square, 5th Floor
Long Island City, NY 11101
Tel.: (718) 340-4558
ramzi.kassem@law.cuny.edu
naz.ahmad@law.cuny.edu
mudassar.toppa@law.cuny.edu
shezza.dallal@law.cuny.edu

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Omar Jadwat\*
Noor Zafar\*
Sidra Mahfooz\*
Brian Hauss\*
Esha Bhandari\*
Vera Eidelman\*
Tyler Takemoto\*
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
ojadwat@aclu.org

**WASHINGTON SQUARE LEGAL SERVICES, INC.**
Alina Das\*
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel.: (212) 998-6430
alina.das@nyu.edu

</div>

*Counsel for Petitioner*
\**Admitted* pro hac vice

cc:     All counsel of record via ECF

2