April 11, 2025

Honorable Michael E. Farbiarz, United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Newark, New Jersey 07101

      Re:    *Khalil v. Trump, et al.*, No. 2:25-cv-1963 (MEF) (MAH)

Dear Judge Farbiarz,

    We write to respectfully request that members of the press and public be granted access to this afternoon's telephone conference. As the Court is aware, there is tremendous interest in this case. For example, over 500 people requested to view or listen to Mr. Khalil's April 8, 2025 immigration court hearing.

    We are mindful that the usual process for requesting permission to remotely attend a hearing is to email the ECF helpdesk at ecfhelp@njd.uscourts.gov. However, to spare the helpdesk the onerous duty of responding individually to the anticipated volume of requests, and to facilitate the greatest degree of access and transparency, we ask that your honor consider publishing the conference call-in line on the docket.

                                                                                             Respectfully submitted,

                                                                                    _/s/ *Jeanne LoCicero*_

| | |
|---|---|
| **DRATEL & LEWIS**<br>Amy E. Greer<br>29 Broadway, Suite 1412<br>New York, NY 10006<br>Tel.: (212)732-8805<br>agreer@dratellewis.com | **AMERICAN CIVIL LIBERTIES UNION**<br>   **OF NEW JERSEY FOUNDATION**<br>Jeanne LoCicero<br>Farrin R. Anello<br>Molly K.C. Linhorst<br>570 Broad Street, 11th Floor<br>Newark, NJ 0710<br>Tel.: (973) 854-1715 |
| **CENTER FOR CONSTITUTIONAL RIGHTS**<br>Baher Azmy<br>Samah Sisay*<br>Diala Shamas*<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>Tel.: (212) 614-6464<br>bazmy@ccrjustice.org<br>ssisay@ccrjustice.org<br>dshamas@ccrjustice.org | **NEW YORK CIVIL LIBERTIES UNION**<br>   **FOUNDATION**<br>Amy Belsher*<br>Robert Hodgson*<br>Veronica Salama*<br>Molly Biklen*<br>125 Broad Street, 19th Floor<br>New York, NY 10004<br>Tel.: (212) 607-3300 |
| **VAN DER HOUT LLP**<br>Marc Van Der Hout*<br>Johnny Sinodis*<br>Oona Cahill*<br>360 Post Street, Suite 800<br>San Francisco, CA 94108<br>Tel.: (415) 981-3000 | **AMERICAN CIVIL LIBERTIES UNION**<br>   **FOUNDATION**<br>Omar Jadwat*<br>Noor Zafar*<br>Sidra Mahfooz*<br>Brian Hauss* |

| | |
|---|---|
| Fax: (415) 981-3003<br>ndca@vblaw.com | Brett Max Kaufman*<br>Esha Bhandari*<br>Vera Eidelman*<br>Tyler Takemoto* |
| **CLEAR PROJECT**<br>**MAIN STREET LEGAL SERVICES, INC.**<br>Ramzi Kassem*<br>Naz Ahmad<br>Mudassar Hayat Toppa*<br>Shezza Abboushi Dallal*<br>CUNY School of Law<br>2 Court Square, 5th Floor<br>Long Island City, NY 11101<br>Tel.: (718) 340-4558 | 125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel.: (212) 549-2500<br><br>**WASHINGTON SQUARE LEGAL SERVICES, INC.**<br>Alina Das*<br>Immigrant Rights Clinic<br>245 Sullivan Street, 5th Floor<br>New York, New York 10012<br>Tel.: (212) 998-6430<br>alina.das@nyu.edu |
| *Admitted pro hac vice | Counsel for Petitioner |