# UNITED STATED DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK                              **DATE:** April 11, 2025
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**

                                                                          **DOCKET # 25-1963**

Mahmoud Khalil
        vs.
Deputy Director William P. Joyce, et al.

**APPEARANCES:**

<u>Petitioner</u>
Mark Van Der Hout, Esq.
Farrin R. Anello, Esq.
Baher Azmy, Esq.
Jeanne Locicero, Esq.
Molly KC Linhortst, Esq.
Molly Knopp Biklen, Esq.
Naz Ahmad, Esq.
Omar C. Jadwat, Esq.

<u>Respondent</u>
Dhruman Yogesh Sampat, DOJ

**Nature of Proceedings**:     TELEPHONE CONFERENCE HELD on the record

Counsel provided updated information as to the status of other related matters.

**Time Commenced:** 4:45
**Time Adjourned:** 5:15
**Total Time:** 30 min

                                                                  RoseMarie Olivieri
                                                               SENIOR COURTROOM DEPUTY