VIA ECF                                                                                                April 12, 2025

Honorable Michael E. Farbiarz
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

   **Re:** *Khalil v. Trump, et al.*, No. 2:25-cv-1963 (MEF) (MAH)

Dear Judge Farbiarz,

  Petitioner's counsel writes with the enclosed exhibit pursuant to the Court's instructions at the telephonic conference held yestserday afternoon. As discussed during the conference, Exhibit 1 is the Rubio Determination submitted by the government in Mr. Khalil's immigration proceeding, with redactions only as to Mr. Khalil's A-number and date of birth. (There are other redactions in the document, but those are original to the document that the government produced in the immigration proceeding.) Counsel for both parties has conferred and agrees that the A-number and date-of-birth redactions are appropriate.

  We thank the Court for its consideration.

                  Respectfully submitted,

                  /s/   Jeanne LoCicero

| | |
|---|---|
| **DRATEL & LEWIS** | **AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION** |
| Amy E. Greer | Jeanne LoCicero |
| 29 Broadway, Suite 1412 | Farrin R. Anello |
| New York, NY 10006 | Molly K.C. Linhorst |
| Tel.: (212)732-8805 | 570 Broad Street, 11th Floor |
| agreer@dratellewis.com | Newark, NJ 0710 |
| | Tel.: (973) 854-1715 |
| **CENTER FOR CONSTITUTIONAL RIGHTS** | |
| Baher Azmy | **NEW YORK CIVIL LIBERTIES UNION FOUNDATION** |
| Samah Sisay* | |
| Diala Shamas* | Amy Belsher* |
| 666 Broadway, 7th Floor | Robert Hodgson* |
| New York, NY 10012 | Veronica Salama* |
| Tel.: (212) 614-6464 | Molly Biklen* |
| bazmy@ccrjustice.org | 125 Broad Street, 19th Floor |
| ssisay@ccrjustice.org | New York, NY 10004 |
| dshamas@ccrjustice.org | Tel.: (212) 607-3300 |
| **VAN DER HOUT LLP** | |
| Marc Van Der Hout* | **AMERICAN CIVIL LIBERTIES UNION FOUNDATION** |
| Johnny Sinodis* | |
| Oona Cahill* | Omar Jadwat* |
| 360 Post Street, Suite 800 | Noor Zafar* |

San Francisco, CA 94108
Tel.: (415) 981-3000
Fax: (415) 981-3003
ndca@vblaw.com

**CLEAR PROJECT**
**MAIN STREET LEGAL SERVICES, INC.**
Ramzi Kassem*
Naz Ahmad
Mudassar Hayat Toppa*
Shezza Abboushi Dallal*
CUNY School of Law
2 Court Square, 5th Floor
Long Island City, NY 11101
Tel.: (718) 340-4558

Sidra Mahfooz*
Brian Hauss*
Brett Max Kaufman*
Esha Bhandari*
Vera Eidelman*
Tyler Takemoto*
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500

**WASHINGTON SQUARE LEGAL SERVICES, INC.**
Alina Das*
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel.: (212) 998-6430
alina.das@nyu.edu

**Admitted* pro hac vice

*Counsel for Petitioner*