April 15, 2025

Honorable Michael E. Farbiarz
United States District Judge
Martin Luther King Building & United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    *Khalil v. Trump, et al.*, No. 2:25-cv-1963 (MEF) (MAH)

Dear Judge Farbiarz,

    Counsel for Mr. Khalil write to clarify a statement in the letter filed at 12:31 p.m. on April 14. The full immigration court record was filed with the Court on the evening of April 13, including notices, orders and written rulings by the immigration judge.

    Respectfully submitted,

    /s *Farrin R. Anello*

**DRATEL & LEWIS**
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel.: (212)732-8805
agreer@dratellewis.com

**CENTER FOR CONSTITUTIONAL RIGHTS**
Baher Azmy
Samah Sisay*
Diala Shamas*
666 Broadway, 7th Floor
New York, NY 10012
Tel.: (212) 614-6464
bazmy@ccrjustice.org
ssisay@ccrjustice.org
dshamas@ccrjustice.org

**VAN DER HOUT LLP**
Marc Van Der Hout*
Johnny Sinodis*
Oona Cahill*
360 Post Street, Suite 800
San Francisco, CA 94108
Tel.: (415) 981-3000
Fax: (415) 981-3003

**AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION**
Jeanne LoCicero
Farrin R. Anello
Molly K.C. Linhorst
570 Broad Street, 11th Floor
Newark, NJ 0710
Tel.: (973) 854-1715

**NEW YORK CIVIL LIBERTIES UNION FOUNDATION**
Amy Belsher*
Robert Hodgson*
Veronica Salama*
Molly Biklen*
125 Broad Street, 19th Floor
New York, NY 10004
Tel.: (212) 607-3300

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Omar Jadwat*
Noor Zafar*
Sidra Mahfooz*
Brian Hauss*
Brett Max Kaufman*

ndca@vblaw.com

**CLEAR PROJECT**
**MAIN STREET LEGAL SERVICES, INC.**
Ramzi Kassem*
Naz Ahmad
Mudassar Hayat Toppa*
Shezza Abboushi Dallal*
CUNY School of Law
2 Court Square, 5th Floor
Long Island City, NY 11101
Tel.: (718) 340-4558

*Admitted* pro hac vice

Esha Bhandari*
Vera Eidelman*
Tyler Takemoto*
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500

**WASHINGTON SQUARE LEGAL SERVICES, INC.**
Alina Das*
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel.: (212) 998-6430
alina.das@nyu.edu

*Counsel for Petitioner*