

**U.S. Department of Justice**
Civil Division

---

April 15, 2025

<u>**By ECF**</u>
Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07101

   Re: *Khalil v. Joyce, et al.*, **Civ. Act. No. 25-1963 (MEF) (MAH)**
     <u>**Letter Confirming Delivery of Audio File**</u>

Dear Judge Farbiarz:

   Respondents ("the Government") submit this letter pursuant to the Court's instructions. A thumb drive, which contains the audio recording of Mr. Khalil's immigration proceedings from April 11, 2025, was delivered to this Clerk's Office this morning.

   We thank the Court for its attention to this matter.

       Respectfully submitted,

       YAAKOV M. ROTH
       Acting Assistant Attorney General
       Civil Division

       DREW C. ENSIGN
       Deputy Assistant Attorney General

       ALANNA T. DUONG
       Senior Litigation Counsel

       *s/ Dhruman Y. Sampat*
       DHRUMAN Y. SAMPAT
       Senior Litigation Counsel
       Office of Immigration Litigation
       General Litigation and Appeals Section
       PO Box 878, Ben Franklin Station
       Washington, D.C. 20044
       dhruman.y.sampat@usdoj.gov