April 20, 2025

**VIA ECF – FILED UNDER SEAL**

Honorable Michael E. Farbiarz
United States District Judge
District of New Jersey
U.S. Post Office & Courthouse
Newark, New Jersey 07101

      **Re: Khalil v. Trump, et al., No. 2:25-cv-1963 (MEF) (MAH)**

Dear Judge Farbiarz:

      Petitioner respectfully writes to provide urgent information to the Court regarding Petitioner and his family which is relevant to this Court's consideration of Petitioner's pending Motion for Release ("Bail Motion"), ECF 93.[1] At approximately 8 a.m. ET, Petitioner's wife went into labor and she has been admitted to a hospital in New York City to give birth to their family's first child. As this Court is aware, the impending birth of their child – which had been anticipated to occur on April 28 – was a central ground upon which Petitioner sought bail from this Court, so he can be present to emotionally and physically support his wife and their newborn child during this pivotal moment for their family. As the birth is happening eight days earlier than expected, Petitioner's request has become obviously urgent.

      Petitioner's counsel emailed the New Orleans Field Office Director for ICE Enforcement and Removal Operations at approximately 11:35 a.m. ET today, to request a two-week long furlough for Petitioner so he can be with his wife and his newborn child. Still, given the uncertainty of that request, and the meritorious and now even more urgent nature of his Bail Motion, Petitioner respectfully reiterates his request that the Court grant that motion as soon as possible.

                                            Respectfully submitted.

                                            /s/ Baher Azmy

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION | CENTER FOR CONSTITUTIONAL RIGHTS |
| Jeanne LoCicero | Baher Azmy |
| Farrin R. Anello | Samah Sisay* |
| Molly K.C. Linhorst | Diala Shamas* |
| 570 Broad Street, 11th Floor | 666 Broadway, 7th Floor |
| Newark, New Jersey 07102 | New York, NY 10012 |
| 973-854-1715 | Tel: (212) 614-6464 |

---

[1] Petitioner has filed this request under seal given the need for the family's privacy and security and will file the appropriate motion seeking leave of court pursuant to D.N.J. Local Rule 5.3.

NEW YORK CIVIL LIBERTIES UNION FOUNDATION
Amy Belsher*
Robert Hodgson*
Veronica Salama*
Molly Biklen*
125 Broad Street, 19th Floor
New York, N.Y. 10004
Tel: (212) 607-3300

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Omar Jadwat
Noor Zafar*
Sidra Mahfooz*
Brian Hauss*
Esha Bhandari*
Vera Eidelman*
Tyler Takemoto*
Brett Max Kaufman*
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500

CLEAR PROJECT
MAIN STREET LEGAL SERVICES, INC.
Ramzi Kassem*
Naz Ahmad
Shezza Abboushi Dallal*
CUNY School of Law
2 Court Square
Long Island City, NY 11101
Tel: (718) 340-4558

WASHINGTON SQUARE LEGAL SERVICES, INC.
Alina Das*
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6430

DRATEL & LEWIS
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805
Fax: (212) 571-3792

VAN DER HOUT LLP
Marc Van Der Hout (CA Bar #80778)*
Johnny Sinodis (CA Bar #290402)*
Oona Cahill (CA Bar #354525)*
360 Post St., Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000
Fax: (415) 981-3003

* *Appearing Pro hac vice*

*Counsel for Petitioner*