April 21, 2025

<u>**Via ECF**</u>

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07101

      Re:    *Khalil v. Trump, et al.*, No. 2:25-cv-1963 (MEF) (MAH)

Dear Judge Farbiarz,

    Petitioner writes to notify the Court that his wife has given birth. The first letter Petitioner filed on April 20, 2025, ECF No. 203 may be published on the public docket. The second letter, ECF No. 204, contains e-mail addresses of counsel, ICE employees, and Petitioner's A-number. Petitioner includes a redacted copy of ECF No. 204, and in accordance with Local Rule 5.3(c)(2), will shortly file a motion to seal for ECF No. 204.

                                                Respectfully submitted,

                                              _____/s/_____

**DRATEL & LEWIS**
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel.: (212)732-8805
agreer@dratellewis.com

**CENTER FOR CONSTITUTIONAL RIGHTS**
Baher Azmy
Samah Sisay*
Diala Shamas*
666 Broadway, 7th Floor
New York, NY 10012
Tel.: (212) 614-6464
bazmy@ccrjustice.org
ssisay@ccrjustice.org
dshamas@ccrjustice.org

**AMERICAN CIVIL LIBERTIES UNION**
  **OF NEW JERSEY FOUNDATION**
Jeanne LoCicero
Farrin R. Anello
Molly K.C. Linhorst
570 Broad Street, 11th Floor
Newark, NJ 0710
Tel.: (973) 854-1715

**CLEAR PROJECT**
**MAIN STREET LEGAL SERVICES, INC.**
Ramzi Kassem*
Naz Ahmad
Mudassar Hayat Toppa*
Shezza Abboushi Dallal*
CUNY School of Law
2 Court Square, 5th Floor
Long Island City, NY 11101
Tel.: (718) 340-4558
ramzi.kassem@law.cuny.edu
naz.ahmad@law.cuny.edu
mudassar.toppa@law.cuny.edu
shezza.dallal@law.cuny.edu

**WASHINGTON SQUARE LEGAL SERVICES,**
  **INC.**
Alina Das*
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel.: (212) 998-6430
alina.das@nyu.edu

**AMERICAN CIVIL LIBERTIES UNION**
  **FOUNDATION**

| | |
|---|---|
| **NEW YORK CIVIL LIBERTIES UNION**<br>　**FOUNDATION**<br>Amy Belsher*<br>Robert Hodgson*<br>Veronica Salama*<br>Molly Biklen*<br>125 Broad Street, 19th Floor<br>New York, NY 10004<br>Tel.: (212) 607-3300<br>abelsher@nyclu.org<br><br>**VAN DER HOUT LLP**<br>Marc Van Der Hout*<br>Johnny Sinodis*<br>Oona Cahill*<br>360 Post Street, Suite 800<br>San Francisco, CA 94108<br>Tel.: (415) 981-3000<br>Fax: (415) 981-3003<br>ndca@vblaw.com | Omar Jadwat*<br>Noor Zafar*<br>Sidra Mahfooz*<br>Brian Hauss*<br>Esha Bhandari*<br>Vera Eidelman*<br>Tyler Takemoto*<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel.: (212) 549-2500<br>ojadwat@aclu.org |

*Counsel for Petitioner*

\*ial*Admitted* pro hac vice