April 20, 2025

**VIA ECF – FILED UNDER SEAL**

Honorable Michael E. Farbiarz
United States District Judge
District of New Jersey
U.S. Post Office & Courthouse
Newark, New Jersey 07101

      **Re: Khalil v. Trump, et al., No. 2:25-cv-1963 (MEF) (MAH)**

Dear Judge Farbiarz:

      Petitioner respectfully writes to follow up on his letter, ECF 203, requesting urgent consideration of Petitioner's Bail Motion, to inform the Court that ICE denied Petitioner's request for a two-week Furlough. A copy of the relevant correspondence is attached. Thank you again for your consideration of this request.

      Respectfully submitted.

      /s/ Baher Azmy

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION<br>Jeanne LoCicero<br>Farrin R. Anello<br>Molly K.C. Linhorst<br>570 Broad Street, 11th Floor<br>Newark, New Jersey 07102<br>973-854-1715 | CENTER FOR CONSTITUTIONAL RIGHTS<br>Baher Azmy<br>Samah Sisay*<br>Diala Shamas*<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>Tel: (212) 614-6464 |
| NEW YORK CIVIL LIBERTIES UNION FOUNDATION<br>Amy Belsher*<br>Robert Hodgson*<br>Veronica Salama*<br>Molly Biklen*<br>125 Broad Street, 19th Floor<br>New York, N.Y. 10004<br>Tel: (212) 607-3300 | CLEAR PROJECT<br>MAIN STREET LEGAL SERVICES, INC.<br>Ramzi Kassem*<br>Naz Ahmad<br>Shezza Abboushi Dallal*<br>CUNY School of Law<br>2 Court Square<br>Long Island City, NY 11101<br>Tel: (718) 340-4558 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>Omar Jadwat | WASHINGTON SQUARE LEGAL SERVICES, INC.<br>Alina Das*<br>Immigrant Rights Clinic |

Noor Zafar*
Sidra Mahfooz*
Brian Hauss*
Esha Bhandari*
Vera Eidelman*
Tyler Takemoto*
Brett Max Kaufman*
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500

245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6430

DRATEL & LEWIS
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805
Fax: (212) 571-3792

VAN DER HOUT LLP
Marc Van Der Hout (CA Bar #80778)*
Johnny Sinodis (CA Bar #290402)*
Oona Cahill (CA Bar #354525)*
360 Post St., Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000
Fax: (415) 981-3003

* *Appearing Pro hac vice*

*Counsel for Petitioner*

 Outlook

## Re: Mahmoud KHALIL Furlough Request

**From** Harper, Mellissa B <■■■■■■■■■■■■■■■■■>
**Date** Sun 4/20/2025 11:08 AM
**To** Ramzi Kassem <■■■■■■■■■■■■■■■■■>
**Cc** Metoyer, Numa <■■■■■■■■■■■>; Marc Van Der Hout <■■■■■■■■■■>; Johnny Sinodis <■■■■■■■■>; Oona Cahill <■■■■■■■■■■>; Miller, Alice M <■■■■■■■■■■■v>; Cheramie, Autumn Lea <■■■■■■■■■■■■>

Mr. Kassem,

Thank you for your email. After consideration of the submitted information and a review of your client's case, your request for furlough is denied.

Mellissa B. Harper
Field Office Director
New Orleans Field Office
Enforcement and Removal Operations
Immigration and Customs Enforcement

---

**From:** Ramzi Kassem <■■■■■■■■■■■■■■■■■>
**Sent:** Sunday, April 20, 2025 10:35:19 AM
**To:** Harper, Mellissa B <■■■■■■■■■■■■■v>
**Cc:** Metoyer, Numa <■■■■■■■■■■■>; Marc Van Der Hout <■■■■■■■■■■>; Johnny Sinodis <■■■■■■■■■■■>; Oona Cahill <■■■■■■■■■■■>
**Subject:** Mahmoud KHALIL Furlough Request

You don't often get email from ■■■■■■■■■■■■■■■■■■    Learn why this is important

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Dear Ms. Harper,

We write as counsel for Mahmoud Khalil (A-number: ■■■■■■■■ | Facility: Jena) to request that Mr. Khalil be released on furlough immediately for a period of two weeks. Mr. Khalil's wife has just gone into labor this morning in New York City, eight days earlier than expected. A two week furlough in this civil detention matter would be both reasonable and humane so that both parents can be present for the birth of their first child. Undersigned counsel and Mr. Khalil would be open to any combination of conditions that would allow furlough from ICE's perspective, including a GPS ankle monitor and/or scheduled check-ins.

We would be grateful for a prompt reply in light of this urgent development.

Thank you in advance,

Ramzi Kassem
Marc Van Der Hout
Johnny Sinodis
Oona Cahill