April 23, 2025

VIA ECF
Honorable Michael E. Farbiarz
United States District Judge
District of New Jersey
U.S. Post Office & Courthouse
Newark, New Jersey 07101

      **Re: Khalil v. Trump, et al., No. 2:25-cv-1963 (MEF) (MAH)**

Dear Judge Farbiarz:

      In response to the Court's text order from today, ECF 208, Petitioner respectfully states the following:

a. There are no future hearings currently scheduled before the immigration judge in Louisiana and Petitioner cannot predict if or when the immigration judge will schedule any future hearings. In an ordinary case, Petitioner's counsel would expect one or two additional hearings to be scheduled regarding the government's alleged second ground of removability and, subsequently, regarding Petitioner's applications for immigration relief.

b. Petitioner is unable to hazard a guess as to the timing of the immigration judge's decision on the government's alleged second ground of removability. At the April 11 hearing, the immigration judge granted the government additional time, until today, April 23, to submit any additional evidence in support of its alleged second ground of removability and for Petitioner to submit any evidence related to the second charge and any applications for relief he may be seeking. Immigration Hearing (Apr. 11, 2025), audio at 01:38:20. When the immigration judge acts on that evidence, and whether or when she might order any additional hearings, is within the immigration judge's discretion.

      Respectfully submitted,

      /s/ Baher Azmy

AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION
Jeanne LoCicero
Farrin R. Anello
Molly K.C. Linhorst
570 Broad Street, 11th Floor
Newark, New Jersey 07102
973-854-1715

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
Samah Sisay*
Diala Shamas*
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464

<div style="column-count:2">

NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
Amy Belsher*
Robert Hodgson*
Veronica Salama*
Molly Biklen*
125 Broad Street, 19th Floor
New York, N.Y. 10004
Tel: (212) 607-3300

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Omar Jadwat
Noor Zafar*
Sidra Mahfooz*
Brian Hauss*
Esha Bhandari*
Vera Eidelman*
Tyler Takemoto*
Brett Max Kaufman*
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500

CLEAR PROJECT
MAIN STREET LEGAL SERVICES, INC.
Ramzi Kassem*
Naz Ahmad
Shezza Abboushi Dallal*
CUNY School of Law
2 Court Square
Long Island City, NY 11101
Tel: (718) 340-4558

WASHINGTON SQUARE LEGAL SERVICES, INC.
Alina Das*
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6430

DRATEL & LEWIS
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805
Fax: (212) 571-3792

VAN DER HOUT LLP
Marc Van Der Hout (CA Bar #80778)*
Johnny Sinodis (CA Bar #290402)*
Oona Cahill (CA Bar #354525)*
360 Post St., Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000
Fax: (415) 981-3003

</div>

\* *Appearing Pro hac vice*     *Counsel for Petitioner*