April 25, 2025

<u>VIA ECF</u>
Honorable Michael E. Farbiarz,
United States District Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Newark, New Jersey 07101

      Re:    *Khalil v. Trump, et al.*, No. 2:25-cv-1963 (MEF) (MAH)

Dear Judge Farbiarz,

    On April 23, 2025, the Court ordered the parties to submit a joint letter attaching all immigration court filings not previously conveyed to the Court (ECF 208). Petitioner filed the requested joint letter and immigration court submissions on April 24, 2025. Shortly after doing so, Petitioner's counsel identified a small number of references to personal identifiable information that were not properly redacted in Exhibit 3 filed at ECF 210. The government has indicated its preference that names of federal officers referenced in these filings be redacted, which we have done.

    Petitioner, with the government's consent, respectfully requests that the Court direct the clerk's office to replace the document attached at Exhibit 3, currently maintained under temporary seal in the interests of privacy and safety, with the corrected version provided as an attachment.

    We thank the Court for its attention to this request.

                          Respectfully submitted,

                          /s/ Baher Azmy

| AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION | CENTER FOR CONSTITUTIONAL RIGHTS |
|---|---|
| Jeanne LoCicero | Baher Azmy |
| Farrin R. Anello | Samah Sisay* |
| Molly K.C. Linhorst | Diala Shamas* |
| 570 Broad Street, 11th Floor | 666 Broadway, 7th Floor |
| Newark, New Jersey 07102 | New York, NY 10012 |
| 973-854-1715 | Tel: (212) 614-6464 |
| NEW YORK CIVIL LIBERTIES UNION FOUNDATION | CLEAR PROJECT<br>MAIN STREET LEGAL SERVICES, INC. |
| Amy Belsher* | Ramzi Kassem* |
| Robert Hodgson* | Naz Ahmad |
| Veronica Salama* | Shezza Abboushi Dallal* |
| Molly Biklen* | CUNY School of Law |
| | 2 Court Square |

125 Broad Street, 19th Floor
New York, N.Y. 10004
Tel: (212) 607-3300

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Omar Jadwat
Noor Zafar*
Sidra Mahfooz*
Brian Hauss*
Esha Bhandari*
Vera Eidelman*
Tyler Takemoto*
Brett Max Kaufman*
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500

Long Island City, NY 11101
Tel: (718) 340-4558

WASHINGTON SQUARE LEGAL SERVICES, INC.
Alina Das*
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6430

DRATEL & LEWIS
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805
Fax: (212) 571-3792

VAN DER HOUT LLP
Marc Van Der Hout (CA Bar #80778)*
Johnny Sinodis (CA Bar #290402)*
Oona Cahill (CA Bar #354525)*
360 Post St., Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000
Fax: (415) 981-3003

*Appearing Pro hac vice

Counsel for Petitioner