April 28, 2025

VIA ECF
Honorable Michael E. Farbiarz
United States District Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Newark, New Jersey 07101

Re: *Khalil v. Trump, et al.*, No. 2:25-cv-1963 (MEF) (MAH)

Dear Judge Farbiarz:

In light of this Court's order (ECF 208), we write to notify the Court about two developments in Petitioner's immigration proceedings. On Friday, April 25, 2025, the immigration judge denied Petitioner's motion to terminate the removal proceedings, based on his warrantless arrest by the U.S. Department of Homeland Security (DHS), in violation of the Fourth Amendment and 8 C.F.R. § 287.8(c)(2)(i). (*See* Exhibit A). Even though DHS did not possess a judicial or administrative warrant permitting it to arrest Mr. Khalil—as the government has now admitted in its opposition to the motion to terminate (ECF 210-2)—the immigration judge found that "[t]ermination of removal proceedings is not an appropriate remedy for the harm [Mr. Khalil] alleges." *Id*. The immigration judge further found, evidently regarding the first removability ground, that DHS had "met its burden its burden of proving by clear and convincing evidence that Respondent is removable as charged. 8 C.F.R. §1240.8(a)." *Id*. The immigration judge also scheduled an in-person hearing for May 22, 2025. (Exhibit B).

Respectfully submitted,

/s/ Baher Azmy

AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION
Jeanne LoCicero
Farrin R. Anello
Molly K.C. Linhorst
570 Broad Street, 11th Floor
Newark, NJ 07102
Tel: (973) 854-1715

NEW YORK CIVIL LIBERTIES UNION FOUNDATION
Amy Belsher*
Robert Hodgson*
Veronica Salama*
Molly Biklen *
125 Broad Street, 19th Floor
New York, NY 10004

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
Samah Sisay*
Diala Shamas*
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464

CLEAR PROJECT
MAIN STREET LEGAL SERVICES, INC.
Ramzi Kassem*
Naz Ahmad
Shezza Abboushi Dallal*
Mudassar Toppa*
CUNY School of Law
2 Court Square
Long Island City, NY 11101

Tel: (212) 607-3300

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Omar Jadwat*
Noor Zafar*
Sidra Mahfooz*
Brian Hauss*
Brett Max Kaufman*
Esha Bhandari*
Vera Eidelman*
Tyler Takemoto*
125 Broad Street, Floor 18
New York, NY 10004
Tel: (212) 549-2500

*Admitted Pro Hac Vice

Tel: (718) 340-4558

WASHINGTON SQUARE LEGAL SERVICES, INC.
IMMIGRANT RIGHTS CLINIC
Alina Das*
245 Sullivan Street, 5th Floor
New York, NY 10012
Tel: (212) 998-6430

DRATEL & LEWIS
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805

VAN DER HOUT LLP
Marc Van Der Hout*
Johnny Sinodis*
Oona Cahill*
360 Post St., Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000

*Counsel for Petitioner*