# Exhibit A



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**LASALLE IMMIGRATION COURT**

Respondent Name:
KHALIL, MAHMOUD

To:
Van Der Hout, Marc
360 Post Street
Suite 800
San Francisco, CA 94108

A-Number:

Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
04/25/2025

## ORDER OF THE IMMIGRATION JUDGE

☑ Respondent ☐ the Department of Homeland Security has filed a motion to terminate these proceedings, and the non-moving party was accorded notice and an opportunity to respond. The motion is ☑ opposed ☐ unopposed.

After considering the facts and circumstances, the immigration court orders that the motion to terminate is ☐ granted ☐ with ☐ without prejudice ☑ denied because:

- ☑ The Department of Homeland Security ☑ met ☐ did not meet its burden of proving by clear and convincing evidence that Respondent is removable as charged. 8 C.F.R. § 1240.8(a).

- ☐ Respondent ☐ met ☐ did not meet the burden of proving that Respondent is clearly and beyond a doubt entitled to admission to the United States and is not inadmissible as charged. 8 C.F.R. § 1240.8(b)-(c).

- ☐ Other.

- ☑ Further analysis/explanation:

Termination of removal proceedings is not an appropriate remedy for the harm Respondent alleges. 8 C.F.R. § 1239.2(c); 8 C.F.R. § 1003.18(d) INS v. Lopez-Mendoza, 468 U.S. 1032 at 1050-51 (1984); De La Paz v. Coy, 786 F.3d 367, 376 (5th Cir. 2015); U.S. v. Roque-Villanueva, 175 F.3d 345, 346 (5th Cir. 1999); Matter of Sandoval, 17 I&N Dec. 70 (BIA 1979); Matter of Garcia, 17 I&N Dec. 319, 321 (BIA 1980).

Immigration Judge: COMANS, JAMEE 04/25/2025

Appeal:  Department of Homeland Security: ☐ waived   ☐ reserved
         Respondent: ☐ waived   ☐ reserved

Appeal Due:

## Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS
Respondent Name : KHALIL, MAHMOUD | A-Number : ███████
Riders:
Date: 04/25/2025 By: Rowe, Katie, Court Staff