# Exhibit B



UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
LASALLE IMMIGRATION COURT

Respondent Name:
KHALIL, MAHMOUD

To:
Van Der Hout, Marc
360 Post Street
Suite 800
San Francisco, CA 94108

A-Number:

Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
04/25/2025

## ORDER OF THE IMMIGRATION JUDGE

A hearing has been scheduled in this case for 05/22/2025, at 8:30 a.m. The following deadlines are ordered in this case:

**Order:**

1. Other than evidence offered for rebuttal or impeachment purposes, the parties must file any other supplemental motions, briefs, or supporting documents no later than 10 days before the scheduled hearing. All submissions must also be served on the opposing party, which will have 5 days to respond.

2. Either party may file a dispositive motion, stipulation, or joint motion at any time.

3. The Department of Homeland Security must confirm in writing whether the respondent has complied with biometrics and other biographical information requirements at least 10 days before the scheduled hearing. The respondent has 5 days to respond to the Department's filing.

IT IS SO ORDERED.

*[signature]*

                                      Immigration Judge: COMANS, JAMEE 04/25/2025

Appeal:    Department of Homeland Security:  ☐ waived    ☐ reserved

           Respondent:  ☐ waived    ☐ reserved

Appeal Due:

### Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : KHALIL, MAHMOUD | A-Number : ███████

Riders:

Date: 04/25/2025 By: Rowe, Katie, Court Staff