UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAHMOUD KHALIL,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM P. JOYCE, et al.,<br><br>Respondents. | No. 25-cv-01963 (MEF)(MAH)<br><br>**ORDER** |

\* \* \*

As to the Court's Opinion of April 29, should either party wish to request that the Court certify the Opinion under 28 U.S.C. § 1292(b), that party shall file a letter brief on or before April 30 at 3:00pm. The letter brief shall be no more than two single-spaced pages.

The other party shall file a response of no more than two single-spaced pages on or before May 1 at noon.

IT IS on this 29th day of April, 2025, so **ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.