UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MAHMOUD KHALIL,

*Petitioner,*

v.

WILLIAM P. JOYCE, et al.,

*Respondents.*

No. 25-cv-01963 (MEF)(MAH)

**ORDER**

\* \* \*

The Petitioner has moved at ECF 207 to unseal the filing at ECF 203. The Respondents shall state their position, in a succinct letter to be filed on or before April 30 at 4:00pm.

IT IS on this 29th day of April, 2025, so **ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.