UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAHMOUD KHALIL,<br><br>*Petitioner,*<br><br>v.<br><br>WILLIAM P. JOYCE, et al.,<br><br>*Respondents.* | No. 25-cv-01963 (MEF)(MAH)<br><br>**ORDER** |

\* \* \*

The Respondents contend that there is no venue here, see Opposition Brief [ECF 156] at 22-23, and the Petitioner's response to that argument is glancing. See Reply Brief [ECF 175] at 22 n.14.

Further materials will be required on venue, but fuller venue briefing does not make sense if the Petitioner intends to seek to amend his Petition.

Therefore, on or before May 1 at 5:00pm, if the Petitioner wishes to seek to file an amended Petition, on any topic or basis, he shall file three documents. First, a proposed Amended Petition. Second, a redline document that compares (a) the proposed Amended Petition to (b) the current operative Petition. And third, a letter of no more than one single-spaced page that explains why the Court should accept the proposed Amended Petition.

Should they wish to argue the Court should not accept an Amended Petition, the Respondents shall file a response on or before May 2 at noon; it shall be in the form of a letter of no more than one single-spaced page.

Should the Respondents wish to argue that venue is improper as to whatever is then the operative petition, they may file a

letter brief of no more than three single-spaced pages. It shall be filed at any point between May 2 at 5:00pm and May 5 at 5:00pm. The Petitioner may file a response, in a letter brief of no more than three single-spaced pages, on or before May 9 at 5:00pm.

IT IS on this 29th day of April, 2025, so **ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.