

**U.S. Department of Justice**

Civil Division

---

April 30, 2025

**By ECF**

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07101

      Re:   *Khalil v. Joyce, et al.*, **Civ. Act. No. 25-1963 (MEF) (MAH)**
            **Government's Response to Court's Order (ECF No. 216)**

Dear Judge Farbiarz:

    Respondents ("the Government") submit this letter in response to this Court's order (ECF No. 216). The Government does not oppose Petitioner's request to unseal his filing found at ECF No. 203.

                                        Respectfully submitted,

                                        YAAKOV M. ROTH
                                        Acting Assistant Attorney General
                                        Civil Division

                                        DREW C. ENSIGN
                                        Deputy Assistant Attorney General

                                        SARAH S. WILSON
                                        Assistant Director

                                        *s/ Dhruman Y. Sampat*
                                        DHRUMAN Y. SAMPAT
                                        Senior Litigation Counsel
                                        Office of Immigration Litigation
                                        General Litigation and Appeals Section
                                        PO Box 878, Ben Franklin Station
                                        Washington, D.C. 20044
                                        dhruman.y.sampat@usdoj.gov