UNITED STATED DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK  **DATE:** May 2, 2025
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**

**DOCKET # 25-1963**

Mahmoud Khalil
    vs.
Deputy Director William P. Joyce, et al.

**APPEARANCES:**

Petitioner
Amy Belsher, Esq.

Respondent
Dhruman Yogesh Sampat, DOJ

**Nature of Proceedings:** TELEPHONE CONFERENCE HELD on the record

Telephone conference held as to the pending request at DE223 and issuance of a briefing schedule.
Court granted request to amend the petition.

Time Commenced: 12:30
Time Adjourned: 1:00
Total Time: 30 min

    RoseMarie Olivieri
    SENIOR COURTROOM DEPUTY