May 14, 2025

<u>VIA ECF</u>
Honorable Michael E. Farbiarz
United States District Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Newark, New Jersey 07101

   Re: *Khalil v. Trump, et al.*, No. 2:25-cv-1963 (MEF) (MAH)

Dear Judge Farbiarz:

  Petitioner respectfully writes to provide notice of further supplemental authorities relevant to the Court's consideration of Petitioner's motions, particularly his motion for release. First, today in the case of Dr. Badar Khan Suri, a Georgetown post-doctoral Fellow arrested, detained and charged with removability pursuant to the Foreign Policy Ground, 8 U.S.C. § 1227(a)(4)(C), the Eastern District of Virginia ordered him immediately released from custody in Texas, without travel restrictions or GPS monitoring. *Khan Suri v. Trump*, 25-cv-0480, Dkt. 65 (E.D. Va. May 14, 2025) (attached as Exhibit A). Petitioner previously submitted the *Khan Suri* district court's May 6 decision denying the government's motion to dismiss. *See* ECF 237-2.

  Second, Petitioner submits a supplemental Order on Release in the *Mahdawi* case, 25-cv-0389, Dkt 65 (D. Vt. May 14, 2025) (attached at Exhibit B), which authorized Mr. Mahdawi to travel to New York from "on or about May 15, 2025" to "on or about May 25, 2025" to attend Columbia University graduation ceremonies, and otherwise permitting him "to move freely and conduct his daily activities normally."

               Respectfully submitted,

               /s/ Baher Azmy

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION<br>Jeanne LoCicero<br>Farrin R. Anello<br>Molly K.C. Linhorst<br>570 Broad Street, 11th Floor<br>Newark, New Jersey 07102<br>973-854-1715<br><br>NEW YORK CIVIL LIBERTIES UNION FOUNDATION<br>Amy Belsher*<br>Robert Hodgson*<br>Veronica Salama*<br>Molly Biklen* | CENTER FOR CONSTITUTIONAL RIGHTS<br>Baher Azmy<br>Samah Sisay*<br>Diala Shamas*<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>Tel: (212) 614-6464<br><br>CLEAR PROJECT<br>MAIN STREET LEGAL SERVICES, INC.<br>Ramzi Kassem*<br>Naz Ahmad<br>Mudassar Toppa*<br>Shezza Abboushi Dallal*<br>CUNY School of Law |

125 Broad Street, 19th Floor
New York, N.Y. 10004
Tel: (212) 607-3300

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Omar Jadwat
Noor Zafar*
Sidra Mahfooz*
Brian Hauss*
Esha Bhandari*
Vera Eidelman*
Tyler Takemoto*
Brett Max Kaufman*
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500

2 Court Square
Long Island City, NY 11101
Tel: (718) 340-4558

WASHINGTON SQUARE LEGAL SERVICES, INC.
Alina Das*
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6430

DRATEL & LEWIS
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805
Fax: (212) 571-3792

VAN DER HOUT LLP
Marc Van Der Hout (CA Bar #80778)*
Johnny Sinodis (CA Bar #290402)*
Oona Cahill (CA Bar #354525)*
360 Post St., Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000
Fax: (415) 981-3003

\* *Appearing Pro hac vice*

*Counsel for Petitioner*