May 14, 2025

<u>VIA ECF</u>
Honorable Michael E. Farbiarz
United States District Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Newark, New Jersey 07101

   Re:  *Khalil v. Trump*, *et al.*, No. 2:25-cv-1963 (MEF) (MAH)

Dear Judge Farbiarz:

  Petitioner respectfully writes to provide notice of further supplemental authorities relevant to the Court's consideration of Petitioner's motions, particularly his motion for release. First, today in the case of Dr. Badar Khan Suri, a Georgetown post-doctoral Fellow arrested, detained and charged with removability pursuant to the Foreign Policy Ground, 8 U.S.C. § 1227(a)(4)(C), the Eastern District of Virginia ordered him immediately released from custody in Texas, without travel restrictions or GPS monitoring. *Khan Suri v. Trump*, 25-cv-0480, Dkt. 65 (E.D. Va. May 14, 2025) (attached as Exhibit A). Petitioner previously submitted the *Khan Suri* district court's May 6 decision denying the government's motion to dismiss. *See* ECF 237-2.

  Second, Petitioner submits a supplemental Order on Release in the *Mahdawi* case, 25-cv-0389, Dkt 65 (D. Vt. May 14, 2025) (attached at Exhibit B), which authorized Mr. Mahdawi to travel to New York from "on or about May 15, 2025" to "on or about May 25, 2025" to attend Columbia University graduation ceremonies, and otherwise permitting him "to move freely and conduct his daily activities normally."

                Respectfully submitted,

                <u>/s/ Baher Azmy      </u>

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION | CENTER FOR CONSTITUTIONAL RIGHTS |
| Jeanne LoCicero | Baher Azmy |
| Farrin R. Anello | Samah Sisay* |
| Molly K.C. Linhorst | Diala Shamas* |
| 570 Broad Street, 11th Floor | 666 Broadway, 7th Floor |
| Newark, New Jersey 07102 | New York, NY 10012 |
| 973-854-1715 | Tel: (212) 614-6464 |
| | |
| | CLEAR PROJECT |
| NEW YORK CIVIL LIBERTIES UNION FOUNDATION | MAIN STREET LEGAL SERVICES, INC. |
| Amy Belsher* | Ramzi Kassem* |
| Robert Hodgson* | Naz Ahmad |
| Veronica Salama* | Mudassar Toppa* |
| Molly Biklen* | Shezza Abboushi Dallal* |
| | CUNY School of Law |

125 Broad Street, 19th Floor
New York, N.Y. 10004
Tel: (212) 607-3300

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Omar Jadwat
Noor Zafar*
Sidra Mahfooz*
Brian Hauss*
Esha Bhandari*
Vera Eidelman*
Tyler Takemoto*
Brett Max Kaufman*
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500

2 Court Square
Long Island City, NY 11101
Tel: (718) 340-4558

WASHINGTON SQUARE LEGAL SERVICES, INC.
Alina Das*
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6430

DRATEL & LEWIS
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805
Fax: (212) 571-3792

VAN DER HOUT LLP
Marc Van Der Hout (CA Bar #80778)*
Johnny Sinodis (CA Bar #290402)*
Oona Cahill (CA Bar #354525)*
360 Post St., Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000
Fax: (415) 981-3003

* *Appearing Pro hac vice*

*Counsel for Petitioner*

# Exhibit A

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BADAR KHAN SURI, )
)
    *Petitioner*, )
)
v. )
)
DONALD TRUMP, *in his official capacity* )
*as President of the United States;* RUSSELL )     Case No. 1:25-cv-480 (PTG/WBP)
HOTT, *in his official capacity as Field* )
*Office Director of Washington, Immigration* )
*and Customs Enforcement;* JEFFREY )
CRAWFORD, *in his official capacity as* )
*Warden of Farmville Detention Center;* )
TODD LYONS, *Acting Director, U.S.* )
*Immigration and Customs Enforcement;* )
KRISTI NOEM, *in her official capacity as* )
*Secretary of the United States Department of* )
*Homeland Security;* MARCO RUBIO, *in his* )
*official capacity as Secretary of State;* )
PAMELA BONDI, *in her official capacity* )
*as Attorney General, U.S. Department of* )
*Justice,* )
)
    *Respondents*. )
)

