# EXHIBIT B



**Elizabeth Detention Center**

**Elizabeth, New Jersey**

## Inmate Mail Information

- **Addressing correspondence properly**

  - All incoming and outgoing mail must be properly addressed and include the detainee's full name, Immigration A# and dorm/bed number. If all information is not included, mail will be returned.
    *Example:*
    - John Doe
    - A# 123456789
    - 625 Evans Street
    - Elizabeth, NJ 07201

- **General Correspondence**

  - Detainees may send or receive general mail from anyone they know. All general correspondence must be received in a standard legal or letter-size envelope.

- **Special Correspondence**

  - Detainees may also send or receive special correspondence from private attorneys and other legal representatives, government attorneys, judges, courts, embassies and consulates, ICE and the Office of the Inspector General, IHSC, and grievance officers.

    NOTE: When the sender is an approved special correspondent, as outlined above, the envelope should also be marked "Confidential" or "Legal".

- **Packages**

  - Detainees are not allowed to receive or send packages without advance arrangements and prior approval from facility officials.
  - Inspection and Rejection of Correspondence
  - All incoming and outgoing correspondence and packages will be opened in the detainee's presence (unless otherwise authorized by the Warden) and inspected for contraband.
  - Contraband includes, but is not limited to the following: materials that depict, describe or encourage activities that could lead to physical violence such as materials dealing with the subjects of self-defense or survival, weaponry, armaments, explosives, or incendiary devices; information regarding escape plots, plans to commit illegal activities or to violate ICE rules or facility guidelines; information regarding the production of drugs or alcohol; sexually explicit

The information provided in this document is believed to be accurate, though it remains subject to change without notice. This document was published January 2025.

1

material; threats, extortion, obscenity, or gratuitous profanity; a code; stamps, envelopes and blank paper; phone cards; photos larger than 5x7; books and magazines. (If magazines are approved, they must be received directly from the publisher). A package received without prior approval is considered contraband.
- Correspondence and packages containing contraband will be rejected.

## Procedures for Sending Money

- Detainees will be allowed to have funds sent to them while in detention. Funds may be sent to detainees through one of the following methods:
    - To the company's bank lockbox at

        > CORECIVIC
        > **Inmate Last Name, First Name, Commissary Number**
        > Facility: **EDC**
        > P. O. Box 16545
        > Atlanta, GA 30321-0545

- Western Union transfer services
- ConnectNetwork App (google play, app store)

**Bank Lockbox**

- Funds received must be in the form of a money order or cashier check made payable to the inmate/resident. There is no limit to the amount of funds that the inmate/resident may receive on any given day, unless contractual requirements mandate otherwise.
    - Cash will not be accepted.
    - Personal checks will not be accepted.
    - Checks made out to multiple parties will not be accepted.
    - Foreign currency will not be accepted.
- With the exception of personal checks received at the company's lockbox, unaccepted funds received will be sent back to the sender with a 16-1B Unaccepted Funds Notification. Personal checks received at the company's lockbox will be destroyed.
    - In the event cash is received, it will be deposited and a check will be written to the sender for the amount of cash received with a 16-1B Unaccepted Funds Notification.
- Incoming Funds

    All incoming funds must clearly indicate the inmate/resident's name and identification number.
    - Funds received at the company's bank lockbox may not have any other documents included in the envelope. Other documents or personal items received at the company's lockbox will be destroyed.

**Western Union**

- You can send money via Western Union by using the Internet, by phone or by a Walk-in Cash

The information provided in this document is believed to be accurate, though it remains subject to change without notice. This document was published January 2025.

2

Payment. The website for internet is www.westernunion.com/corrections. The phone number for phone quick collect is 1-800-634-3422.

➢ To send money via a Western Union Walk-In Cash Payment Location the following is a sample of a quick collect form.




# Emergency Notifications

➢ Emergency notifications may be made to the Shift Supervisor 24 hours a day.

# Visitation Frequently Asked Questions

### Who can visit?

➢ Detainees are allowed to receive visits from their families, associates, legal representatives, consular officials, and others in the community. All visitors must provide proper government issued photo identification.
➢ Safety, security and good order are always primary considerations in a detention facility, and visitors must be properly identified and attired.

### How do I get approved for visitation?

➢ No approval needed.

### How do minors get approved to visit?

➢ No approval needed. Minors who are visiting the facility must be accompanied by an adult guardian

The information provided in this document is believed to be accurate, though it remains subject to change without notice. This document was published January 2025.

3

(18 years or older). Minors must not be left unaccompanied in the waiting room, visiting room or any other area.

## How long does the application process take?

- There is no application process.

## How will I know if I've been approved?

- No approval needed.

