Jeanne LoCicero (024052000)
AMERICAN CIVIL LIBERTIES UNION
OF NEW JERSEY FOUNDATION
570 Broad Street, 11th Floor
P.O. Box 32159
Newark, New Jersey 07102
Tel: (973) 854-1715
jlocicero@aclu-nj.org

*Counsel for Petitioner*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MAHMOUD KHALIL,** <br><br> Petitioner, <br><br> v. <br><br> **WILLIAM JOYCE ET AL.,** <br><br> Respondent. | Case No. 2:25-cv-01963 (MEF) <br><br> **NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF MICHAEL K.T. TAN** |

**PLEASE TAKE NOTICE** that undersigned counsel, a member of the Bar of this Court and of the State of New Jersey, moves this Court to grant Michael K.T. Tan *pro hac vice* admission for purposes of acting as co-counsel for Petitioner Mahmoud Khalil in the above-captioned matter. In support of this motion,

undersigned counsel attaches the certification of the aforementioned counsel that attests to their experience and that they meet the requirements of Local Civil Rule 101.1(c).

| | |
|---|---|
| Dated: May 21, 2025 | Respectfully Submitted,<br>/s/Jeanne LoCicero<br>Jeanne LoCicero<br>AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION<br>570 Broad Street, 11th Floor<br>P.O. Box 32159<br>Newark, NJ 07102<br>Tel: (973) 854-1715<br>jlocicero@aclu-nj.org<br><br>*Counsel for Petitioner* |