IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MAHMOUD KHALIL,**<br><br>    Petitioner,<br><br>v.<br><br>**WILLIAM JOYCE ET AL.,**<br><br>    Respondent. | Case No. 2:25-cv-01963 (MEF)<br><br>**CERTIFICATE OF SERVICE** |

I, Jeanne LoCicero, hereby certify the following:

1. I am an attorney-at-law of the State of New Jersey, am admitted to this Court, and am employed by the American Civil Liberties Union of New Jersey Foundation ("ACLU-NJ").

2. On May 21, 2025, I caused copies of the (i) Notice of Motion for Admission *Pro Hac Vice* of Michael K.T. Tan, (ii) supporting certification of Michael K.T. Tan; (iii) supporting certification of Jeanne LoCicero; (iv) proposed form of Order; and (v) this Certificate of Service to be served on all counsel of record via electronic case filing.

|  |  |
|---|---|
| Dated: May 21, 2025 | Respectfully Submitted,<br>/s/Jeanne LoCicero<br>Jeanne LoCicero<br>AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION<br>570 Broad Street, 11th Floor<br>P.O. Box 32159<br>Newark, NJ 07102<br>Tel: (973) 854-1715<br>jlocicero@aclu-nj.org<br><br>*Counsel for Petitioner* |