```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| MAHMOUD KHALIL, | No. 25-cv-01963 (MEF)(MAH) |
| *Petitioner*, | |
| v. | **ORDER** |
| DONALD TRUMP et al. | |
| *Respondents*. | |

The Petitioner, Mahmoud Khalil, is detained at the LaSalle Detention Facility in Louisiana.

On May 22, 2025, Khalil shall be permitted to meet with (1) his lawyer or lawyers and (2) his wife, Noor Ramez Abdalla --- at a single, joint meeting.

The meeting shall start before 10:30am, local time.

The meeting shall take place in-person, and under conditions (including as to length of time and confidentiality) that are appropriate for a substantial attorney-client meeting.

The facility and its officials may take reasonably necessary security measures.

This Order is made under Title 28, United States Code, Section 1651.

IT IS on this 21st day of May, 2025, so **ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.