# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>        *Petitioner*,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Yolanda PITTMAN, in her official capacity as Warden of Elizabeth Contract Detention Facility; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; and MARCO RUBIO, in his official capacity as Secretary of State, and Pamela BONDI, in her official capacity as Attorney U.S. Department of Justice,<br><br>        *Respondents*. | Case No. 25-cv-1935 (MEF) (MAH)<br><br>MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS AND MOTIONS FOR RELEASE, RETURN, AND A PRELIMINARY INJUNCTION |

PLEASE TAKE NOTICE that 36 INTERFAITH GROUPS, listed in full below, respectfully move before the Honorable Michael E. Farbiarz, United States District Judge at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ, for an order granting leave to file a brief as *amici curiae* in support of petitioner's petition for writ of habeas corpus and pending motions for release, return, and a preliminary injunction in the above-captioned proceeding as soon as practicable. A brief in support of this motion, the proposed *amici curiae* brief, and a proposed order are attached.

**List of *Amici Curiae***

- The Beacon
- Bend The Arc
- Berkeley Zen Center
- Buddhist Coalition for Democracy
- Cece Jones-Davis
- Congregation Beit Simchat Torah
- Dai Bai Zan Cho Bo Zen Ji
- Dharma Heart Zen
- The Episcopal Diocese of Long Island
- The Episcopal Diocese Of New York
- Faithful America
- First Spanish United Methodist Church (the People's Church), East Harlem
- Heart Circle Zen
- Hindus for Human Rights
- HopeBuilds, LLC
- Immigration Law & Justice New York
- Interfaith Center Of New York (ICNY)
- Jewish Center For Justice
- Jikoji Zen Center
- Masjid Al Haram
- Mid-City Zen
- New Birth Missionary Baptist Church
- New Jewish Narrative
- New York State Council on Churches
- OKC First Church (Oklahoma City)
- Pax Christi New York State
- Presbytery Of New York City (PCUSA)
- Religious Nationalisms Project
- Riverside Church, New York
- St. Ann & the Holy Trinity Episcopal Church
- St. Mary's Episcopal Church, Harlem
- T'ruah: The Rabbinic Call for Human Rights
- UCC Movement for Palestinian Solidarity (UCC PIN)
- Union Theological Seminary
- Upaya Zen Center
- Village Zendo

Dated: May 21, 2025

Respectfully submitted,

Luna Droubi,
Beldock Levine & Hoffman LLP
99 Park Avenue, PH/26th Fl.
New York, NY 10016
Tel: (212) 277-5875
Fax: (212) 277-5880
LDroubi@blhny.com

Counsel for *Amici Curiae*