# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>    *Petitioner*,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Yolanda PITTMAN, in her official capacity as Warden of Elizabeth Contract Detention Facility; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; and MARCO RUBIO, in his official capacity as Secretary of State, and Pamela BONDI, in her official capacity as Attorney U.S. Department of Justice,<br><br>    *Respondents*. | Case No. 25-cv-1935 (MEF) (MAH)<br><br>BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS AND MOTIONS FOR RELEASE, RETURN, AND A PRELIMINARY INJUNCTION |

    Thirty-six New York and National Interfaith Groups (collectively "proposed *amici*") respectfully move for leave to file the accompanying *amici curiae* brief in support of Petitioner Mahmoud Khalil. Petitioner consents to the filing of this *amicus* brief. On May 21, 2025, Counsel for Respondents informed proposed amici that Respondents do not take a position. No counsel for a party authored the accompanying amici curiae brief in whole or in part. Further, no person, other than amicus, their members, or their counsel contributed money intended to fund this brief's preparation or submission.

    Proposed *amici* respectfully submit this Court should grant them leave to file the proposed brief. Courts should grant a motion for leave to file an amicus brief when (1) the movant has an

"adequate interest" and (2) the accompanying brief is "desirable" and "relevant to the disposition of the case." *Neonatology Assocs., P.A. v. C.I.R.*, 293 F.3d 128, 131 (3d Cir. 2002) (citing Federal Rule of Appellate Procedure 29(a)). These requirements should be "broadly interpreted" to allow leave to file amicus briefs unless "it is obvious" that the requirements are not met. *Id.* at 133. It is "preferable to err on the side of granting leave." *Id.*

Proposed amici meet these requirements. First, they have a strong interest in the right of free expression under the First Amendment to the U.S. Constitution, as it is integrally bound to their constitutionally guaranteed free exercise of faith. Second, their proposed brief is desirable and relevant to this petition and the pending motions because it advances the concerns of Jewish faith leaders, along with their interfaith brothers and sisters, on the pretext of a fight against antisemitism as a justification for arrest, imprisonment and deportation.

**List of *Amici***

    The Beacon
    Bend The Arc
    Berkeley Zen Center
    Buddhist Coalition for Democracy
    Cece Jones-Davis
    Congregation Beit Simchat Torah
    Dai Bai Zan Cho Bo Zen Ji
    Dharma Heart Zen
    The Episcopal Diocese of Long Island
    The Episcopal Diocese Of New York
    Faithful America
    First Spanish United Methodist Church (the People's Church), East Harlem
    Heart Circle Zen
    Hindus for Human Rights
    HopeBuilds, LLC
    Immigration Law & Justice New York
    Interfaith Center Of New York (ICNY)
    Jewish Center For Justice
    Jikoji Zen Center
    Masjid Al Haram

    Mid-City Zen
    New Birth Missionary Baptist Church
    New Jewish Narrative
    New York State Council on Churches
    OKC First Church (Oklahoma City)
    Pax Christi New York State
    Presbytery Of New York City (PCUSA)
    Religious Nationalisms Project
    Riverside Church, New York
    St. Ann & the Holy Trinity Episcopal Church
    St. Mary's Episcopal Church, Harlem
    T'ruah: The Rabbinic Call for Human Rights
    UCC Movement for Palestinian Solidarity (UCC PIN)
    Union Theological Seminary
    Upaya Zen Center
    Village Zendo

    WHEREFORE, proposed amici respectfully requests that this Court grant its Motion for Leave to File its Amici Curiae Brief in Support of Petitioner's Motion for Preliminary Injunction.

Dated: May 21, 2025

Respectfully submitted,

Luna Droubi,
*Beldock Levine & Hoffman LLP*
99 Park Avenue, PH/26th Fl.
New York, NY 10016
Tel: (212) 277-5875
Fax: (212) 277-5880
LDroubi@blhny.com

Counsel for *Amici Curiae*