# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>*Petitioner*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Yolanda PITTMAN, in her official capacity as Warden of Elizabeth Contract Detention Facility; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; and MARCO RUBIO, in his official capacity as Secretary of State, and Pamela BONDI, in her official capacity as Attorney U.S. Department of Justice,<br><br>*Respondents*. | Case No. 25-cv-1935 (MEF) (MAH)<br><br>CERTIFICATE OF SERVICE |

      I hereby certify that on May 21, 2025, I electronically filed a copy of the following on behalf of proposed thirty-six *amici curiae* Interfaith Leaders: (1) Notice of Motion for Leave to File Brief as Amici Curiae in Support of Petitioner's Petition for Writ of Habeas Corpus and Motions for Release, Return, and a Preliminary Injunction; (2) Brief in Support of Motion; (3) Proposed Amici Curiae Brief; and (4) Proposed Order. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

Dated: May 21, 2025

Respectfully Submitted,

Luna Droubi,
Partner
Beldock Levine & Hoffman LLP
99 Park Avenue, PH/26th Fl. | New York, NY 10016
Tel: (212) 277-5875
Fax: (212) 277-5880
LDroubi@blhny.com

Counsel for *Amici Curiae*