

P.O. Box 32159
Newark, NJ 07102

Tel: 973-642-2086
Fax: 973-642-6523

info@aclu-nj.org
www.aclu-nj.org

JEANNE LOCICERO
Legal Director

jlocicero@aclu-nj.org
973-854-1715

May 22, 2025

Clerk's Office
U.S. District Court, District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    *Khalil v. Joyce, et al.*, 2:25-cv-01963-MEF-MAH

To Whom It May Concern:

I write at the instruction of a representative in the clerk's office to request that our co-counsel Omar C. Jadwat's contact information be updated in the above-captioned matter. Mr. Jadwat was previously admitted to participate in the matter *pro hac vice*. ECF 104. He was added to receive notices of electronic filing on April 1, 2025. He is receiving electronic notifications of filings, but is also receiving hard copies in the mail, as his name and physical address are listed in the attorney list on the case's docket as an attorney to be noticed, presumably carried over from when the matter was in the Southern District of New York. We respectfully request that Mr. Jadwat be removed from receiving hard copies of filings. Additionally, we respectfully request that his secondary email address, o-c-jadwat-2582@ecf.pacerpro.com, be added to receive ECF notification emails, in addition to his primary email address, OJadwat@aclu.org.

I appreciate your attention to this matter.

Respectfully submitted,

s/Jeanne LoCicero
_____
Jeanne LoCicero