IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MAHMOUD KHALIL,**<br><br>Petitioner,<br><br>v.<br><br>**WILLIAM JOYCE ET AL.,**<br><br>Respondent. | Case No. 2:25-cv-01963 (MEF)<br><br>**ORDER ADMITTING MICHAEL K.T. TAN *PRO HAC VICE*** |

**THIS MATTER** having been opened by the Court by Jeanne LoCicero, co-counsel for Petitioner, seeking an Order admitting Michael K.T. Tan of the American Civil Liberties Union Foundation ("ACLU"), *pro hac vice*, and the Court having considered this matter, and good cause having been shown;

**IT IS** on this  23  day of  May , 2025, **ORDERED** as follows:

1. Michael K.T. Tan is hereby admitted *pro hac vice* to appear in this matter for all purposes on behalf of Petitioner;

2. All pleadings, briefs, and other papers filed with the Court on behalf of Petitioner, shall be signed by a lawyer who is licensed to practice in the District of New Jersey, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the

   Court, and who will be held responsible for the conduct of the attorneys admitted hereby;

3. Michael K.T. Tan shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) and L. Civ. R. 101.1(c)(2) for each calendar year this matter is pending;

4. Michael K.T. Tan is required to abide by the Rules governing this Court, including all disciplinary rules, and to notify the Court immediately of any matter affecting his or her standing at the bar of any court.

5. Michael K.T. Tan shall make payment of $250 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this order.

IT IS SO ORDERED:

Dated this  23   day of  May        , 2025

SO ORDERED

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

_____
Hon. Michael A. Hammer, U.S. Magistrate Judge