IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>    *Petitioner*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Yolanda PITTMAN, in her official capacity as Warden of Elizabeth Contract Detention Facility; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; and MARCO RUBIO, in his official capacity as Secretary of State, and Pamela BONDI, in her official capacity as Attorney U.S. Department of Justice,<br><br>    *Respondents*. | Case No. 25-cv-1963 (MEF) (MAH)<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS AND MOTIONS FOR RELEASE, RETURN, AND A PRELIMINARY INJUNCTION |

Upon consideration of the Motion of LUNA DROUBI for Leave to File Brief as Amici Curiae, and for good cause shown, IT IS on this  23   day of  May        , 2025,

ORDERED:

1. The Motion for Leave to File Brief as Amici Curiae is GRANTED;

2. The proposed amici curiae brief is hereby deemed FILED.

SO ORDERED

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: 5-23-25