RECEIVED
MAY 23 2025
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Hon. Michael Farbiarz
United States District Court
4th & Cooper Streets
Camden, NJ 08101

5/17/2025

Dear Judge Farbiarz,

I write to you not as someone with personal ties to Mahmoud Khalil, but as a concerned citizen who believes in the core values of justice, fairness, and human dignity. It is my understanding that Mr. Khalil, a lawful permanent resident and graduate of Columbia's School of International and Public Affairs, remains in detention under a rarely used immigration statute, even though he has not been charged with any crime.

His continued detention has prevented him from meeting his newborn child. That fact alone should stir the conscience of anyone who believes in due process and human decency. I respectfully urge you to consider granting Mr. Khalil bail or release under reasonable conditions so that he may be with his wife and child while his case proceeds.

There can be no true justice without conscience. I trust that the Court will weigh the legal merits of his detention alongside the very real human cost.

Thank you for your time and your service to the rule of law.

Sincerely,

Danielle Dalton
Goose Creek, SC
dodalton@yahoo.com

D. WAGON
101 Lafayette St
Goose Creek, SC 29445

Hon. Michael FARBIARZ
United States District Court
4th & Cooper Streets
CAMDEN, NJ 08101