June 2, 2025

<u>VIA ECF</u>
Honorable Michael E. Farbiarz
United States District Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Newark, New Jersey 07101

  Re: *Khalil v. Trump, et al.*, No. 2:25-cv-1963 (MEF) (MAH)

Dear Judge Farbiarz,

  The petitioner writes to respectfully request a short page extension on his letter brief in support of his motion for preliminary injunction, due on June 4. ECF 275. Specifically, the petitioner requests an additional two (2) single-spaced pages to explain how he has met his burden for preliminary relief and the additional evidence he submits in support.

  Counsel for the government consents to the request on the condition it is permitted a corresponding two-page extension on its response.

  We thank the Court for its consideration of this request.

              Respectfully submitted,

<u>/s/ *Liza Weisberg*   </u>

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION | CLEAR PROJECT<br>MAIN STREET LEGAL SERVICES, INC. |
| Jeanne LoCicero | Ramzi Kassem* |
| Farrin R. Anello | Naz Ahmad |
| Molly K.C. Linhorst | Mudassar Toppa* |
| Liza Weisberg | Shezza Abboushi Dallal* |
| 570 Broad Street, 11th Floor | CUNY School of Law |
| Newark, New Jersey 07102 | 2 Court Square |
| 973-854-1715 | Long Island City, NY 11101 |
| | Tel: (718) 340-4558 |
| NEW YORK CIVIL LIBERTIES UNION FOUNDATION | CENTER FOR CONSTITUTIONAL RIGHTS |
| Amy Belsher* | Baher Azmy |
| Robert Hodgson* | Samah Sisay* |
| Veronica Salama* | Diala Shamas* |
| Molly Biklen* | 666 Broadway, 7th Floor |
| 125 Broad Street, 19th Floor | New York, NY 10012 |
| New York, N.Y. 10004 | Tel: (212) 614-6464 |
| Tel: (212) 607-3300 | |

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Omar Jadwat
Noor Zafar*
Sidra Mahfooz*
Michael K.T. Tan*
Brian Hauss*
Esha Bhandari*
Vera Eidelman*
Tyler Takemoto*
Brett Max Kaufman*
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500

WASHINGTON SQUARE LEGAL SERVICES, INC.
Alina Das*
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6430

DRATEL & LEWIS
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805
Fax: (212) 571-3792

VAN DER HOUT LLP
Marc Van Der Hout (CA Bar #80778)*
Johnny Sinodis (CA Bar #290402)*
Oona Cahill (CA Bar #354525)*
360 Post St., Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000
Fax: (415) 981-3003

*Appearing Pro hac vice*

*Counsel for Petitioner*

**SO ORDERED.**

Michael E. Farbiarz, U.S.D.J.
Date: 6/4/2025