June 4, 2025

<u>VIA ECF</u>

Honorable Michael E. Farbiarz
United States District Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Newark, New Jersey 07101

  Re: *Khalil v. Trump, et al.*, No. 2:25-cv-1963 (MEF) (MAH)

Dear Judge Farbiarz,

  In anticipation of today's filing in further support of Petitioner's motion for a preliminary injunction, *see* ECF 275 and 272, Petitioner seeks to file under seal and further designate one piece of evidence—a highly sensitive expert psychological assessment of Mr. Khalil by Dr. Andrew Rasmussen—under an Attorneys' Eyes Only (AEO) designation. Petitioner believes it is common to designate such sensitive information as AEO, but the need is heightened in such a high-profile case alleging retaliation and where some of the Respondents have singled out Mr. Khalil for disparaging remarks.

  Petitioner has been communicating with government counsel in an effort to seek an agreement on such designation, and with the limited time available to continue to meet and confer before the filing deadline, government counsel has represented its position as follows:

> The government will provide its position on the motion for a protective order after seeing the report. This way, the government can first see whether the proposed meet-and-confer process unduly burdens counsel in preparing an adequate response to Petitioner's arguments raised in the supplemental brief. Until then, the government agrees to limit distribution of the document to: (1) counsel who have noticed their appearance; and (2) six other Department of Justice attorneys within the Civil Division who are assigned to this action. Government counsel will not distribute the report nor its contents to the agencies without conferring with Petitioner's counsel.

  Given Petitioner's deadline in a matter of hours, Petitioner respectfully requests that the Court enter the attached Confidentiality Order. Or given the government's representation to counsel that it will not distribute the "report or its contents" without conferring with Petitioner—leaving an opportunity for Plaintiffs to seek the Court's relief should the government ultimately seek to distribute the Report—the Court could await the government's response to Petitioner's request before issuing such an Order.

              Respectfully submitted,

              <u>/s/</u> Baher Azmy

AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION
Jeanne LoCicero
Farrin R. Anello
Molly K.C. Linhorst
Liza Weisberg
570 Broad Street, 11th Floor
Newark, New Jersey 07102
973-854-1715

NEW YORK CIVIL LIBERTIES UNION FOUNDATION
Amy Belsher*
Robert Hodgson*
Veronica Salama*
Molly Biklen*
125 Broad Street, 19th Floor
New York, N.Y. 10004
Tel: (212) 607-3300

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Omar Jadwat
Noor Zafar*
Sidra Mahfooz*
Michael K.T. Tan*
Brian Hauss*
Esha Bhandari*
Vera Eidelman*
Tyler Takemoto*
Brett Max Kaufman*
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
Samah Sisay*
Diala Shamas*
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464

CLEAR PROJECT
MAIN STREET LEGAL SERVICES, INC.
Ramzi Kassem*
Naz Ahmad
Mudassar Hayat Toppa*
Shezza Abboushi Dallal*
CUNY School of Law
2 Court Square
Long Island City, NY 11101
Tel: (718) 340-4558

WASHINGTON SQUARE LEGAL SERVICES, INC.
Alina Das*
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6430

DRATEL & LEWIS
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805
Fax: (212) 571-3792

VAN DER HOUT LLP
Marc Van Der Hout (CA Bar #80778)*
Johnny Sinodis (CA Bar #290402)*
Oona Cahill (CA Bar #354525)*
360 Post St., Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000
Fax: (415) 981-3003

* *Appearing Pro hac vice*

*Counsel for Petitioner*