# Exhibit J

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>*Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Yolanda PITTMAN, in her official capacity as Warden of Elizabeth Contract Detention Facility; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice,<br><br>*Respondents*. | Case No. 25-cv-01963 (MEF-MAH)<br><br>**DECLARATION OF STEFANIE FOX, EXECUTIVE DIRECTOR OF A JEWISH VOICE FOR PEACE** |

I, Stefanie Fox, declare under penalty of perjury that the following is true and correct to the best of my knowledge.

1. I am Executive Director of A Jewish Voice for Peace ("JVP"), a U.S.-based, grassroots membership organization mobilizing Jewish communities to advocate for a just society in Palestine/Israel. I have been Executive Director of JVP for 5 years, and a staff member prior to that for 16 years.

2. With 720,000 members and supporters, JVP is one of the largest progressive Jewish organizations in the world.

3. JVP partners with other U.S.-based organizations who advocate for civil rights and

justice in the United States and Palestine/Israel.

4. JVP and its members are impacted by and concerned about (a) the brazen public arrest and detention of Mahmoud Khalil, a lawful permanent resident of the United States, and (b) the government's insistence that Mr. Khalil's protected, lawful speech is an appropriate basis for the revocation of his green card and grounds for deportation.

5. This position and the current administration's corresponding policies and orders have chilled the speech of JVP and its members. Non-citizen members of JVP, including students, are afraid they will be targeted for exercising their First Amendment rights in advocating for Palestinian human rights. U.S. citizen members of JVP are similarly afraid of being targeted by the government.

6. JVP members across citizenship and visa statuses have curtailed their speech and silenced themselves for fear of reprisal, retaliation, and targeting by the government. Several JVP members who are not U.S. citizens have entirely stopped exercising their First Amendment rights because they fear they will be unlawfully arrested and detained by the government, just like Mr. Khalil was. They worry about the possibility of deportation, something lawful permanent residents and visa holders did not worry about before Mr. Khalil's arrest. Deportation would fundamentally alter their lives.

7. With respect to students and student chapters, specifically, members are afraid that unlawful arrest, detention, or deportation will prevent them from completing their studies and will derail their education and future careers. They face a decision no Jewish lawful permanent resident or U.S. citizen should have to face: choosing between speaking out against a genocide that the state of Israel claims to carry out in the name of Jews and completing an education that is necessary to secure their future. Many students have stopped speaking about Palestine/Israel entirely.

8. Dozens of JVP members, including students, who are being, or feel they may be,

targeted for their protected speech have requested help, support, advice, and assistance securing legal representation from JVP. The number of requests has increased significantly since Mr. Khalil's arrest. JVP has had to expend significant time and resources responding to these requests and assisting its members and partners.

9. The most recent example relates to JVP's National Member Meeting ("NMM"), which occurred in May 2025. In the weeks and days before the NMM, several presenters informed JVP they would not attend because they were concerned about government retaliation. Presenters who live outside the United States were afraid of unlawful arrest and detention while inside the United States. They cited the administration's arrest and detention of Mr. Khalil as an example of what could happen to them and the reason they could not safely attend the NMM.

10. The chilling effect JVP, its members, and its partners are experiencing will increase if the government continues to unlawfully detain Mr. Khalil and deports him for exercising his First Amendment rights.

Dated: June 2, 2025

*Stefanie Fox*
―――――――――――
STEFANIE FOX, EXECUTIVE DIRECTOR
OF A JEWISH VOICE FOR PEACE