*ATTORNEYS' EYES ONLY*
*FILED UNDER SEAL*

# Exhibit O

Document Fully Redacted