

**U.S. Department of Justice**

Civil Division

---

June 6, 2025

**By ECF**
Honorable Michael A. Hammer
United States Magistrate Judge
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    *Khalil v. Joyce, et al.*, **Civ. Act. No. 25-1963 (MEF) (MAH)**
             **Government's Response to ECF No. 283**

Dear Judge Hammer:

      Respondents ("the Government") respectfully submit this response to the Court's order related to Petitioner Mahmoud Khalil's motion for a protective order, *see* ECF No. 283. The Government does not principally object to the Attorneys' Eyes Only designation.[1] Khalil's counsel kindly provided a draft of the protective order prior to their filing. After reviewing the Rasmussen assessment, the Government has sent back a redlined version with proposed edits. The Government will continue to work with Khalil's counsel in an effort to finalize a joint stipulation and confidentiality order by June 9, 2025.

                                \*       \*       \*

---

[1] The Court ordered the Government to file objections to Khalil's proposal to file the Rasmussen assessment under an Attorneys' Eyes Only designation. *See* ECF No. 283. In responding to the Court's order and agreeing to the designation, the Government does not agree with the reasoning as to why such a designation is necessary. *See* ECF No. 279 at 1.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

ALANNA T. DUONG
Senior Litigation Counsel

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Senior Litigation Counsel
Office of Immigration Litigation
General Litigation and Appeals Section
PO Box 878, Ben Franklin Station
Washington, D.C. 20044
dhruman.y.sampat@usdoj.gov