# EXHIBIT B



An official website of the United States government
Here's how you know


EOIR | Automated Case Information

**Court Closures Today** June 5, 2025

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home > KHALIL, MAHMOUD ( -     -      )



# Automated Case Information

## Name: KHALIL, MAHMOUD | A-Number:    -      -
## Docket Date: 3/10/2025


### 📅 Next Hearing Information

There are no future hearings for this case.


### ⚖️ Court Decision and Motion Information



This case is pending.


## BIA Case Information

No appeal was received for this case.


## Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.

**COURT ADDRESS**

830 PINEHILL ROAD

JENA, LA 71342

**PHONE NUMBER**

(318) 335-6880

Archive

Accessibility

Information Quality

Privacy Policy

Legal Policies & Disclaimers

Social Media

Budget & Performance

Office of the Inspector General

No FEAR Act

For Employees

EOIR Freedom of Information Act (FOIA)

USA.gov

Contact EOIR

EOIR Home

Justice.gov

Immigration Court Online Resource

Contact Technical Support

This site is protected by hCaptcha:

hCaptcha Privacy Policy

hCaptcha Terms of Service

---

Department of Justice | Executive Office for Immigration Review
5107 Leesburg Pike, Suite 2600, Falls Church, VA 22041


EOIR | Automated Case Information