UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MAHMOUD KHALIL | : | |
| | : | Civil Action No. 2:25-cv-01963-MEF-MAH |
| Plaintiff(s) | : | |
| | : | |
| v. | : | **CLERK'S CERTIFICATE OF CASH DEPOSIT** |
| | : | |
| DEPUTY DIRECTOR WILLIAM P. JOYCE et al. | : | |
| | : | |
| Defendant(s) | : | |
| | : | |

I hereby certify that on June 12, 2025, *One Dollar ($1.00)* Receipt No. NEW52146 was deposited in the Registry of the Court pursuant to the Order signed June 11, 2025 by Judge Michael E. Farbiarz.

MELISSA E. RHOADS, CLERK

By: *Bria Ketchledge*
Bria Ketchledge, Financial Specialist