UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MAHMOUD KHALIL,

    *Petitioner*,

v.

DONALD TRUMP et al.,

    *Respondents*.

No. 25-cv-01963 (MEF)(MAH)

**ORDER**

The Court preliminarily enjoined the Respondents from detaining the Petitioner on a particular charge. See Khalil v. Trump, 2025 WL 1649197, at *6 (D.N.J. June 11, 2025). That preliminary injunction is now in effect.

The Petitioner filed a letter this morning, stating "the Government [has not] represented that Mr. Khalil is being detained based on any ground other than the one the Court enjoined." ECF 301 at 1 (emphasis added).

It would plainly be unlawful to detain the Petitioner on a charge the Court preliminarily enjoined.

But by their letter of this afternoon, at ECF 304, the Respondents have now represented that the Petitioner is being detained on another, second charge.

That second charge has not been preliminary enjoined by the Court.

As the Court noted at some length on May 28, (1) the Petitioner did not put forward factual evidence as to why it might be unlawful to detain him on the second charge, and (2) the Petitioner failed to make meaningful legal arguments as to that second charge. See Khalil v. Trump, 2025 WL 1514713, at *52-54 (D.N.J. May 28, 2025); see also Khalil, 2025 WL 1649197, at *2, *6.

The Petitioner has not sought appellate review as to the Court's May 28 holdings.

As the Respondents note in their letter today, a number of avenues are now available to the Petitioner, including a bail application to the immigration judge presiding over the immigration case.

To the extent the Petitioner requests relief from this Court, the request is denied.

IT IS on this 13th day of June, 2025, so ORDERED.

                                              Michael E. Farbiarz, U.S.D.J.