6/18/25, 9:16 AM  RE: M. Khalil, ███████ Request for Release from Custody pursuant to 8 C.F.R. § 236.1(c)(8)(Part 2 of Exhibits) (readnow for ...

Case 2:25-cv-01963-MEF-MAH    Document 312-1    Filed 06/18/25    Page 1 of 4 PageID: 3679

 Outlook

**RE: M. Khalil, ███████ Request for Release from Custody pursuant to 8 C.F.R. § 236.1(c)(8) (Part 2 of Exhibits) (readnow for Marc's filtering))**

From: Acuna, Brian S <███████>
Date: Mon 6/16/2025 1:50 PM
To: Marc Van Der Hout <███████>
Cc: Ladwig, Scott G <███████>; Hartnett, John <███████>; Miller, Alice M <███████>; Johnny Sinodis <███████>; Oona Cahill <███████>; Marc @ Home <███████>

Mr. Van Der Hout,

This is in response to your June 13, 2025 request for release from custody for Mr. Khalil.  Your request is denied.

**Brian S. Acuna**
Acting Field Office Director
New Orleans Field Office

**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
c: ███████

From: Marc Van Der Hout <███████>
Date: Sunday, Jun 15, 2025 at 16:16
To: Acuna, Brian S <███████>
Cc: Ladwig, Scott G <███████>, Hartnett, John <███████>, Miller, Alice M <███████>, Johnny Sinodis <███████>, Oona Cahill <███████>, Marc @ Home <███████>
Subject: RE: M. Khalil, ███████ Request for Release from Custody pursuant to 8 C.F.R. § 236.1(c)(8) (Part 2 of Exhibits) (readnow for Marc's filtering))

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Thank you Brian for the prompt acknowledgement of receipt of our request.  Looking forward to your response tomorrow.

Hope you have had a good weekend.

Marc

Marc Van Der Hout

6/18/25, 9:16 AM RE: M. Khalil, Request for Release from Custody pursuant to 8 C.F.R. § 236.1(c)(8)(Part 2 of Exhibits) (readnow for …

Case 2:25-cv-01963-MEF-MAH    Document 312-1    Filed 06/18/25    Page 2 of 4 PageID: 3680

Founding Partner
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, CA 94108 your
Main Line: 415-981-3000
www.vblaw.com

*Van Der Hout LLP is available and accessible. We are fully operational both in-office and remotely, and continue to provide all services with little or no delay.*



This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is prohibited. If you are not the intended recipient, please contact me and delete all copies. Thank you.

**From:** Acuna, Brian S <████>
**Sent:** Friday, June 13, 2025 8:52 PM
**To:** Marc Van Der Hout <████>
**Cc:** Ladwig, Scott G <████>; Hartnett, John <████>; Miller, Alice M <████>; Johnny Sinodis <████>; Oona Cahill <████>; Marc @ Home <████>
**Subject:** RE: M. Khalil, ████ Request for Release from Custody pursuant to 8 C.F.R. § 236.1(c)(8) (Part 2 of Exhibits) (readnow for Marc's filtering))

Evening. Acknowledging receipt of both.

**Brian S. Acuna**
Acting Field Office Director
New Orleans Field Office

**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
c: ████

**From:** Marc Van Der Hout <████>
**Date:** Friday, Jun 13, 2025 at 22:50
**To:** Acuna, Brian S <████>
**Cc:** Ladwig, Scott G <████>, Hartnett, John <████>, Miller, Alice M <████>, Johnny Sinodis <████>, Oona Cahill <████>, Marc @ Home <████>
**Subject:** RE: M. Khalil, ████ Request for Release from Custody pursuant to 8 C.F.R. § 236.1(c)(8) (Part 2 of Exhibits) (readnow for Marc's filtering))

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Attached please find Part 2, the remaining exhibits in support of the release request.

Thank you again for your prompt attention to this request.

Marc

Marc Van Der Hout
Founding Partner
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, CA 94108
Main Line: 415-981-3000
www.vblaw.com

*Van Der Hout LLP is available and accessible. We are fully operational both in-office and remotely, and continue to provide all services with little or no delay.*



This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is prohibited. If you are not the intended recipient, please contact me and delete all copies. Thank you.

---

**From:** Marc Van Der Hout
**Sent:** Friday, June 13, 2025 8:42 PM
**To:** '█████████████████' <█████████████████>
**Cc:** 'Ladwig, Scott G' <█████████████████████>; 'Hartnett, John' <█████████████████████>; 'Miller, Alice M' <█████████████████> Johnny Sinodis <█████████████>; Oona Cahill <█████████████>; Marc @ Home <█████████████████>
**Subject:** RE: M. Khalil, ███████████ Request for Release from Custody pursuant to 8 C.F.R. § 236.1(c)(8) (readnow for Marc's filtering))

Dear Acting Field Office Director Acuna,

Attached please find our formal release from custody request pursuant to 8 C.F.R. § 236.1(c)(8) on behalf of Mr. Khalil. I am sending this in two parts due to the volume of exhibits in support of the request. We realize this is being sent late on a Friday evening and do not expect you will be addressing this over the weekend (although that would be great of course if you would be). However, we would request an answer by the close of business on Monday so we can prepare to post bond, should that be required, on Tuesday.

Thank you very much in advance for your prompt attention to this time-sensitive request.

6/18/25, 9:10 AM RE: Mukhtarli, Asif - Request for Release from Custody pursuant to 8 C.F.R. § 236.1(c)(8) (Part 2 of Exhibits) (read now for …

Case 2:25-cv-01963-MEF-MAH    Document 312-1    Filed 06/18/25    Page 4 of 4 PageID: 3682

Marc

Marc Van Der Hout
Founding Partner
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, CA 94108
Main Line: 415-981-3000
www.vblaw.com

*Van Der Hout LLP is available and accessible. We are fully operational both in-office and remotely, and continue to provide all services with little or no delay.*



This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is prohibited. If you are not the intended recipient, please contact me and delete all copies. Thank you.