# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

## Minutes of Proceedings

Judge: **Michael E. Farbiarz**     Date: June 20, 2025

Court Reporter: Lisa Larsen

**Title of Case:**     Docket # **CV. 25-1963 (MEF)**

Khalil v. Trump, et al.

**Appearances:**
Alina Das, Esq, Amy Greer, Esq, Amy Belsher, Esq, Veronica Salama, Esq, Robert Hodgson, Esq, Omar Jadwat, Esq, Esha Bhandari, Esq, Noor Zafar, Esq, Brian Hauss, Esq, Brett Kaufman, Esq, Baher Azmy, Esq, Samah Sisay, Esq, Naz Ahmad, Esq, Ramzi Kassem, Esq, Mudassar Toppa, Esq, Diala Shamas, Esq, Marc Van Der Hout, Esq, Johnny Sinodis. Esq, Oona Cahill, Esq, Jeanne LoCicero, Esq, & Liza Weisberg, Esq., for the petitioner.
Dhruman Yogesh Sampat, Esq, for the respondents.

**Nature of Proceedings:** Telephonic hearing on the petitioner's motion for bail pending the adjudication of his habeas petition (D.E.# 308).
Ordered motion granted.
Hearing on the respondent's application for a seven day stay of the release order.
Ordered application denied.
Ordered petitioner to be released today. Order to be entered today.

Time Commenced: 12:05 p.m.
Time Adjourned:  2:05 p.m.
Total Time: 2.0

Philip Selecky, Deputy Clerk