UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MAHMOUD KHALIL,

    *Petitioner*,

  v.

DONALD TRUMP et al.,

    *Respondents*.

No. 25-cv-01963 (MEF)(MAH)

**ORDER**

The Petitioner here is Mahmoud Khalil, currently detained by federal immigration authorities in Jena, Louisiana.

The Petitioner's motion at ECF 308 is granted to the extent the motion seeks release on bail from immigration custody.

The motion at ECF 308 is denied as moot to the extent it seeks transfer to New Jersey.

The ECF 308 motion is granted and denied for the reasons stated in court today.

After the Court issued its decision on the ECF 308 motion, the Respondents orally moved for a stay of the decision. The motion was denied for the reasons stated in court.

Pursuant to the Court's decision on the ECF 308 motion, the Petitioner shall be released from immigration custody today.

The release order shall become effective upon two conditions being met. First, the setting of bail conditions by the United States Magistrate Judge. And second, an order from the United States Magistrate Judge indicating that the bail conditions have been met.

The bail conditions here shall not include any obligation that electronic monitoring be put in place or that a bond be

immediately posted.  There is no basis for that in the evidentiary record the parties have developed.

The bail conditions shall include other requirements that the United States Magistrate Judge deems appropriate, including as to those states to which and through which the Petitioner may travel, and when the Petitioner must surrender his passport or passports.

IT IS on this 20th day of June, 2025, so **ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.