## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

Mahmoud KHALIL,

*Petitioner,*

v.

Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Yolanda PITTMAN, in her official capacity as Warden of Elizabeth Contract Detention Facility; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice,

*Respondents.*

Case No. 25-cv-01963 (MEF-MAH)

## ~~PROPOSED~~ ORDER

Petitioner having moved to seal redacted information contained in its June 13, 2025 filing at ECF 302, June 16, 2025 filing at ECF 308-1, and June 18, 2025 filings at ECF 312-1, ECF 312-2, and ECF 312-3, the Court makes the following findings of fact and conclusions of law pursuant to Local Civil Rule 5.3(c):

1. Motions to seal are governed by Local Civil Rule 5.3(c), which requires the moving party to describe: (a) the nature of the materials or proceedings at issue; (b) the legitimate private or public interest which warrants the relief sought; (c) the clearly defined and serious injury that would result if the relief sought is not granted; (d) why a less restrictive alternative to the relief sough is not available; (e) any prior order sealing the same

materials in the pending action; and (f) the identity of any party or nonparty known to be objecting to the sealing request.

2. On June 13, 2025, counsel for Mr. Khalil filed ECF 302 with redactions placed over Mr. Khalil's A-Number and the email addresses and cellphone numbers of attorneys and ICE personnel.

3. On June 16, 2025, counsel for Mr. Khalil filed ECF 308-1 with redactions placed over Mr. Khalil's A-Number and the email addresses and cellphone numbers of attorneys and ICE personnel.

4. On June 18, 2025, counsel for Mr. Khalil filed ECF 312-1, 312-2, and 312-3 with redactions placed over Mr. Khalil's A-Number (ECF 312-1, 312-2, 312-3), the email addresses and cellphone numbers of attorneys and ICE personnel (ECF 312-1, ECF 312-2), and the name of one of Mr. Khalil's former colleagues (ECF 312-2).

5. Public disclosure of the redacted information would cause serious injury to Mr. Khalil as well as other non-parties whose personal identifying information appears in the filings. Public disclosure of this information would compromise the safety and privacy interests of Mr. Khalil, attorneys and ICE personnel involved in this matter, and a non-party individual with whom Mr. Khalil worked at one time.

6. Because the documents are relevant to the issues raised in the underlying Petition and because Petitioner has publicly filed versions of the documents with carefully limited and tailored redactions, a less restrictive alternative to sealing the records is not available.

7. Federal Rule of Civil Procedure 5.2(d) permits a court to order a filing be made under seal or in redacted form. Such an order is appropriate when a moving party demonstrates "good cause" for restricting public access through "a particularized showing

that disclosure will cause a 'clearly defined and serious injury.'" *Medley v. Atl. Exposition Servs., Inc.*, 550 F. Supp. 3d 170, 203 (D.N.J. 2021); *see also In re Cendant Corp.*, 260 F.3d 183, 192 (3d Cir. 2001).

8. The Court finds that good cause exists to seal the redacted information at issue under the considerations set forth in *Pansy v. Borough of Stroudsburg*, 23 F.3d 772 (3d Cir. 1994) and Local Civil Rule 5.3(c). The Court therefore permits the requested documents to be maintained in redacted form.

IT IS SO ORDERED, this 30th day of June, 2025.

_____
Hon. Michael A. Hammer, U.S.M.J.

**SO ORDERED**
*s/Michael A. Hammer*
**Michael A. Hammer, U.S.M.J.**
Date: 6/30/25