

# UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
### LASALLE IMMIGRATION COURT

Respondent Name:
    KHALIL, MAHMOUD

To:
    Van Der Hout, Marc
    360 Post Street
    Suite 800
    San Francisco, CA 94108

A-Number:
■

Riders:
In Custody Redetermination Proceedings

Date:
06/20/2025

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
the Respondent remains subject to mandatory detention. An alien is subject to mandatory detention if he is removable as charged under INA § 237(a)(4). 8 C.F.R. § 1003.19(h)(2)(i)(C). The Court has sustained the charge of removability pursuant to INA § 237(a)(4)(C)(i). Thus, this Court is without jurisdiction to redetermine his custody status according to the Code of Federal Regulations.

☐ Granted. It is ordered that Respondent be:
    ☐ released from custody on his own recognizance.
    ☐ released from custody under bond of $
    ☐ other:

☐ Other:

Immigration Judge: COMANS, JAMEE 06/20/2025

Appeal:  Department of Homeland Security:  ☐ waived  ☐ reserved
Respondent:  ☐ waived  ☐ reserved

Appeal Due:

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : KHALIL, MAHMOUD | A-Number : ███

Riders:

Date: 06/20/2025 By: MOOREHEAD, FELICIA, Court Staff