

# UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## LASALLE IMMIGRATION COURT

Respondent Name:

    KHALIL, MAHMOUD

To:

Van Der Hout, Marc
360 Post Street
Suite 800
San Francisco, CA 94108

A-Number:

[redacted]

Riders:

In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
06/27/2025

## ORDER OF THE IMMIGRATION JUDGE

☒ Respondent ☐ the Department of Homeland Security has filed a motion to reconsider.

Upon consideration of the motion, and any opposition from the non-moving party, the motion is ☐ granted ☒ denied for the following reason(s):

☐ The motion is numerically barred. *See* INA § 240(c)(6)(A); 8 C.F.R. § 1003.23(b)(1).

☐ The motion is untimely. *See* INA § 240(c)(6)(B); 8 C.F.R. § 1003.23(b)(1).

☒ The motion does not specify errors of law or fact in the previous order or is not supported by pertinent authority. *See* INA § 240(c)(6)(C); 8 C.F.R. § 1003.23(b)(2).

☐ Other:

Immigration Judge: COMANS, JAMEE 06/27/2025

| | | | | | |
|---|---|---|---|---|---|
| Appeal: | Department of Homeland Security: | ☐ | waived | ☐ | reserved |
| | Respondent: | ☐ | waived | ☐ | reserved |

Appeal Due:

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : KHALIL, MAHMOUD | A-Number : ███

Riders:

Date: 06/30/2025 By: NUGENT, MELISSA, Court Staff