# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

MAHMOUD KHALIL,

    Plaintiff,

v.

WILLIAM P. JOYCE, et al.,

    Respondents

No. 25-cv-1963

**NOTICE OF APPEARANCE**

Please take notice that the undersigned attorney, Alanna T. Duong, of the U.S. Department of Justice, Civil Division, Office of Immigration Litigation, hereby enters her appearance in this case on behalf of the Respondents.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Alanna T. Duong* |
| BRETT A. SHUMATE | ALANNA T. DUONG |
| Assistant Attorney General | Senior Litigation Counsel |
| Civil Division | Office of Immigration Litigation |
|  | Civil Division, U.S. Dept. of Justice |
|  | P.O. Box 878, Ben Franklin Station |
| DHRUMAN Y. SAMPAT | Washington, DC 20044 |
| Senior Litigation Counsel | Tel: (202) 305-7040 |
| Office of Immigration Litigation | Fax: (202) 305-7211 |
|  | alanna.duong@usdoj.gov |
| July 2, 2025 | Attorneys for Respondents |

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2025, I filed the foregoing via the Court's CM/ECF system and that it was served on counsel of record via that system.

                                          */s/ Alanna T. Duong*
                                          ALANNA T. DUONG
                                          Senior Litigation Counsel
                                          U.S. Department of Justice