

U.S. Department of Justice

Civil Division

---

July 3, 2025

**By ECF**

Honorable Michael E. Farbiarz
United States District Judge
Martine Luther King, Jr., Building
    and U.S. Courthouse
Newark, New Jersey 07101

    Re:    *Khalil v. Joyce, et al.*, Civ. Act. No. 25-1963 (MEF) (MAH)
            <u>Government's Response to ECF Nos. 332, 334</u>

Dear Judge Farbiarz:

    Respondents (the "Government") submit this letter in response to the Court's Order, ECF No. 334, and to Petitioner Mahmoud Khalil's letter regarding compliance with the preliminary injunction ("PI"), ECF No. 332. Given the differing positions regarding the scope of the PI, the Government recommends that the parties engage in motions practice over the PI's interpretation. The Government declines to offer a substantive response at this time, because Petitioner's request is for a status conference. The Government is reserving its substantive arguments for when Petitioner presents his arguments. And such a response by the Government requires time for the undersigned to confer with the various interested parties, draft a response, and obtain proper review. The Government therefore requests that the Court set a briefing schedule to allow the parties a reasonable time and opportunity to set forth more fully their respective legal positions, including permitting the Government fourteen (14) days to respond to Petitioner's filing.[1]

                                      Respectfully submitted,

                                      */s/ Alanna T. Duong*

BRETT A. SHUMATE                          ALANNA T. DUONG
Assistant Attorney General                  Senior Litigation Counsel
Civil Division                                     Office of Immigration Litigation
                                                     Civil Division, U.S. Dept. of Justice
DREW C. ENSIGN                             Washington, D.C. 20044
Deputy Assistant Attorney General         alanna.duong@usdoj.gov

DHRUMAN Y. SAMPAT                 RACHEL L. BROWNING
Senior Litigation Counsel                     Senior Trial Attorney

---

[1] Please be advised that lead counsel, Dhruman Y. Sampat, will be out of the office and traveling internationally from July 22 to 29, 2025.