# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK  **DATE:** July 7, 2025
**JUDGE MICHAEL E. FARBIARZ**
**COURT REPORTER:** Lisa Larsen

**TITLE OF CASE:**   **DOCKET # 25-CV-1963 (MEF)**

MAHMOUD KHALIL
      v.
WILLIAM P. JOYCE, ET AL.

**APPEARANCES:**

Ramzi Kassem, Esq. for Petitioner
Alanna Thanh Duong, Esq for Respondents

**NATURE OF PROCEEDINGS:**
Status Conference held via Telephone Conference re: Petitioner's letter ECF [332].
Parties are directed to file on the court docket by July 9, 2025, at 9 a.m. letters regarding any developments in Immigration case. A briefing schedule may or may not be set at that time.

**Time Commenced:** 10:43 a.m.
**Time Adjourned:** 11:18 a.m.
**Total Time:** 35 minutes

                                              s/Ivannya Fitzgerald
                                                **DEPUTY CLERK**