July 7, 2025

<u>VIA ECF</u>
Honorable Michael E. Farbiarz
United States District Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Newark, New Jersey 07101

      Re:    *Khalil v. Trump, et al.*, No. 2:25-cv-1963 (MEF) (MAH)

Dear Judge Farbiarz,

      As ordered by the Court during the status conference on July 7, 2025, Petitioner Mahmoud Khalil respectfully submits a copy of the Motion to Reconsider filed with the Immigration Judge ("IJ") on July 3, 2025. *See* Exhibit A. This filing was made by Mr. Khalil's immigration counsel as a continuation of the motion initially submitted to the IJ on June 17—after this Court entered its preliminary injunction. Petitioner was served with the IJ's denial of the June 17 motion on June 30. ECF 332-2 at 2. In an abundance of caution, and in light of Respondents' June 27 email to Petitioner's counsel regarding their position on the scope of the preliminary injunction, ECF 332-3, and their July 3 letter to this Court, ECF 337, Mr. Khalil's immigration counsel filed the renewed motion promptly on July 3, asking the immigration judge to revisit, inter alia, her June 20 decisions (filed under seal with ECF 332) to uphold the removal charge based on the Secretary of State's Determination and to deny asylum on that same basis, as well as her failure to schedule an evidentiary hearing on the 8 U.S.C. § 1227(a)(1)(H) waiver.

                                      Respectfully submitted,

                                      <u>/s/ Naz Ahmad</u>

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION<br>Jeanne LoCicero<br>Farrin R. Anello<br>Molly K.C. Linhorst<br>Liza Weisberg<br>570 Broad Street, 11th Floor<br>Newark, New Jersey 07102<br>973-854-1715 | CLEAR PROJECT<br>MAIN STREET LEGAL SERVICES, INC.<br>Ramzi Kassem*<br>Naz Ahmad<br>Mudassar Toppa*<br>Shezza Abboushi Dallal*<br>CUNY School of Law<br>2 Court Square<br>Long Island City, NY 11101<br>Tel: (718) 340-4558 |
| NEW YORK CIVIL LIBERTIES UNION FOUNDATION<br>Amy Belsher*<br>Robert Hodgson*<br>Veronica Salama*<br>Molly Biklen*<br>125 Broad Street, 19th Floor<br>New York, N.Y. 10004 | CENTER FOR CONSTITUTIONAL RIGHTS<br>Baher Azmy<br>Samah Sisay*<br>Diala Shamas*<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>Tel: (212) 614-6464 |

Tel: (212) 607-3300

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Omar Jadwat
Noor Zafar*
Sidra Mahfooz*
Michael K.T. Tan*
Brian Hauss*
Esha Bhandari*
Vera Eidelman*
Tyler Takemoto*
Brett Max Kaufman*
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500

WASHINGTON SQUARE LEGAL SERVICES, INC.
Alina Das*
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6430

DRATEL & LEWIS
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805
Fax: (212) 571-3792

VAN DER HOUT LLP
Marc Van Der Hout (CA Bar #80778)*
Johnny Sinodis (CA Bar #290402)*
Oona Cahill (CA Bar #354525)*
360 Post St., Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000
Fax: (415) 981-3003

*Counsel for Petitioner*

\* *Appearing Pro hac vice*