

U.S. Department of Justice
Civil Division

July 9, 2025

**By ECF**
Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07101

      Re:    *Khalil v. Joyce, et al.*, Civ. Act. No. 25-1963 (MEF) (MAH)
             <u>Government's Response to ECF No. 340</u>

Dear Judge Farbiarz:

    Respondents ("the Government") respectfully submit this response to the Court's order. *See* ECF No. 340. The Government provides the following update to the immigration proceedings.

    Petitioner Mahmoud Khalil filed a motion for reconsideration with the Immigration Court shortly after 2:30 p.m. CDT on July 3, 2025.[1] *See* ECF No. 341. The motion is pending with the Immigration Court, and the Department of Homeland Security's response, to the extent that one would be filed, is due on July 13, 2025. *See* EOIR Policy Manual, Part IV, 4.1(b); 4.2(d).

                                          Respectfully submitted,

                                          */s/ Alanna T. Duong*

BRETT A. SHUMATE                         ALANNA T. DUONG
Assistant Attorney General               Senior Litigation Counsel
Civil Division                                     Office of Immigration Litigation
                                                  Civil Division, U.S. Dept. of Justice
DREW C. ENSIGN                           PO Box 878, Ben Franklin Station
Deputy Assistant Attorney General       Washington, D.C. 20044
                                                  alanna.duong@usdoj.gov

DHRUMAN Y. SAMPAT
Senior Litigation Counsel

---

[1] Petitioner also filed a motion to change venue on the same day. The Executive Office for Immigration Review rejected this motion because there is no pending case.