UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>    *Petitioner*,<br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Yolanda PITTMAN, in her official capacity as Warden of Elizabeth Contract Detention Facility; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice,<br><br>    *Respondents*. | Case No. 25-cv-01963 (MEF-MAH)<br><br>**[PROPOSED] ORDER**<br><br>MOTION DATE:<br>AUGUST 4, 2025 |

    This matter is before the Court on the Petitioner's Motion for Preliminary Injunction Regarding the Post-Hoc Charge. Upon review of the Petitioner's submissions, argument, evidence, and applicable authority, the motion is GRANTED.

IT IS HEREBY ORDERED THAT:

(1) Respondents are enjoined from detaining or arresting Petitioner pending further order of this Court;

(2) Respondents are preliminarily enjoined from seeking to remove or detain Petitioner based on the charge of removability under 8 U.S.C. § 1227 (a)(1)(A) based on alleged inadmissibility under 8 U.S.C. § 1182(a)(6)(C)(i) as set forth in the I-261, Additional Charges of Inadmissibility/Deportability of March 17, 2025 ("Post-Hoc Charge"), and are ordered to withdraw the Post-Hoc Charge during the pendency of these proceedings.

(3) Respondents—including, but not limited to, the immigration judge and the Board of Immigration Appeals—are enjoined from referencing, relying on, or otherwise giving effect to the Post-Hoc Charge at any stage of Petitioner's removal proceedings, pending further order of this Court.

(4) Should Respondents seek to arrest or detain Petitioner on any other asserted basis for removability other than the Post-Hoc Charge, Respondents are ordered to provide seventy-two hours advance notice to the Court and counsel, in order to enable Petitioner an opportunity to be heard regarding whether any such asserted basis for arrest or detention constitutes a pretext for First Amendment retaliation.

IT IS SO ORDERED, this _____ day of _____, 2025.

                                                                  HON. MICHAEL E. FARBIARZ   United States District Judge