UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAHMOUD KHALIL,<br><br>        *Petitioner,*<br><br>v.<br><br>WILLIAM P. JOYCE, *et al.*,<br><br>        *Respondents.* | HON. MICHAEL E. FARBIARZ<br><br>*Civ. Act. No.* 25-cv-1963 (MEF) (MAH)<br><br>NOTICE OF APPEAL |

NOTICE is hereby given that Respondents[1] appeal to the United States Court of Appeals for the Third Circuit from the order entered on July 17, 2025, ECF 355, modifying the preliminary injunction entered on June 11, 2025, ECF 299. The order is an appealable interlocutory order under 28 U.S.C. § 1292(a)(1). The order incorporates previously issued opinions. *See* ECF 214, 272, 299. Respondents appeal those opinions that are attendant to the preliminary injunction.

                       Respectfully submitted,

BRETT A. SHUMATE            /s/ *Alanna T. Duong*
Assistant Attorney General          ALANNA T. DUONG
Civil Division               Senior Litigation Counsel
                       Office of Immigration Litigation
                       Civil Division, U.S. Dept. of Justice
YAAKOV M. ROTH            PO Box 878, Ben Franklin Station
Principal Deputy Assistant Attorney General   Washington, D.C. 20044
                       alanna.duong@usdoj.gov
DREW C. ENSIGN
Deputy Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel for Immigration Litigation

                       July 18, 2025

DHRUMAN Y. SAMPAT
Senior Litigation Counsel           Attorneys for Respondents

---

[1] Respondents are William P. Joyce, Acting Field Office Director of New York, United States Immigration and Customs Enforcement; Caleb Vitello, Acting Director of United States Immigration and Customs Enforcement; Kristi Noem, Secretary of the United States Department of Homeland Security; Pamel Bondi, Attorney General of the United States; Donald J. Trump, President of the United States; Marco Rubio, Secretary of the United States Department of State; and Yolanda Pittman, Warden of Elizabeth Contract Detention Facility.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 18, 2025, the foregoing Notice of Appeal was served upon counsel of record for Petitioner by notice of electronic filing with this Court's CM/ECF system.

                                                   */s/ Alanna T. Duong*
                                                   ALANNA T. DUONG
                                                   Senior Litigation Counsel
                                                   U.S. Department of Justice