

**U.S. Department of Justice**

Civil Division

---

August 1, 2025

**By ECF**
Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07101

    Re:   *Khalil v. Joyce, et al.*, **Civ. Act. No. 25-1963 (MEF) (MAH)**
              **Notice of Compliance with the Court's July 17 Order**

Dear Judge Farbiarz:

    Respondents respectfully submit this letter informing the Court that the immigration judge has vacated its decision from April 11, 2025, which found Petitioner removable under the foreign policy removability charge. *See* Ex. A.

                                      Respectfully submitted,

                                      BRETT A. SHUMATE
                                      Assistant Attorney General
                                      Civil Division

                                      YAAKOV M. ROTH
                                      Principal Deputy Assistant Attorney General

                                      DREW C. ENSIGN
                                      Deputy Assistant Attorney General

                                      ALANNA T. DUONG
                                      Senior Litigation Counsel

                                      *s/ Dhruman Y. Sampat*
                                      DHRUMAN Y. SAMPAT
                                      Senior Litigation Counsel
                                      Office of Immigration Litigation
                                      General Litigation and Appeals Section
                                      PO Box 878, Ben Franklin Station
                                      Washington, D.C. 20044

dhruman.y.sampat@usdoj.gov