August 13, 2025

VIA ECF
Honorable Michael E. Farbiarz
United States District Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Newark, New Jersey 07101

    Re:    *Khalil v. Trump, et al.*, No. 2:25-cv-1963 (MEF) (MAH)

Dear Judge Farbiarz,

    Petitioner Mahmoud Khalil respectfully provides a further update regarding recent developments in immigration court. This letter follows and completes Respondents' earlier update, ECF 372, reporting that the Immigration Judge (IJ) vacated on July 31, 2025 their decision finding Petitioner removable based on the Secretary of State's determination that Petitioner posed a foreign policy concern, ECF 372-1.

    On July 30, 2025, as Respondents' motion to stay this Court's clarification order, ECF 355, remained pending before the Third Circuit -- in which Respondents asserted that proceeding with such a waiver hearing/process would impose irreparable harm upon them -- the IJ issued a scheduling order directing "that both parties must submit any further evidence regarding [Mr. Khalil's] request for a waiver pursuant to INA § 237(a)(1)(H) no later than August 11, 2025, 5:00 p.m. Central Standard Time."[1] Approximately one hour later, the Third Circuit granted in part Respondents' motion, staying the requirement that the IJ move forward with consideration of Petitioner's waiver request. In his response in opposition to the stay motion before the Third

---

[1] As Petitioner previously informed the Court, *see* ECF 362 at 6 n.1, he filed a motion for change of venue on July 18, 2025, seeking a transfer to the New York immigration court, as is the norm when an immigration detainee is released from detention and returns to their home. DHS opposed the change of venue in immigration court on July 28, 2025, and Petitioner submitted a reply on July 29, 2025. Despite this being a routine motion that would normally be granted as a matter of course when the detainee is released, the motion remains pending before the Jena, Louisiana immigration court today. Moreover, on July 22, 2025, Petitioner's counsel inquired through counsel for ICE about when DHS intended to file the Form I-830 with the immigration court, as required by applicable regulations following an immigration detainee's release or relocation. *See* 8 CFR 236.1; 8 CFR 1003.19(g) ("[T]he Service shall immediately advise the Immigration Court having administrative control over the Record of Proceeding of a change in the respondent/applicant's custody location or of release from Service custody …. This notification shall be in writing and shall state the effective date of the change in custody location or status, and the respondent/applicant's current fixed street address, including zip code."). The filing of this form ordinarily triggers a change of venue. Petitioner's counsel have received no reply to their inquiry and Respondents do not appear to have complied with the regulatory requirement.

Circuit, Petitioner had consented, in the alternative, to such a limited stay pending appeal of this Court's order. *Khalil v. Trump*, Case No. 25-2162, Dkt. 35 at 24-25 (3d Cir. July 28, 2025).

Because the removal proceedings remained venued in Louisiana, and because the IJ's scheduling order remained in effect and was not rescinded after the Third Circuit entered the limited stay of the obligation to proceed with the waiver, on August 11, 2025, Petitioner submitted additional evidence regarding his request for a waiver pursuant to INA § 237(a)(1)(H) [8 U.S.C. § 1227(a)(1)(H)]. DHS did not submit any evidence.

Respectfully submitted,

/s/ Naz Ahmad

AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION
Jeanne LoCicero
Farrin R. Anello
Molly K.C. Linhorst
Liza Weisberg
570 Broad Street, 11th Floor
Newark, New Jersey 07102
973-854-1715

NEW YORK CIVIL LIBERTIES UNION FOUNDATION
Amy Belsher*
Robert Hodgson*
Veronica Salama*
Molly Biklen*
125 Broad Street, 19th Floor
New York, N.Y. 10004
Tel: (212) 607-3300

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Omar Jadwat
Noor Zafar*
Sidra Mahfooz*
Michael K.T. Tan*
Brian Hauss*
Esha Bhandari*
Vera Eidelman*
Tyler Takemoto*
Brett Max Kaufman*
125 Broad Street, 18th Floor
New York, NY 10004

CLEAR PROJECT
MAIN STREET LEGAL SERVICES, INC.
Ramzi Kassem*
Naz Ahmad
Mudassar Toppa*
Shezza Abboushi Dallal*
CUNY School of Law
2 Court Square
Long Island City, NY 11101
Tel: (718) 340-4558

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
Samah Sisay*
Diala Shamas*
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464

WASHINGTON SQUARE LEGAL SERVICES, INC.
Alina Das*
Kyle Barron
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6430

DRATEL & LEWIS
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805
Fax: (212) 571-3792

Tel: (212) 549-2500

V AN D ER H OUT LLP
Marc Van Der Hout (CA Bar #80778)*
Johnny Sinodis (CA Bar #290402)*
Oona Cahill (CA Bar #354525)*
360 Post St., Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000
Fax: (415) 981-3003

*  *Appearing Pro hac vice*     *Counsel for Petitioner*