UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>    *Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States; William P. JOYCE, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Yolanda PITTMAN, in her official capacity as Warden of Elizabeth Contract Detention Facility; Caleb VITELLO, Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Marco RUBIO, in his official capacity as Secretary of State; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice,<br><br>    *Respondents*. | Case No. 25-cv-01963<br>(MEF-MAH) |

**MOTION TO SEAL**

Pursuant to Local Civil Rule 5.3, Petitioner in the above-captioned case respectfully submits this motion to seal the redacted information contained in his September 17, 2025 filing at ECF 378. Specifically, Petitioner seeks an Order pursuant to Local Civil Rule 5.3(c) granting leave to place narrowly tailored redactions over his personally identifying information.

The government consents to these redactions.

Submitted with this motion is the Declaration of Liza Weisberg, an Index detailing the materials to be redacted and the basis for their redaction, and a Proposed Order to Seal including Proposed Findings of Fact and Conclusions of Law in accordance with Local Civil Rule 5.3(c) and 7.1(e).

1

**WHEREFORE**, Petitioner respectfully requests that the Court grant this Motion and enter an order maintaining in redacted form the above-listed filing.

Date: October 1, 2025

Respectfully submitted:

/s/*Liza Weisberg*

AMERICAN CIVIL LIBERTIES UNION
OF NEW JERSEY FOUNDATION
Jeanne LoCicero
Farrin R. Anello
Molly K.C. Linhorst
Liza Weisberg
570 Broad Street, 11th Floor
Newark, New Jersey 07102
973-854-1715

NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
Amy Belsher*
Robert Hodgson*
Veronica Salama*
Molly Biklen*
125 Broad Street, 19th Floor
New York, N.Y. 10004
Tel: (212) 607-3300

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Omar Jadwat
Noor Zafar*
Sidra Mahfooz*
Michael K.T. Tan*
Brian Hauss*
Esha Bhandari*
Vera Eidelman*
Brett Max Kaufman*
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500

CLEAR PROJECT
MAIN STREET LEGAL SERVICES, INC.
Ramzi Kassem*
Naz Ahmad
Mudassar Hayat Toppa*
Shezza Abboushi Dallal*
CUNY School of Law
2 Court Square
Long Island City, NY 11101
Tel: (718) 340-4558

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
Samah Sisay*
Diala Shamas*
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464

WASHINGTON SQUARE LEGAL SERVICES, INC.
Alina Das*
Kyle Barron
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6430

DRATEL & LEWIS
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805
Fax: (212) 571-3792

VAN DER HOUT LLP
Marc Van Der Hout (CA Bar #80778)*

                                                Johnny Sinodis (CA Bar #290402)*
                                                Oona Cahill (CA Bar #354525)*
                                                360 Post St., Suite 800
                                                San Francisco, CA 94108
                                                Tel: (415) 981-3000
                                                Fax: (415) 981-3003

\* *Appearing Pro hac vice*

                                                *Counsel for Petitioner*