**INDEX IN SUPPORT OF MOTION TO SEAL**

| Material | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any |
|---|---|---|---|---|---|
| ECF 378, Exhibits A-C | Mr. Khalil requests the sealing of the redacted information because it contains his A-Number. | Revealing his A-Number will reveal personal and confidential information about Mr. Khalil, causing significant harm to his safety and privacy interests. | Mr. Khalil's A-number must be protected from disclosure and cannot be partially disclosed. The redactions are narrowly tailored and the substance of the document has been left intact for public access. | None. | None. The government consents to sealing. |