**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**


**OFFICE:  NEWARK**                                    **DATE:** October 9, 2025
**JUDGE:**  MICHAEL E. FARBIARZ
**COURT REPORTER:**  Tamara Witte

**TITLE OF CASE:**
                                                       **DOCKET  # 25-1963**

Mahmoud Khalil
                vs.

Deputy Director William P. Joyce, et al.


**APPEARANCES:**

Petitioner
Veronica Salama, Esq.


Respondent
Alanna Duong, AUSA


**Nature of Proceedings**:      TELEPHONE CONFERENCE HELD on the record

Status conference held.
Counsel to submit letters as instructed by the court on 10/10/2025.


Time Commenced: 12:00
Time Adjourned: 12:30
Total Time: 30 min


                        RoseMarie Olivieri
                        SENIOR COURTROOM DEPUTY