

U.S. Department of Justice

Civil Division

---

October 10, 2025

**By ECF**
Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07101

    Re:    *Khalil v. Joyce, et al.*, **Civ. Act. No. 25-1963 (MEF) (MAH)**
            **Joint Response to Court's Order (ECF No. 385): Government Requests Extension until October 15, 2025**

Dear Judge Farbiarz:

    The parties submit this letter in response to this Court's order (ECF No. 385).

    Respondents ("the Government") is in receipt of (1) Petitioner's proposed order outlining Petitioner's proposed discovery plan; (2) Petitioner's First Set of Requests for Production; and (3) Petitioner's First Set of Interrogatories, as well as a write-up explaining the reasons and scope for the discovery requests, and the timeline therein. Due to the breadth and scope of these requests, the Government requires more time for internal review and deliberation with agency leadership to determine, what, if any, agreement the Government can reach on the proposed discovery. Accordingly, the Government requests that it has until 12:30 p.m. on Wednesday, October 15, to communicate its position on which, if any, of Petitioner's discovery requests it is willing or able to agree to, and which includes providing the Court with a letter of its respective position.

    Petitioner takes no position on the Government's proposed deadline. However, Petitioner requests that a status conference be scheduled for Thursday, October 16. Petitioner also writes to inform the Court of his efforts pursuant to the Court's instructions at the conference on October 9. In addition to providing the government with the above-referenced documents and explanations, Petitioner twice offered to meet and confer at a time convenient for the government to address any questions or concerns, noting it would be ideal to identify any areas of agreement regarding discovery so that the parties can narrow remaining disputes in our update to the Court.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

ALANNA T. DUONG
Senior Litigation Counsel

*s/ Aniello Desimone*
ANIELLO DESIMONE
Trial Attorney
Office of Immigration Litigation
General Litigation and Appeals Section
PO Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-5239
aniello.desimone@usdoj.gov

ERIKA ARCE-ROMERO
RACHEL L. BROWNING
JOHN F. STANTON
Trial Attorneys

*/s/ Liza Weisberg*
AMERICAN CIVIL LIBERTIES UNION OF
NEW JERSEY FOUNDATION
Jeanne LoCicero
Farrin R. Anello
Molly K.C. Linhorst
Liza Weisberg
570 Broad Street, 11th Floor
Newark, New Jersey 07102
973-854-1715

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Omar Jadwat
Noor Zafar*
Sidra Mahfooz*
Michael K.T. Tan*
Brian Hauss*
Esha Bhandari*
Vera Eidelman*
Brett Max Kaufman*
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
Samah Sisay*
Diala Shamas*
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464

CLEAR PROJECT
MAIN STREET LEGAL SERVICES, INC.
Ramzi Kassem*
Naz Ahmad
Mudassar Toppa*
Shezza Abboushi Dallal*
CUNY School of Law
2 Court Square
Long Island City, NY 11101
Tel: (718) 340-4558

DRATEL & LEWIS
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805
Fax: (212) 571-3792

NEW YORK CIVIL LIBERTIES UNION FOUNDATION
Amy Belsher*

Robert Hodgson*
Veronica Salama*
Molly Biklen*
125 Broad Street, 19th Floor
New York, N.Y. 10004
Tel: (212) 607-3300

VAN DER HOUT LLP
Marc Van Der Hout (CA Bar #80778)*
Johnny Sinodis (CA Bar #290402)*
Oona Cahill (CA Bar #354525)*
360 Post St., Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000
Fax: (415) 981-3003

WASHINGTON SQUARE LEGAL SERVICES, INC.
Alina Das*
Kyle Barron
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6430

*Counsel for Petitioner*

* *Appearing Pro hac vice*

4