UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MAHMOUD KHALIL,

Petitioner,

v.

WILLIAM P. JOYCE, et al.,

Respondents.

Civil Action No. 25-1963 (MEF) (MAH)

ORDER

This matter having come before the Court on Petitioner's motion to lift his travel restrictions, D.E. 390, and the Respondent's submission in opposition, D.E. 392;

and the Court having considered the parties' submissions, the record, and applicable law;

and for the reasons set forth on the record during a hearing on October 16th, 2025;

**IT IS** on this 16th day of October 2025,

ORDERED that Petitioner's request to travel to Philadelphia, Pennsylvania for the October 21, 2025 oral argument before the Third Circuit is **GRANTED**; and it is further

ORDERED that Petitioner's request to travel to New Jersey without prior notice to the Government, similar to the Court's June 20, 2025 Order, D.E. 317, allowing for unrestricted travel to New York and Michigan, is **GRANTED**; and it is further

ORDERED that Petitioner's request to travel overnight[1] elsewhere within the continental United States is **GRANTED**, provided that not less than forty-eight (48) hours before starting any such travel, Petitioner's counsel shall report to Respondent's counsel: (1) the dates of travel, (2) the destination locations, and (3) means of travel, including any specific carrier flights

---

[1] Petitioner need not report: (1) interstate travel occurring within one day, (2) travel to Louisiana for court appearances and attorney visits only, or (3) travel to Washington, D.C. for lobbying and legislative purposes only.

and times; and it is further

ORDERED that the Government's request for GPS or electronic monitoring is **DENIED**; and it is further

ORDERED the remaining relevant conditions from the Court's June 20, 2025 Order, D.E. 317, remain in place, including that Petitioner: (1) may not travel internationally; (2) shall attend all court hearings, absent an order to the contrary issued by the court convening the hearing, and (3) provide updated address information to DHS within forty-eight (48) hours of a change in residence.

*/s/ Michael A. Hammer*
**United States Magistrate Judge**