October 20, 2025

**By ECF**
Honorable Michael A. Hammer
United States Magistrate Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Newark, New Jersey 07101

Re:   *Khalil v. Trump, et al.*, No. 2:25-cv-1963 (MEF) (MAH)
      **Joint Status Report Pursuant to Court's Orders (ECF Nos. 388, 389)**

Dear Judge Hammer:

The parties submit this letter in response to this Court's orders at ECF Nos. 388 and 389. On October 15, Respondents ("the government") sent Petitioner their position as to discovery in this matter. Pursuant to this Court's Order at ECF No. 389, the government reiterated, consistent with its October 9 email to Petitioner, that it does not intend to make any discovery requests at this time. Pursuant to ECF No. 388, the government confirmed that it had reviewed the following documents: Petitioners' proposed order outlining Petitioner's proposed discovery plan, Petitioner's First Set of Requests for Production, and Petitioner's First Set of Interrogatories, as well as Petitioner's written explanation for the reasons and scope for the discovery requests, and the timeline therein. The government maintains its position that any discovery in this matter is both inappropriate and premature and explained its position. This is the same position communicated by Respondents' counsel at the status conference before Judge Farbiarz on October 9, 2025, and in prior correspondence with Petitioner's counsel.

Petitioner's priority is to obtain expedited discovery, which he believes is necessary to allow the Court to move promptly toward a final resolution of his claims challenging the government's punitive actions. These actions have already caused, and continue to cause, irreparable harm—including the chilling of Petitioner's speech, reputational damage, and adverse effects on his career. In addition, especially given the government's pattern of expediting Mr. Khalil's removal proceedings (*see e.g.,* ECF 382 ¶¶ 132-143) a final removal order could be issued within weeks, well before discovery could reasonably be completed under a standard schedule. This underscores the need to proceed on an expedited basis in order to preserve Petitioner's ability to meaningfully litigate his constitutional claims.

The government maintains that expedited discovery is unnecessary and premature. It is extremely unlikely that a final order of removal will be issued within weeks. The immigration judge issued her ruling on September 12. Petitioner filed his notice of appeal to the Board of Immigration Appeals on October 9. Before that appeal can be resolved, the Board must: (1) receive the full record from the immigration court; (2) transcribe the hearings in the immigration court; and (3) then set a briefing schedule, which generally gives the appealing party 21 days to file a brief and the opposing party 21 days (from service of the appellant's brief) to file a response brief, notwithstanding any requests for extensions. The Board can adjudicate the appeal only after receiving the prepared record and briefing. The adjudication will likely take longer because Petitioner's appeal is on the non-detained docket.

In light of the parties' impasse, they have agreed to a briefing schedule, set forth below, regarding Petitioner's forthcoming motion for expedited discovery. Petitioner remains available to participate in a status conference, as suggested by the Court during the October 16 bail conditions hearing, a mediation, or any other proceeding scheduled by the Court, including prior to the completion of briefing. Petitioner believes that such a conference could provide a productive opportunity to clarify the issues and narrow the scope of the dispute. While the government will participate in any status conference scheduled by the Court, the government prefers a hearing on the motion after briefing has been completed. The government believes that the Court will benefit from completed briefing on the parties' positions before further discussion at a status conference or motion hearing. A motion hearing after the completion of briefing is consistent with the Local Rules.

- **Petitioner's Opening Brief:** October 21, 2025
- **Government's Opposition:** October 31, 2025
- **Petitioner's Reply Brief:** November 10, 2025
- **Motion Day:** November 17, 2025 *(in accordance with L. Civ. R. 7.1; 78.1)*

Respectfully submitted,

*/s/ Molly K.C. Linhorst*
AMERICAN CIVIL LIBERTIES UNION OF
NEW JERSEY FOUNDATION
Jeanne LoCicero
Farrin R. Anello
Molly K.C. Linhorst
Liza Weisberg
570 Broad Street, 11th Floor
Newark, New Jersey 07102
973-854-1715

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Omar Jadwat
Noor Zafar*
Sidra Mahfooz*
Michael K.T. Tan*
Brian Hauss*
Esha Bhandari*
Vera Eidelman*
Brett Max Kaufman*
125 Broad Street, 18th Floor

2

New York, NY 10004
Tel: (212) 549-2500

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
Samah Sisay*
Diala Shamas*
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464

CLEAR PROJECT
MAIN STREET LEGAL SERVICES, INC.
Ramzi Kassem*
Naz Ahmad
Mudassar Toppa*
Shezza Abboushi Dallal*
CUNY School of Law
2 Court Square
Long Island City, NY 11101
Tel: (718) 340-4558

DRATEL & LEWIS
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805
Fax: (212) 571-3792

NEW YORK CIVIL LIBERTIES UNION FOUNDATION
Amy Belsher*
Robert Hodgson*
Veronica Salama*
Molly Biklen*
125 Broad Street, 19th Floor
New York, N.Y. 10004
Tel: (212) 607-3300

VAN DER HOUT LLP
Marc Van Der Hout (CA Bar #80778)*
Johnny Sinodis (CA Bar #290402)*
Oona Cahill (CA Bar #354525)*

3

360 Post St., Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000
Fax: (415) 981-3003

WASHINGTON SQUARE LEGAL SERVICES, INC.
Alina Das*
Kyle Barron
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6430

*Counsel for Petitioner*
\* *Appearing Pro hac vice*

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

ALANNA T. DUONG
Senior Litigation Counsel

*s/ Aniello Desimone*
ANIELLO DESIMONE
Trial Attorney
Office of Immigration Litigation
General Litigation and Appeals Section
PO Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-5239
aniello.desimone@usdoj.gov

ERIKA ARCE-ROMERO

4

          RACHEL L. BROWNING
          JOSHUA C. MCCROSKEY
          JOHN F. STANTON
          Trial Attorneys