October 28, 2025

VIA ECF
Honorable Michael E. Farbiarz
United States District Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Newark, New Jersey 07101

Re:   *Khalil v. Trump, et al.*, No. 25-cv-1963 (MEF)

Dear Judge Farbiarz,

Petitioner Mahmoud Khalil writes to alert the Court to relevant developments in his immigration case. On October 9, 2025, Petitioner timely submitted a Notice of Appeal of the September 12 Immigration Judge decision to the Board of Immigration Appeals (BIA). On October 22, the BIA issued transcripts of Mr. Khalil's underlying proceedings and a briefing schedule for Mr. Khalil's appeal, Attach. 1, setting a deadline of November 12 for his opening brief and December 3 for the DHS brief.[1] Ordinarily, as summarized below and detailed in the attached declarations, an appeal in a non-detained case before the BIA would take months, if not years, to reach this point, not mere days. This development is the latest in a series of highly irregular administrative actions in immigration court, and it is relevant to Mr. Khalil's claim of unconstitutional retaliation.[2]

The extraordinarily rapid pace of BIA proceedings so far risks severely impairing immigration counsel's ability to adequately brief the numerous issues in Mr. Khalil's administrative appeal. Several immigration experts who are already familiar to this Court submitted declarations in support of immigration counsel's motion for an extension from the BIA, attesting to the unprecedented nature of these developments.[3] Attach. 2, Tabs A-C.

---

[1] DHS may file its brief at any point before the December 3 deadline, and the BIA may then render a decision anytime thereafter.

[2] As the Court is aware, the Immigration Judge earlier denied Mr. Khalil's routine motion to change venue, as well as the standard evidentiary hearing on his waiver request, and the waiver itself, all of which are ordinarily granted in cases like his. *See* ECF 378.

[3] Mr. Khalil's immigration counsel have sought a modest, three-week extension from the BIA, to honor numerous competing, pre-existing obligations. BIA Briefing Extension Request, Attach. 2. The BIA has not yet ruled on the extension motion.

Specifically, Kerry Doyle states that "[i]n non-detained cases, like Mr. Khalil's, the BIA typically takes more than six months, if not years, to produce transcripts of the underlying proceedings and issue a briefing schedule." Attach. 2, Tab B, Doyle Decl. ¶ 7. And in over twenty-five years of immigration law practice, she "ha[s] never even received a briefing schedule this quickly for any of the many *detained* cases [she] ha[s] represented." *Id.* ¶ 8 (emphasis added). Similarly, Ira Kurzban declares that, in "over forty years of practice," he has "never seen a briefing schedule for a non-detained case be issued this quickly—less than two weeks after filing of the Notice of Appeal." Attach. 2, Tab C, Kurzban Decl. ¶ 8. Both Doyle and Stacy Tolchin note that, because of the extensive backlog typically prolonging non-detained adjudication for several years and the recent decrease in the number of BIA judges, "[i]t would not be feasible for the BIA to implement this pace of proceedings across all appeals at the agency. . . ." Attach. 2, Tab A, Tolchin Decl. ¶ 13; Tab B, Doyle Decl. ¶ 8. All three experts conclude that "the compounding effects of these highly unusual decisions demonstrate an intention by the agency—EOIR, as a whole—to treat Mr. Khalil's case differently than other cases before the agency." Attach. 2, Tab A, Tolchin Decl. ¶ 14; Tab B, Doyle Decl. ¶ 9; *see also* Tab C, Kurzban Decl. ¶ 9.

Petitioner thanks the Court.

Respectfully submitted,

/s/ *Naz Ahmad*

AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION
Jeanne LoCicero
Farrin R. Anello
Molly K.C. Linhorst
Liza Weisberg
570 Broad Street, 11th Floor
Newark, New Jersey 07102
973-854-1715

NEW YORK CIVIL LIBERTIES UNION FOUNDATION
Amy Belsher*
Robert Hodgson*
Veronica Salama*
Molly Biklen*
125 Broad Street, 19th Floor
New York, N.Y. 10004
Tel: (212) 607-3300

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Omar Jadwat
Noor Zafar*
Sidra Mahfooz*
Michael K.T. Tan*

CLEAR PROJECT
MAIN STREET LEGAL SERVICES, INC.
Ramzi Kassem*
Naz Ahmad
Shezza Abboushi Dallal*
CUNY School of Law
2 Court Square
Long Island City, NY 11101
Tel: (718) 340-4558

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
Samah Sisay*
Diala Shamas*
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464

WASHINGTON SQUARE LEGAL SERVICES, INC.
Alina Das*
Kyle Barron
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012

Brian Hauss*
Esha Bhandari*
Vera Eidelman*
Brett Max Kaufman*
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500

Tel: (212) 998-6430

DRATEL & LEWIS
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805
Fax: (212) 571-3792

VAN DER HOUT LLP
Marc Van Der Hout (CA Bar #80778)*
Johnny Sinodis (CA Bar #290402)*
Oona Cahill (CA Bar #354525)*
360 Post St., Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000
Fax: (415) 981-3003

*Counsel for Petitioner*

\* *Appearing Pro hac vice*

3