

**U.S. Department of Justice**

Civil Division

---

November 12, 2025

**By ECF**

Honorable Michael A. Hammer
United States Magistrate Judge
U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07101

Re:  *Khalil v. Joyce, et al.*, Civ. Act. No. 25-1963 (MEF) (MAH)
     **Joint Status Report Pursuant to the Court's Order (ECF 405)**

Dear Judge Hammer:

Respondents ("the Government") and Petitioner Mahmoud Khalil respectfully submit this letter in response to the Court's Order, ECF 405. On November 11, 2025, the Department of Homeland Security and Mr. Khalil filed a Joint Motion to Hold Proceedings in Abeyance and Stay Briefing Deadlines before the Board of Immigration Appeals. *See* Attachment A.

Respectfully submitted,

*/s/ Molly K.C. Linhorst*
AMERICAN CIVIL LIBERTIES UNION
OF NEW JERSEY FOUNDATION
Jeanne LoCicero
Farrin R. Anello
Molly K.C. Linhorst
Liza Weisberg
570 Broad Street, 11th Floor
Newark, New Jersey 07102
973-854-1715

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION Omar Jadwat
Noor Zafar*
Sidra Mahfooz*
Michael K.T. Tan*
Brian Hauss*
Esha Bhandari*
Vera Eidelman*
Brett Max Kaufman*
125 Broad Street, 18th Floor

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

*/s/ August E. Flentje*
AUGUST E. FLENTJE
Special Counsel for Immigration Litigation
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 514-3309
August.Flentje@usdoj.gov

ALANNA T. DUONG
Senior Litigation Counsel
Office of Immigration Litigation

New York, NY 10004
Tel: (212) 549-2500

CENTER FOR CONSTITUTIONAL
RIGHTS
Baher Azmy
Samah Sisay*
Diala Shamas*
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464

CLEAR PROJECT
MAIN STREET LEGAL SERVICES, INC.
Ramzi Kassem*
Naz Ahmad
Mudassar Toppa*
Shezza Abboushi Dallal*
CUNY School of Law
2 Court Square
Long Island City, NY 11101
Tel: (718) 340-4558

DRATEL & LEWIS
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805
Fax: (212) 571-3792

NEW YORK CIVIL LIBERTIES UNION
FOUNDATION Amy Belsher*
Robert Hodgson*
Veronica Salama*
Molly Biklen*
125 Broad Street, 19th Floor
New York, N.Y. 10004
Tel: (212) 607-3300

VAN DER HOUT LLP
Marc Van Der Hout (CA Bar #80778)*
Johnny Sinodis (CA Bar #290402)*
Oona Cahill (CA Bar #354525)*
360 Post St., Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000
Fax: (415) 981-3003

ERIKA ARCE-ROMERO
ANIELLO DESIMONE
JOSHUA C. MCCROSKEY
Trial Attorneys

*Attorneys for Respondents*

WASHINGTON SQUARE LEGAL
SERVICES, INC.
Alina Das*
Kyle Barron
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6430

*Attorneys for Petitioner*
*\* Appearing Pro hac vice*

**Attachment A**

Marc Van Der Hout
Johnny Sinodis
Oona Cahill
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, California 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
*Attorneys for Respondent Mahmoud Khalil*

Jamien Arvie
Acting Chief Counsel
Numa Metoyer
Deputy Chief Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
P.O. Box 410
TROUT, LA 71371

<u>**NOT DETAINED**</u>

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
BOARD OF IMMIGRATION APPEALS
FALLS CHURCH, VIRGINIA

| | |
|---|---|
| In the Matter of: | A███████ |
| Mahmoud KHALIL, | |
| Respondent, | |
| In Removal Proceedings. | |

<u>**JOINT**</u> **MOTION TO HOLD PROCEEDINGS IN ABEYANCE
AND STAY BRIEFING DEADLINES BEFORE THE BOARD**

The respondent's brief is currently due December 3, 2025, and DHS's brief is due December 24, 2025. The parties <u>jointly</u> request proceedings be held in abeyance and all briefing deadlines before the Board be stayed pending a decision by the U.S. Court of Appeals for the Third Circuit in Case Nos. 25-2162, 25-2357.

