

U.S. Department of Justice

Civil Division

November 14, 2025

**By ECF**
Honorable Michael A. Hammer
United States Magistrate Judge
U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07101

    Re:    ***Khalil v. Joyce, et al.*, Civ. Act. No. 25-1963 (MEF) (MAH)**
            **Status Report Pursuant to the Court's Order (ECF 405)**

Dear Judge Hammer:

    Respondents ("the Government") respectfully submit this letter in response to the Court's Order, ECF 405. On November 11, 2025, the Department of Homeland Security and Mr. Khalil filed a Joint Motion to Hold Proceedings in Abeyance and Stay Briefing Deadlines before the Board of Immigration Appeals. On November 13, 2025, the Board of Immigration Appeals granted the Joint Motion, but did not enter a briefing schedule; instead it directed the parties to advise the Board when the Third Circuit decides the appeal and stated that a briefing schedule will be issued at a later date. *See* Attachment A.

                              Respectfully submitted,

                              BRETT A. SHUMATE
                              Assistant Attorney General
                              Civil Division

                              YAAKOV M. ROTH
                              Principal Deputy Assistant Attorney General

                              DREW C. ENSIGN
                              Deputy Assistant Attorney General

                              */s/ August E. Flentje*
                              AUGUST E. FLENTJE
                              Special Counsel for Immigration Litigation
                              United States Department of Justice
                              950 Pennsylvania Avenue NW
                              Washington, DC 20530
                              (202) 514-3309
                              August.Flentje@usdoj.gov

ALANNA T. DUONG
Senior Litigation Counsel
Office of Immigration Litigation

ERIKA ARCE-ROMERO
ANIELLO DESIMONE
JOSHUA C. MCCROSKEY
Trial Attorneys

*Attorneys for Respondents*

**Attachment A**



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

5107 Leesburg Pike, Suite 2000
Falls Church, Virginia 22041

| | |
|---|---|
| **Van Der Hout, Marc**<br>**Van Der Hout, LLP**<br>**360 Post Street  Suite 800**<br>**San Francisco  CA  94108** | **DHS/ICE Office of Chief Counsel - JNA**<br>**PO Box 410**<br>**Trout LA 71371** |

**Name: KHALIL, MAHMOUD**          A ▊

Date of this Notice:    11/13/2025

Enclosed is a copy of the Board's interim decision in the above-referenced case.

Sincerely,

John Seiler
Acting Chief Clerk

Enclosure

Userteam:  Docket

NOT FOR PUBLICATION

U.S. Department of Justice
Executive Office for Immigration Review
Board of Immigration Appeals

MATTER OF:

Mahmoud KHALIL, A███████

Respondent

FILED
Nov 13, 2025

ON BEHALF OF RESPONDENT: Marc Van Der Hout, Esquire

ON BEHALF OF DHS: Numa Metoyer, Deputy Chief Counsel

IN REMOVAL PROCEEDINGS
On Appeal from a Decision of the Immigration Court, Jena, LA

Before: Malphrus, Chief Appellate Immigration Judge

MALPHRUS, Chief Appellate Immigration Judge
INTERIM ORDER

The respondent, a native of Syria and a citizen of Algeria, appealed the Immigration Judge's September 12, 2025, decision which denied his application for a waiver under section 237(a)(1)(H) of the Immigration and Nationality Act, 8 U.S.C. § 1227(a)(1)(H).[1] Presently before the Board is a Joint Motion to Hold Proceedings in Abeyance and Stay Briefing Deadlines Before the Board filed by the parties on November 11, 2025. The joint motion will be granted.

The parties state that the United States Court of Appeals for the Third Circuit is reviewing the Government's appeal of the district court judge's preliminary injunction issued in *Khalil v. Joyce*, No. 2:25-cv-01963-MEF (D. N.J.), on an expedited schedule and heard oral argument on October 21, 2025. The parties assert that the court of appeals' decision may be relevant to the respondent's removal case and affect the issues to be briefed. The parties request that all deadlines in this case, including all briefing deadlines and any decision, be stayed and the respondent be permitted to file his opening brief no later than 45 days after the court of appeals issues a decision in Case Nos. 25-2162 and 25-2357, with the Department of Homeland Security's brief due 21 days thereafter.

Generally, the Board does not grant a motion of this nature. *See* BIA Practice Manual § 5.9(i). However, given that this is a joint request of the parties and it is the first of its type filed in this case we will hold the briefing in abeyance for the time being. The parties should inform the Board when the Third Circuit decides the appeal. A briefing schedule will be issued at a later date.

---

[1] We presume the parties' familiarity with the full procedural history of this case.

Case 2:25-cv-01963-MEF-MAH   Document 409   Filed 11/14/25   Page 6 of 6 PageID: 4790

A

The request for a briefing schedule to be set should be submitted directly to the Clerk's Office at the Board, without a fee. If the request is not a joint request, there must be proper certification of service on the opposing party.

Accordingly, the following order will be entered.

INTERIM ORDER: The joint motion to hold these appellate proceedings in abeyance is granted in accordance with this decision.

2