November 14, 2025

**By ECF**
Honorable Michael A. Hammer
United States Magistrate Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Newark, New Jersey 07101

      **Re:** *Khalil v. Trump, et al.*, No. 2:25-cv-1963 (MEF) (MAH)
      **Plaintiffs' Status Report in Response to ECF 408**

Dear Judge Hammer:

      We write on behalf of Petitioner in response to the government's status report, ECF 408, and to confirm that the virtual conference scheduled for 4:00 p.m. this afternoon remains necessary in light of the BIA's decision, which did not grant all of the bargained-for terms in the parties' joint application. The parties had agreed in principle to stay discovery in this matter provided that the BIA granted the relief jointly sought, which included a specific schedule of 45 days from the date of the Third Circuit panel decision for Mr. Khalil's brief to the BIA, followed by 21 days for the government's brief. The BIA stopped short of satisfying that condition of the parties' agreement in principle.

      This morning, Petitioner's counsel provided the government with a copy of the BIA decision and proposed that the parties submit a joint request to the BIA requesting that the previously agreed upon briefing schedule be ordered by close of business on Monday, November 17. Petitioner's counsel noted that if the government agrees to file this joint motion before the BIA, Petitioner would, in the 4:00 p.m. conference before your honor this afternoon, consent to a provisional stay of discovery, reserving the right to request that the stay be lifted should the BIA ultimately deny or not timely decide the joint request for a briefing schedule. In response, the government filed ECF 408.

      Petitioner writes to confirm that the conference scheduled for this afternoon remains necessary to resolve these issues. *See* 2025-11-10 Conf. Tr. 7:10-13 (noting that the Court could "dispense with the need for the conference" *if* the BIA grants the joint application).

                                                        Respectfully submitted,

                                                        */s/ Liza Weisberg*

| | |
|---|---|
| NEW YORK CIVIL LIBERTIES UNION FOUNDATION | AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION |
| Amy Belsher* | Jeanne LoCicero |
| Robert Hodgson* | Farrin R. Anello |
| Veronica Salama* | Molly K.C. Linhorst |

Molly Biklen*  
125 Broad Street, 19th Floor  
New York, N.Y. 10004  
Tel: (212) 607-3300  

CLEAR Project  
Main Street Legal Services, Inc.  
Ramzi Kassem*  
Naz Ahmad  
Mudassar Toppa*  
Shezza Abboushi Dallal*  
CUNY School of Law  
2 Court Square  
Long Island City, NY 11101  
Tel: (718) 340-4558  

American Civil Liberties Union Foundation  
Omar Jadwat  
Noor Zafar*  
Sidra Mahfooz*  
Michael K.T. Tan*  
Brian Hauss*  
Esha Bhandari*  
Vera Eidelman*  
Brett Max Kaufman*  
125 Broad Street, 18th Floor  
New York, NY 10004  
Tel: (212) 549-2500  

\* *Appearing Pro hac vice*

Liza Weisberg  
570 Broad Street, 11th Floor  
Newark, New Jersey 07102  
973-854-1715  

Washington Square Legal Services, Inc.  
Alina Das*  
Kyle Barron  
Immigrant Rights Clinic  
245 Sullivan Street, 5th Floor  
New York, New York 10012  
Tel: (212) 998-6430  

Center For Constitutional Rights  
Baher Azmy  
Samah Sisay*  
Diala Shamas*  
666 Broadway, 7th Floor  
New York, NY 10012  
Tel: (212) 614-6464  

Dratel & Lewis  
Amy E. Greer  
29 Broadway, Suite 1412  
New York, NY 10006  
Tel: (212) 732-8805  
Fax: (212) 571-3792  

Van Der Hout LLP  
Marc Van Der Hout (CA Bar #80778)*  
Johnny Sinodis (CA Bar #290402)*  
Oona Cahill (CA Bar #354525)*  
360 Post St., Suite 800  
San Francisco, CA 94108  
Tel: (415) 981-3000  
Fax: (415) 981-3003  

*Counsel for Petitioner*