# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

NEWARK                                                      DATE: 11/14/2025
**JUDGE: HAMMER**                              **DOCKET #** 25-cv-1963

COURT REPORTER: ECR

DEPUTY CLERK: Jacquetta Baker

**Title of Case:**

Mahmoud Khalil v. Deputy Director William P. Joyce, et al.

**Appearances:**

Veronica Salama, Esq. for the Petitioner
Ramzi Kassem, Esq. for the Petitioner
August Flentje, Esq. for the Respondents

**Nature of proceedings**: Virtual Discovery Conference

This matter, including as to any possible discovery, is stayed pending a ruling by the Third Circuit.

Time Commenced      4:03 p.m.
Time Adjourned       4:25 p.m.