November 21, 2025

**By ECF**

Honorable Michael A. Hammer
United States Magistrate Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Newark, New Jersey 07101

   Re: *Khalil v. Trump, et al.*, No. 25-cv-1963 (MEF) (MAH)

Dear Judge Hammer,

  Petitioner writes in connection with the Court's November 17, 2025 order. ECF 411. While the order seeks to memorialize the parties' "agree[ment] to a stay *of the proceedings, including discovery*," *id.* (emphasis added), pending a ruling by a Third Circuit panel on Respondents' appeal, in fact, the parties agreed to stay *only* discovery (provided in part that the Board of Immigration Appeals (BIA) granted a joint motion to the BIA to stay administrative removal proceedings, which it did, ECF 409). *See, e.g.*, ECF 408, Attach. A at 1 (submission to BIA reflecting that parties "agreed in principle to . . . a stay of discovery in Mr. Khalil's ongoing district court proceedings"); Nov. 14, 2025 Hr'g Tr. 5:14-15 (Petitioner's counsel referencing "a stay of discovery" before this Court); *id.* at 15:8 (Respondents' counsel referencing "a discovery stay"). The Court appeared to share the parties' understanding of the nature and scope of the contemplated stay. *See id.* at 11:7 (Court referencing "the discovery stay"); *see also* Nov. 10, 2025 Hr'g Tr. 5:15 (Court noting that "all discovery in this case will be stayed"). Petitioner defers to the wisdom of the Court as to whether the order merits revision, but if not, Petitioner respectfully reserves the right to request in the future that the Court lift the stay should the need arise.[1]

                  Respectfully submitted,

                  */s/ Liza Weisberg*

| | |
|---|---|
| NEW YORK CIVIL LIBERTIES UNION FOUNDATION | AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION |
| Amy Belsher* | Jeanne LoCicero |
| Robert Hodgson* | Farrin R. Anello |
| Veronica Salama* | Molly K.C. Linhorst |
| Molly Biklen* | Liza Weisberg |
| 125 Broad Street, 19th Floor | 570 Broad Street, 11th Floor |
| New York, N.Y. 10004 | Newark, New Jersey 07102 |
| Tel: (212) 607-3300 | 973-854-1715 |

---

[1] The difference between a stay of discovery and a stay of proceedings could be significant for Petitioner. For example, records referenced and to be released in cases involving other noncitizens targeted for their protected political speech have been relevant to this matter. *See, e.g., AAUP v. Rubio*, No. 25-cv-10685 (D. Mass.). A stay of discovery would neither foreclose nor delay Petitioner from introducing and relying upon any forthcoming records if he later chooses to move for judgment on the merits without discovery.

1

<div style="column-count:2">

CLEAR Project
Main Street Legal Services, Inc.
Ramzi Kassem*
Naz Ahmad
Mudassar Toppa*
Shezza Abboushi Dallal*
CUNY School of Law
2 Court Square
Long Island City, NY 11101
Tel: (718) 340-4558

American Civil Liberties Union Foundation
Omar Jadwat
Noor Zafar*
Sidra Mahfooz*
Michael K.T. Tan*
Brian Hauss*
Esha Bhandari*
Vera Eidelman*
Brett Max Kaufman*
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500


*  *Appearing Pro hac vice*

Washington Square Legal Services, Inc.
Alina Das*
Kyle Barron
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6430

Center For Constitutional Rights
Baher Azmy
Samah Sisay*
Diala Shamas*
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464

Dratel & Lewis
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805
Fax: (212) 571-3792

Van Der Hout LLP
Marc Van Der Hout (CA Bar #80778)*
Johnny Sinodis (CA Bar #290402)*
Oona Cahill (CA Bar #354525)*
360 Post St., Suite 800
San Francisco, CA 94108
Tel: (415) 981-3000
Fax: (415) 981-3003

*Counsel for Petitioner*

</div>