# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>　　　　　　　Petitioner,<br>v.<br><br>William P. JOYCE, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 2:25-cv-1963 (MEF) |

## MOTION FOR LEAVE FOR MATT A. CRAPO TO WITHDRAW AS COUNSEL FOR *AMICUS CURIAE*

Pursuant to local Civil Rules 101.1(c)(5) and 102.1, *amicus curiae* Federation for American Immigration Reform (FAIR) respectfully requests the withdrawal and termination of representation of Matt A. Crapo in this matter.[1] Mr. Crapo sought and was granted leave to appear pro hac vice in this matter, Dkt. No. 177, but has since been reassigned away from this case.

FAIR, as successor to *amicus* IRLI, will not be prejudiced by the withdrawal of Mr. Crapo, as undersigned counsel, who represents FAIR as local counsel, will continue to represent FAIR in this matter. A proposed order is attached to his motion.

---

[1] On April 2, 2025, the Immigration Reform Law Institute (IRLI) sought leave to file an *amicus* brief in this case, and Mr. Crapo sought leave to appear pro hac vice in this matter. Dkt. Nos. 158, 161. The Court granted leave for Mr. Crapo to appear pro hac vice on April 7, 2025. Dkt. No. 177. Subsequently, in August 2025, IRLI joined FAIR, and FAIR is the successor in interest as *amicus curiae*.

1

For the foregoing reasons, FAIR respectfully requests that proposed motion to withdraw for Matt A. Crapo be granted.

Dated: December \_\_\_\_, 2025        Respectfully submitted,

                                                        s/ John Miano_____
JOHN M. MIANO
N.J. Bar No. 020012005
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001
(202) 328-7004
jmiano@verizon.net

Counsel for *Amicus Curiae*
Federation for American Immigration Reform