IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL,<br><br>             Petitioner,<br>v.<br><br>William P. JOYCE, *et al.*,<br><br>             Respondents. | Case No. 2:25-cv-1963 (MEF) |

## ORDER

Before the Court is a motion to withdraw Matt A. Crapo as counsel and terminate representation as counsel for *amicus* Federation for American Immigration Reform (FAIR) and its predecessor Immigration Reform Law Institute (IRLI). For the reasons set forth by movant, the motion is GRANTED, and IT IS HEREBY ORDERED that Matt A. Crapo is withdrawn as counsel for FAIR/IRLI and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification in the above-captioned proceeding.

    SO ORDERED.

Dated this __22nd__ day of __December__, 2025

                                       SO ORDERED
                                       */s/ Michael A. Hammer*
                                       United States Magistrate Judge
                                       Dated: December 22, 2025