February 4, 2026

**By ECF**
Honorable Michael A. Hammer
United States Magistrate Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Newark, New Jersey 07101

      **Re: *Khalil v. Trump, et al.*, No. 2:25-cv-1963 (MEF) (MAH)**

Dear Judge Hammer:

      Pursuant to the Court's instruction at the November 14, 2025 Conference (*see* ECF 413, Tr. 16:19-17:4), we write on behalf of Petitioner to provide a copy of the January 15, 2026 Third Circuit panel decision in this matter (Ex. A, *Khalil v. Trump*, 3d Cir. No. 25-2162, ECF 132, 133-1, 133-2), as well as a status update on the next steps in the immigration proceedings and the parties' shared understanding of the status quo.

      **Immigration Proceedings:** Following the Third Circuit's January 15 panel decision, the BIA issued a notice stating that a briefing schedule would be set "forthwith." [1] Ex. B. Shortly thereafter, Mr. Khalil filed a notice requesting that the BIA defer setting a briefing schedule until January 20 to allow the parties an opportunity to meet and confer. Ex. C. On January 16, the BIA issued two briefing schedules. The first ordered sequential briefing, allotting twenty-one days for Mr. Khalil's opening brief and twenty-one days for the government's opposition. Ex. D. Later that day, the BIA issued a second revised schedule requiring simultaneous briefing by both parties—due within twenty-one days of the Third Circuit's panel decision—by February 6, 2026. Ex. E.[2] The parties then conferred and filed a joint motion seeking a revised briefing schedule consistent with their agreement before this Court at the November 14, 2025, conference. Ex. F; *see* ECF 413, Tr. 4:1-5:3. On January 31, 2026, the BIA granted the joint motion and issued a third revised briefing schedule. Ex. G. Under the current BIA schedule, Petitioner's opening brief is due <u>March 2, 2026,</u> and the government's opposition brief is due March 23, 2026.

---

[1] In its November 13, 2025 order, the BIA instructed the parties to notify the Board "when the Third Circuit decides the appeal," and indicated that a briefing schedule would be issued thereafter. *See* ECF No. 409 at 6. The BIA's January 15 notice issued before the parties had provided the Board with any such notice.

[2] The BIA's simultaneous briefing schedule conflicted with the regulation governing the timing of appeal briefs in non-detained cases such as Mr. Khalil's. *See* 8 C.F.R. § 1003.3(c)(1); BIA Practice Manual ch. 4.7(a)(1)

**Shared Understanding Of The Status Quo Following The Third Circuit Panel Decision:** Petitioner intends to file a petition seeking rehearing or rehearing *en banc* of the Third Circuit panel decision. *See Khalil v. Trump*, 3d Cir. No. 25-2162, ECF 135. The parties share the understanding that the district court's existing orders—including the bail order prohibiting detention (ECF No. 316), the preliminary injunction orders (ECF Nos. 214, 272, 299, 355), and the All Writs Act order staying removal (ECF No. 81)—remain in effect, including during the pendency of *en banc* proceedings, unless and until the Third Circuit mandate issues. The government has further confirmed its understanding that these district court orders remain in effect unless and until the Third Circuit mandate issues, even if the BIA were to issue a final order of removal.

Dated: February 4, 2026

/s/ Naz Ahmad
CLEAR Project

New York Civil Liberties Union Foundation
Amy Belsher*
Robert Hodgson*
Veronica Salama*
Molly Biklen*
125 Broad Street, 19th Floor
New York, N.Y. 10004
Tel: (212) 607-3300

Main Street Legal Services, Inc.
Naz Ahmad
Mudassar Hayat Toppa*
Shezza Abboushi Dallal*
CUNY School of Law
2 Court Square
Long Island City, NY 11101
Tel: (718) 340-4630

American Civil Liberties Union of New Jersey Foundation
Jeanne LoCicero
Farrin R. Anello
Molly K.C. Linhorst
Liza Weisberg
570 Broad Street, 11th Floor
Newark, New Jersey 07102
Tel: (973) 854-1715

Center For Constitutional Rights
Baher Azmy
Samah Sisay*
Diala Shamas*
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464

Washington Square Legal Services, Inc.
Alina Das*
Kyle Barron
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6430

American Civil Liberties Union Foundation
Omar Jadwat*
Noor Zafar*
Michael K.T. Tan*
Sidra Mahfooz*
Brian Hauss*
Esha Bhandari*
Vera Eidelman*

Dratel & Lewis
Amy E. Greer

| | |
|---|---|
| Brett Max Kaufman<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel: (212) 549-2500 | 29 Broadway, Suite 1412<br>New York, NY 10006<br>Tel: (212) 732-8805<br><br>Van Der Hout LLP<br>Marc Van Der Hout*<br>Johnny Sinodis*<br>Oona Cahill* |
| *Appearing Pro hac vice* | 360 Post St., Suite 800<br>San Francisco, CA 94108<br>Tel: (415) 981-3000<br><br>*Counsel for Petitioner* |