IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mahmoud KHALIL, <br><br> *Petitioner*, <br><br> v. <br><br> William P. JOYCE, *et al.*, <br><br> *Respondents*. | No. 25-cv-1963-MEF-MAH |

## MOTION TO WITHDRAW AS ATTORNEY

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 102.1, Ramzi Kassem respectfully moves to withdraw as counsel admitted *pro hac vice* in the above-captioned case. I am on leave from the CLEAR Project of Main Street Legal Services, Inc. at CUNY School of Law in order to assume duties for a period of government service. Co-counsel at CLEAR shall remain counsel of record for Petitioner in this action. In support of this Motion, I submit the annexed Declaration of Ramzi Kassem. A copy of this Motion has been served on all parties via ECF.

Dated:    February 8, 2026
          New York, NY

                                    Respectfully submitted,

                                    _____/s/_____

                                    RAMZI KASSEM
                                    **CLEAR PROJECT**
                                    **MAIN STREET LEGAL SERVICES, INC.**
                                    CUNY School of Law
                                    2 Court Square
                                    Long Island City, NY 11101
                                    (t) (718) 340-4558
                                    (f) (718) 340-4478
                                    (e) ramzi.kassem@law.cuny.edu

SO ORDERED

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: February 9, 2026