**Other Documents**

2:24-cv-03934-MEF-JBC
CRAWFORD v. KIPP CHARTER
SCHOOL et al **CASE CLOSED**
**on 11/12/2024**

ADMCLOSED,PROSE

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 12/23/2025 at 4:59 PM EST and filed on 12/19/2025

| | |
|---|---|
| **Case Name:** | CRAWFORD v. KIPP CHARTER SCHOOL et al |
| **Case Number:** | 2:24-cv-03934-MEF-JBC |
| **Filer:** | |

**WARNING: CASE CLOSED on 11/12/2024**
**Document Number:** 31

**Docket Text:**
**RENEWING THE MOTION TO INTERVENE, MOTIONING FOR STAY AND NOTICE OF PENDING 4TH CIRCUIT REVIEW by LYNAE KISA CRAWFORD. (sm)**

| | |
|---|---|
| **Case Name:** | KHALIL v. JOYCE, et al. |
| **Case Number:** | 2:25-cv-01963-MEF-MAH |
| **Filer:** | |

**Document Number:** 425

**Docket Text:**
**RENEWING THE MOTION TO INTERVENE, MOTIONING FOR STAY AND NOTICE OF PENDING 4TH CIRCUIT REVIEW by LYNAE KISA CRAWFORD. (sm)**

| | |
|---|---|
| **Case Name:** | UNITED STATES OF AMERICA v. CITY OF NEWARK et al |
| **Case Number:** | 2:25-cv-05081-EP-AME |
| **Filer:** | |

**Document Number:** 66

**Docket Text:**
**RENEWING THE MOTION TO INTERVENE, MOTIONING FOR STAY AND NOTICE OF PENDING 4TH CIRCUIT REVIEW by LYNAE KISA CRAWFORD. (sm)**

**2:24-cv-03934-MEF-JBC Notice has been electronically mailed to:**

**2:24-cv-03934-MEF-JBC Notice has been sent by regular U.S. Mail:**

LYNAE KISA CRAWFORD
P.O. BOX 5606
HILLSIDE, NJ 07205

**CLERK**
**UNITED STATES DISTRICT COURT**
**NEWARK, NEW JERSEY 07101**

OFFICIAL BUSINESS

**RECEIVED**

MAR 3 0 2026

AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

DV DANIELS NJ 070

29 DEC 2025 PM 5

quadient

FIRST-CLASS MAIL
IMI
$000.74
12/29/2025 ZIP 07101

US POSTAGE

Lynal Kisa Crawford

P.O. Box 5606

Hillside, NJ 07205

**RECEIVED**

MAR 3 0 2026

30

S. DISTRICT COURT

._.940092305108043 0        07205-560606        UTF