UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: Stacey D. Adams, USMJ

Date: 11/23/2026

Court Reporter: ECR-TEAMS

Civil No. 25-cv-6996-JXN-SDA

Title of the Case: BRAGG v. HEAVY AND GENERAL

LABORERS LOCAL UNIONS 472-172 OF NEW JERSEY

PENSION FUND, et al

Appearances:

Kenneth D. Bergan and Bethany Rose Nikitenko for Plaintiff David Bragg.

Raymond Mario Baldino and Zachary Ramsfelder for Defendants, Heavy and General Laborers Local Unions 427 and 172 of New Jersey pension fund, the Board of Trustees of the Heavy and General Laborers Local Unions 472 and 172 of New Jersey Pension Fund and Construction and General Laborers Local 172 of South Jersey

**Nature of Proceedings**:

Rule 16- Initial Scheduling Conference held on 11/23/2026. Next video status conference is scheduled for March 5, 2027 at 11:00 a.m. Order to be filed.

| | |
|---|---|
| Time Commenced: | 10:37 a.m. |
| Time Concluded: | 12:15 p.m. |
| Total Time: | 38 Minutes |

Jackeline Barco, Courtroom Deputy
to the Honorable Stacey D. Adams USMJ