## ORDER

This matter comes before the Court on Petitioner's Motion to Compel Respondents to Return Petitioner to this District (Dkt. 5) and Petitioner's Motion for Release on Bond (Dkt. 20). On May 14, 2025, the Court heard argument. For the reasons stated in open court, it is hereby

**ORDERED** that Petitioner's Motion for Release on Bond (Dkt. 20) is **GRANTED** and Petitioner's Motion to Compel Respondents to Return Petitioner to this District (Dkt. 5) is **DENIED** as moot; it is further

**ORDERED** that Petitioner Dr. Khan Suri is to be immediately released on his personal recognizance during the pendency of his habeas proceedings subject to the following conditions: (1) Petitioner will reside in Virginia; (2) Petitioner will attend all court hearings in this case in person unless excused by order of the Court; and (3) Petitioner will participate in his removal proceedings. Petitioner is **not** required to submit to any GPS monitoring; it is further

**ORDERED** that Respondents shall not attempt to re-detain Petitioner without providing 48-hours notice to the Court and Petitioner's counsel; and it is further

**ORDERED** that Respondents' request to stay this Court's decision pending appeal is **DENIED**.

Entered this 14th day of May, 2025
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge

# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

MOHSEN MAHDAWI, )
 )
    Petitioner, )
 )
v. ) Case No. 2:25-cv-389
 )
DONALD J. TRUMP, et al., )
 )
    Respondents. )

**SUPPLEMENTAL ORDER ON CONDITIONS OF RELEASE**
**(Doc. 63)**

In an Opinion and Order dated April 30, 2025, the court ordered that Petitioner Mohsen Mahdawi be released on his personal recognizance during the pendency of this habeas proceeding, subject to three conditions:

1. That he reside in Vermont;

2. That he is permitted to travel to New York State for educational purposes or to meet with his lawyers or as otherwise ordered by the court;

3. That he attend all court hearings in this case in person unless excused by order of the court.

(Doc. 54 at 28.) The court also stated on the record at the hearing on the same date that Mr. Mahdawi can pass from Vermont, where he resides, "through the states that are needed" to attend college and see his lawyers as necessary in New York City. (Doc. 57 at 40.)

On May 12, 2025, Mr. Mahdawi filed a motion seeking an order "to ensure that he can safely travel from this District to, and from, New York City for a ten-day trip, from May 15 to May 25, 2025, to attend his graduation ceremonies, meet with his lawyers, and for other

purposes." (Doc. 63 at 1.) Counsel for Defendants was unable to take a position on the motion as of May 12, 2025. (*Id.*)

The court GRANTS Petitioner's motion (Doc. 63). Consistent with and in addition to the conditions of his release on his personal recognizance ordered by this court on April 30, 2025 (Doc. 54), Mr. Mahdawi is permitted to travel to New York State on or about May 15, 2025, returning to Vermont on or about May 25, 2025, in order to attend his graduation ceremony at Columbia University and related events. During his tine in New York State, Mr. Mahdawi is permitted to move freely and conduct his daily activities normally including, but not limited to, meeting with elected officials, speaking with and being interviewed by members of the press and media, speaking at public events, attending protests, attending social engagements (including meals, formal and informal graduation celebrations, and other gatherings), running miscellaneous errands, exercising outside of his apartment, shopping, and attending medical appointments, provided that such activities do not otherwise violate the conditions of his release set forth in this court's April 30 Order. While traveling to or from New York State, Mr. Mahdawi is permitted to pass through any states in the path of his travel and to make any temporary stops he or any travel companions may deem necessary.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 14th day of May, 2025.

/s/ Geoffrey W. Crawford
District Judge
United States District Court