## What are the days and times of visitation?

**Visitation Schedule**

**Males**
| | | |
|---|---|---|
| Monday, Wednesday and Friday | (1700Hrs - 2045Hrs) | 5:00PM - 8:45PM |
| Tuesday and Thursday | (1830Hrs - 2200Hrs) | 6:30PM - 10:00PM |
| Saturday | (0900Hrs - 1745Hrs) | 9:00AM - 5:45PM |
| Sunday | (0900Hrs - 1745Hrs) | 9:00AM - 5:45PM |

**Females**
| | | |
|---|---|---|
| Monday, Wednesday and Friday | (2100Hrs - 2200Hrs) | 9:00PM - 10:00PM |
| Tuesday and Thursday | (1700Hrs - 1800Hrs) | 5:00PM - 6:00PM |
| Saturday | (1800Hrs - 1900Hrs) | 6:00PM - 7:00PM |
| Sunday | (1800Hrs - 1900Hrs) | 6:00PM - 7:00PM |

**Holiday Schedule**
| | | |
|---|---|---|
| Males | (0900Hrs - 1745Hrs) | 9:00AM - 5:45PM |
| Females | (1800Hrs - 1900Hrs) | 6:00PM - 7:00PM |

**Attorney Visits**
| | | |
|---|---|---|
| Sunday to Saturday | (0600Hrs - 2200Hrs) | 6:00AM - 10:00PM |

## How long can I visit?

- Elizabeth Detention Center provides an opportunity for you to have up to one (1) hour of visitation with family and friends according to the Visitation Schedule. If there are more visitors than the visitation room can accommodate, it may be necessary to limit visits or its duration.

## Where do I park when I arrive at the facility?

- Parking Lot across the street from facility is for Staff and Visitors

The information provided in this document is believed to be accurate, though it remains subject to change without notice. This document was published January 2025.

4

## Will I be searched?

➢ Yes.

❖ All visitors are subject to a personal search. This may include a pat-down search as well as a visual search of purses, briefcases, packages, and other documents. Any visitor refusing to be searched shall not be permitted to visit.

## What is the dress code for visitation?

**Visitor Dress Code**

All visitors must be properly dressed and adhere to the following dress code:

➢ Shorts shall cover customarily covered areas of the anatomy, including the buttocks and crotch area, both when standing and sitting. Shorts no higher than mid-thigh are acceptable. Short-shorts, jogging shorts, cut-offs, and other obviously inappropriate short garments are prohibited.
➢ Shirts and dresses shall extend to mid-thigh, seated.
➢ Slits in skirts and dresses shall rise no higher than mid-thigh, seated.
➢ Sheer (see-through) or extremely tight clothing is prohibited.
➢ Tops that expose the shoulders and midriffs are not permitted. Examples of prohibited clothing items include, but are not limited to; bare midriffs, tube tops, strapless tops, and swimsuits.
➢ Coats, jackets, hooded sweatshirts, zip up/button sweatshirts and hats are not permitted. Space will be provided for coats and hats as they are NOT permitted in the visitation area.
➢ Shirts shall be worn at all times. Muscle shirts, bare mid-riff shirts and sleeveless shirts are prohibited.
➢ Shoes shall be worn at all times.
➢ Gang "colors" and other gang displays are prohibited.



Picture source from Le Folauga-The Journey

The information provided in this document is believed to be accurate, though it remains subject to change without notice. This document was published January 2025.

5

## What type of identification do I need to be allowed into the facility?

- Valid government issued photo ID such as driver's license or passport.

## What items am I allowed to bring to visitation?

- None

## Can my visitation be shortened, suspended, or terminated?

*CoreCivic has the right to shorten, suspend, or terminate visitation. Some examples which can affect your visit are listed below, but are not limited to:*

- Visitors are expected to conduct visits in a quiet and orderly manner at all times. Disruptive conduct by minors, accompanying adults, or detainees may cause termination of visit.
- Under no circumstances shall visitors pass any item directly to a detainee, nor a detainee pass any item to a visitor.
- Visitors are NOT allowed to bring money to visitation.
- Cases of contraband introduction or criminal violations may lead to criminal prosecution of the visitor, detainee, or both.
- Visitors shall remain seated at their assigned table during the duration of the visit
- Detainees may briefly embrace and kiss each visitor once at the beginning and end of each visit
- Detainees may hold their small children or the children of their visitor.
- Detainees and their visitors may hold hands only if it can be observed by visitation staff. The holding of hands placed on one's lap is strictly prohibited.
- No other forms of affection or physical contact between detainees and visitors are permitted nor shall they be tolerated.
- No firearms or weapons of any kind are permitted in the facility.
- If visitors are or appear to be intoxicated, visitation will not be allowed.
- All visitors are subject to search while in the facility.
- Visitors are not allowed to carry any items into the visitation area.
- ***Please refer to Dress Code for further information****.*

**<u>Note:</u>**
**Minors must remain under the direct supervision of an adult visitor, so not to disturb other visitors. Disruptive conduct by minors, accompanying adults, or detainees may cause termination of visit.**

The information provided in this document is believed to be accurate, though it remains subject to change without notice. This document was published January 2025.

6