***DECISION REQUESTED BY FRIDAY, NOVEMBER 14, 2025***

Respondent, **Mr. Mahmoud KHALIL, A**████████ and the U.S. Department of
Homeland Security (DHS), through their respective undersigned counsel, respectfully submit this
Joint Motion to Hold Proceedings in Abeyance and Stay Briefing Deadlines Before the Board
pending a ruling by the U.S. Court of Appeals for the Third Circuit in Case Nos. 25-2162 and 25-
2357. Mr. Khalil's opening brief is currently due December 3, 2025, and the DHS brief is due
December 24, 2025. The parties jointly request that all deadlines in this case, including all briefing
deadlines and any decision, be stayed and that Petitioner be permitted to file his opening brief no
later than forty-five (45) days after the date on which the Third Circuit issues a decision in Case
Nos. 25-2162 and 25-2357, with the DHS brief due twenty-one (21) days thereafter. This stay
request is keyed to the date on which a panel of the Third Circuit issues a decision, not any potential
further review in that Court or the issuance of a mandate by that Court. The parties have also
agreed in principle to a similar stay of discovery in Mr. Khalil's ongoing district court proceedings.
The agreement is contingent on whether the Board grants the relief jointly sought herein by close
of business on November 14, 2025. *See* Tab A (District Court Text Order of November 10, 2025).

## ARGUMENT

The parties acknowledge that the Board does not normally entertain motions to hold cases
in abeyance while other matters are pending. *See* EOIR Policy Manual, Part III, Chap. 5.9(i) (last
visited Nov. 10, 2025). However, the parties respectfully request an abeyance in the instant
matter—including suspension of the briefing schedule—due to the complex nature of the related
federal litigation and its possible implications on the respondent's removal proceedings. Good
cause exists for the Board to grant the parties' joint request to stay proceedings in this matter. The
limited stay requested herein will conserve judicial and agency resources.

The parties are currently litigating the government's appeal of the preliminary injunction

issued by the Honorable Judge Michael E. Farbiarz in *Khalil v. Joyce*, No. 2:25-cv-01963-MEF (D.N.J.). The Third Circuit Court of Appeals is reviewing this appeal on an expedited schedule and heard oral argument on October 21, 2025. *See* Case Nos. 25-2162, 25-2357. The Third Circuit decision may be relevant to Mr. Khalil's proceedings before the Board and may also affect the issues to be addressed in briefing. Of course, the decision will also be relevant to Mr. Khalil's ongoing proceedings before the U.S. District Court for the District of New Jersey.

Accordingly, the parties jointly request that the Board hold these proceedings in abeyance pending the Third Circuit's decision, and that the respondent's opening brief be due no later than forty-five (45) days after the date of the Third Circuit's panel decision, with the DHS brief due twenty-one (21) days thereafter.

The Board should therefore grant this Motion and stay all deadlines, further decisions, and proceedings in this matter pending the Third Circuit panel's ruling.

## CONCLUSION

For all of the aforementioned reasons, the respondent and DHS, through their respective undersigned counsel, request that the Board grant this joint motion and hold proceedings in this matter in abeyance pending a ruling by the U.S. Court of Appeals for the Third Circuit in Case Nos. 25-2162, 25-2357. The parties respectfully request that the Board issue a decision on this motion by close of business on November 14, 2025.


Dated: November 11, 2025                    Respectfully submitted,


                                            _____
                                            Marc Van Der Hout
                                            Johnny Sinodis
                                            Oona Cahill

Van Der Hout LLP

Attorneys for Mr. Khalil


<u>/s/Numa Metoyer</u>
Numa Metoyer
Deputy Chief Counsel

Joint Motion to Hold Proceedings In Abeyance and Stay Briefing Deadlines
Mahmoud KHALIL, A ████████

# TAB A

**U.S. District Court**

**District of New Jersey [LIVE]**

**Notice of Electronic Filing**

The following transaction was entered on 11/10/2025 at 5:52 PM EST and filed on 11/10/2025

| | |
|---|---|
| **Case Name:** | KHALIL v. JOYCE, et al. |
| **Case Number:** | 2:25-cv-01963-MEF-MAH |
| **Filer:** | |
| **Document Number:** | 405(No document attached) |

**Docket Text:**
TEXT ORDER: As discussed during the conference before the Undersigned on November 10, 2025: (1) not later than the morning of Wednesday, November 12th, the parties will file before the Board of Immigration Appeals ("BIA") a jointly proposed application and consent order to stay remaining briefing deadlines and a decision by the BIA pending the Third Circuit's adjudication of the appeal before it; (2) by the close of business on November 12th, the parties will confirm to the Undersigned that the joint application has been made to the BIA; and (3) there will be a virtual conference before the Undersigned at 4 p.m. on Friday, November 14th for the parties to alert the Court whether the BIA has granted the application, or whether the Undersigned will need to convene a hearing to address the discovery issues presented in their October 31st joint letter [D.E. 403]. The Court will circulate the link for the conference on Friday to all counsel. So Ordered by Magistrate Judge Michael A. Hammer on 11/10/2025. (Hammer, Michael)

## CERTIFICATE OF SERVICE

On November 11, 2025, I, Johnny Sinodis, caused the enclosed document to be served on the U.S. Department of Homeland Security via the EOIR Courts and Appeals System (ECAS). This document was electronically filed through ECAS and both parties are participating in ECAS. Therefore, there is no separate service completed.

Executed this 11th day of November 2025.